IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Jeffery Todd Groom Id # 140972
)
Full name and prison number
of plaintiff(s) DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

v.

Arron Bee

Dr. McAuther

Prison Health Care Services

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

)
)
)
)
)
)
)  CIVIL ACTION NO. 2: 05CV 1102 F
)  (To be supplied by Clerk of
)    U.S. District Court)
)
)
)
)
)
)
)
)
)
)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO (✗)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO (✗)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____ N/A _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____ N/A _____

            _____

3.  Docket number _____ N/A _____

4.  Name of judge to whom case was assigned _____

_____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A

6.  Approximate date of filing lawsuit _____ N/A _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _Staton Prison Po Box 56_
_G Dorm 4-18ᵀ_ ᶻᴵᴾ _36025_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____
_____ Staton H.C.U. P.O. Box 56 _____
_Elmore AL. 36025_

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

        NAME                          ADDRESS

1.  _Arron Bee    Staton H.C.U. P.O. Box 56, Elmore AL. 36025_

2.  _Dr. McAuther  Staton U.C.U. P.O. Box 56, Elmore AL. 36025_

3.  _____

4.  _____

5.  _____

6.  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _on or about_
_4/26/05 until — Continueing_

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Prison Health Care has been deliberately indiffrent to Plaintiff Gould for delaying health care_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

treatment to him and also denying him treatment for Hepatitis C. Plaintiff was diagnosed with Hepatitis C ~~March~~ April of 1995 and he has done several grievances because of the denial of treatment.

GROUND TWO: _____

SUPPORTING FACTS:  Inmate Gould has coppies of all Grievances against Prison Health Services, Inc. Gould will use these coppies of Grievances as evidence.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

Petitioner Gould ask this Honorable Court to issue an Injunction ordering Prison Health Care to treat Him (Gould) for Hepatitis C and related health problems.

_Jeffery Todd Gould_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on   11/15/05
(Date)

_Jeffery Todd Gould_
Signature of plaintiff(s)

4