# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2005 NOV 17 A 9:44 977
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JEFFERY GOULD #146977

Plaintiff

V.

Health Care Et. AL.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:05CV1102-F

I, __Jeffery Gould__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Staton Prison P.O. Box 56, Elmore, AL. 36025__

   Are you employed at the institution? __Yes__  Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    __N/A__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Self employment.__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☐ |
   | b. | Rent payments, interest or dividends | ☐ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☐ |
   | d. | Disability or workers compensation payments | ☐ | ☐ |
   | e. | Gifts or inheritances | ☐ | ☐ |
   | f. | Any other sources | ☑ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

*My Mother sends me about $100 Dollars per Month as a gift to me.*

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   *N/A*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *N/A*

I declare under penalty of perjury that the above information is true and correct.

11-15-05
Date

*Jeffery Houell*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                       STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                  STATON CORRECTIONAL FACILITY


AIS #: 140977      NAME: GOULD, JEFFERY              AS OF: 11/10/2005

                    # OF       AVG DAILY       MONTHLY
            MONTH   DAYS        BALANCE        DEPOSITS
            ---------------------------------------------------------

            NOV      20          $0.03          $0.00
            DEC      31          $4.15         $80.00
            JAN      31          $9.59         $80.00
            FEB      28          $7.15        $105.00
            MAR      31          $5.85        $100.00
            APR      30         $10.27        $150.00
            MAY      31          $7.03        $100.00
            JUN      30          $4.78        $105.00
            JUL      31          $5.31        $125.00
            AUG      31         $10.26        $130.00
            SEP      30          $2.07         $90.00
            OCT      31          $7.14        $120.00
            NOV      10          $0.02          $0.00
```

RECEIVED
2005 NOV 17 A 9:24

IN THE UNITED STATES DISTRICT COURT
FOR THE _Middle District_ OF ALABAMA

_Jeffery Todd Gould_
Plaintiff(s)/Petitioner(s)

vs.

CIVIL ACTION NO. _____
(To be supplied by Clerk of Court)

_Arron Bee et. AL_
Defendant(s)/Respondent(s)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, _Jeffery Todd Gould_, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in <u>forma pauperis</u> in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. <u>BRIEF STATEMENT AS TO THE NATURE OF THE ACTION</u>: _Failure for and denial of treatment by Prison Health Care services_

II. <u>RESIDENCE</u>:
Your address: _Staton Prison_     _G dorm 4-18 T_
(Street)
_Elmore_     _Alabama_     _36025_
(City)     (State)     (Zip Code)

III. <u>MARITAL STATUS</u>:
1. Single _X_   Married _____   Separated _____   Divorced _____
2. If married, spouse's full name: _____

IV. <u>DEPENDENTS</u>:
1. Number: _NA_
2. Relationship to dependent(s): _____
3. How much money do you contribute toward your dependents' support on a monthly basis? $ _NA_

Revised 12/14/01

V.  **EMPLOYMENT:**
    1. Name of employer: ___N/A___
       a. Address of employer: _____
          (Street)    N/A
          _____
          (City)      (State)     (Zip Code)
       b. How long have you been employed by present employer?
          Years: __N/A__    Months __N/A__
       c. Income: Monthly $_____ or Weekly $__N/A__
       d. What is your job title? _____

    2. If unemployed, date of last employment: _____
       Amount of salary and wages received per month in last employment: $ _____

    3. Is spouse employed? __N/A__ If so, name of employer: _____
       a. Income: Monthly $__N/A__ or Weekly $__N/A__
       b. What is spouse's job title? __N/A__

    4. Are you and/or your spouse receiving welfare aid? __N/A__
       If so, amount: Monthly $_____ or Weekly $_____

VI. **FINANCIAL STATUS**
    1. Owner of real property (excluding ordinary household furnishings and clothing):
       a. Description: _____
       b. Full Address: _____
       c. In whose name: _____   N/A
       d. Estimated value - - - - - - - - - - - - - - - - -  $ _____
       e. Total amount owed - - - - - - - - - - - - - - - -  $ _____
          Owed to: _____                                 $ _____   N/A
                   _____                                 $ _____

       f. Annual income from property - - - - - - - - - - - - $ _____

    2. Other assets/property, such as automobiles, boats, motor homes, court
       judgments, etc. (If more than two, list information on back):
       a.                              Asset (1)           Asset (2)
          Make & Model:              _____          _____
          In whose name registered?  __N/A__             __N/A__
          Present Value of Asset:    _____          _____
          Amount owed:               _____          _____
          Owed to:                   _____          _____
       b. Total cash in banks, savings and loan associations, prisoner accounts,
          financial institutions, other repositories, or anywhere else - $ __N/A__

2

c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:
Business, profession or other forms of self-employment - $ N/A
Rent payments, interest or dividends -------------- $ N/A
Pensions, annuities or life insurance payments ------ $ N/A
Gifts or inheritances ------------------------- $ N/A
Stocks, bonds or notes ------------------------ $ N/A
Tax refunds, Veteran benefits or social security benefits $ N/A
Any other sources --------------------------- $ N/A

3. Obligations:
   a. Monthly rental on house or apartment ------------ $ N/A
   b. Monthly mortgage payments on house ------------ $ N/A

4. Other information pertinent to your financial debts and obligations:

| (Creditor) N/A | (Total debt) N/A | (Monthly payment) N/A |
| (Creditor) N/A | (Total debt) N/A | (Monthly payment) N/A |
| (Creditor) N/A | (Total debt) N/A | (Monthly payment) N/A |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (e.g. food stamps, family assistance or charitable contributions.)

N/A

Other (Explain): N/A

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_11-15-05_
DATE

_Jeffery Todd Gould_
SIGNATURE OF PLAINTIFF/PETITIONER

_Jeffer Gould G-4-18 T Staton_
ADDRESS
_Prison Elmore Alabama 36025_

4

## VIII. FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint <u>must</u> accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($150.00 for a civil action, $5.00 for a habeas corpus petition, or $105.00 for an appeal).

_11-15-05_           _Jeffery Todd Gould  140977_
DATE                      SIGNATURE OF PLAINTIFF/PETITIONER

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_____      _____
DATE                      SIGNATURE OF AUTHORIZED OFFICER