| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Racheal S*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  *Racheal Sauer*  C. Date of Delivery  *1-10-06* |
| 1. Article Addressed to:<br><br>Prison Health Services<br>105 Westpark Drive<br>Suite 200<br>Brentwood, TN 37027 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| *05-1102 cv*  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7004 2510 0001 0150 6235 | |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |