IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JEFFERY TODD GOULD (AIS# 140977), | * |
| | * |
| Plaintiff, | * |
| V. | 2:05-CV-1102-F |
| | * |
| AARON BEE, ET AL., | * |
| Defendants. | * |
| | * |

### AFFIDAVIT OF DONALD McARTHUR, PA-C

**BEFORE ME,** Betty S. Cam _____, a notary public in and for said County and State, personally appeared **DONALD McARTHUR, PA-C**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Donald McArthur. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this affidavit. I obtained a bachelors degree from the University of Nebraska in 2000. I have been a licensed, physician assistant in Alabama since 2004. From January 2004 to August 2005 I served as a physician assistant at Staton Correctional Facility located in Elmore County, Alabama. At all pertinent times, my employment at Staton was with Prison Health Services, Inc. ("PHS"), the company that currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

At all pertinent times, Jeffery Gould (AIS# 140977) has been incarcerated as an inmate at Staton Correctional Facility. I am familiar with Mr. Gould's medical history

and conditions, and have seen and evaluated him as a patient on numerous occasions. I have also reviewed Mr. Gould's medical records, certified copies of which are being produced to the Court along with this Affidavit.

It is my understanding that Mr. Gould has made an allegation in this matter that I have failed to provide him with appropriate treatment for Hepatitis C. Mr. Gould's allegations are untrue; however, as I have provided him with excellent medical care for this condition at all times.

Mr. Gould has a history that is significant for Hepatitis C and chronic leg infection secondary to this condition. On November 9, 2004, Mr. Gould was evaluated for eligibility to receive Ribavirin/Interferon combination therapy for treatment of his Hepatitis C.[1] However, Ribavirin/Interferon combination therapy is not indicated for every person infected with Hepatitis C. Mr. Gould did not qualify for Ribavirin/Interferon combination therapy treatment because his complete blood count (CBC) indicated that his hemoglobin and platelet counts were too low for safe treatment.

While the Ribavirin/ Interferon combination therapy is contraindicated for Mr. Gould's treatment, he has received treatment by other means. Specifically, Mr. Gould is enrolled in Staton's chronic care program where he is afforded regular blood tests and liver enzyme panels in order to track the effect the Hepatitis C virus is having on his overall long-term health. In order to treat periodic swelling and inflammation caused by the virus' effect on Mr. Gould's liver, he has been prescribed diuretics, Lasix and hydrochlorothiazide (HCTZ) with potassium. He has also been afforded TED hose

---

[1] Ribavirin/Interferon combination therapy consists of the simultaneous application of two drugs: Ribavirin, an oral tablet which works against the Hepatitis C virus by improving liver function, and Interferon, a specialized protein utilized within the body to fight the Hepatitis C virus. Interferon is administered by injection.

(compression stockings) in order to reduce lower leg swelling. In order to treat itching associated with his condition, Mr. Gould has been prescribed Vistaril and Benadryl. Mr. Gould's condition has also contributed to stomach irritation for which Zantac has been prescribed. Mr. Gould receives Motrin and Percogesic for intermittent pain.

Based on my review of Mr. Gould's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion. Mr. Gould has been seen and evaluated by the medical or nursing staff, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Staton Correctional Facility.

At all times, myself and the other healthcare providers at Staton have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Staton Correctional Facility denied Mr. Gould any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Gould. At all times, Mr. Gould's medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

*Donald McArthur, PA-C*
DONALD MCARTHUR, PA-C.

STATE OF ALABAMA        )
                        )
COUNTY OF Montg____     )

    Sworn to and subscribed before me on this the __27__ day of __Feb___,
2006.

_____Betty Carr_____
Notary Public
MyCommissionExpires
__12-17-09__