# PROBLEM LIST

Name _Gould, Jeffery_

ID # _140977_

D.O.B. _11-6-63_

Medication Allergies _Haldol_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| | ① nicotine addiction | | BA |
| Dec 97 | psych service | u/a | Bw |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/94

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_VCF_

**INSTITUTION**

_SGC_

Gould, Jeffery

**NAME**

140973    W/M

**NUMBER**    **R/S**

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

Instructions: Come to HCU @ 6 pm

on 10/24 for ear irrg.

**Failure to follow the directions above may result in a disciplinary.**

10-20-93

**Date Issued**

N. Burks, sp.

**Signature**

F-53

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Staton_

**INSTITUTION**

GOULD, JEFFERY
**NAME**

140927  W/M
**NUMBER**  **R/S**

No PROMALGS standing > than 1 hour X
~~lay~~-in for _120_ days from _10/7_ to
_____ **(date)**

_1/7/03_ due to _C/O Old Ankle_
**(date)**

_Problem_

_____

_____

**Instructions:** _____

_____

_____

_____

_Failure to follow the directions above may result in a disciplinary._

_10/7/02_
**Date Issued**

DR Somner /ns SD
**Signature**

F-53

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP



INSTITUTION _SCC_

NAME _Donald Jeffrey_    NUMBER _140977_    R/S _WP_

Lay-in for _____ days from _____ (date) _____ due to _____ (date) _____ to _____

Instructions: _Work stop call — due to ↑ temp — few SF_

*Failure to follow the directions above may result in a disciplinary.*

Date Issued _1/1/00_    Signature _[signature]_

F-53

| PATIENT NAME | AIS# | S | DOB | DATE |
|---|---|---|---|---|
| *Gould Jeffery* | *14 0977* | *M* | *11/6/63* | *11/23/93* |

CLASSIFICATION   (I)   II   III

LIMITATIONS – SPECIFY

ALLERGY
*Haldol, Neosporin Opthal. ointment.*

| DATE | PROBLEM | DATE | PROBLEM |
|---|---|---|---|
| 11/23/93 | O. N/C @ this time → P. Sgd 4 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CHRONIC CONDITIONS:

| | Begin Date | rev. date | rev. date | rev. date | rev. date | rev. date | rev. date | rev. date | rev. date | rev. date | rev. date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HYPERTENSIVE | 11/23/93 | | | | | | | | | | |
| PULMONARY | | | | | | | | | | | |
| ASTHMA | | | | | | | | | | | |
| EPILEPSY | | | | | | | | | | | |
| CARDIAC | | | | | | | | | | | |
| DIABETIC | | | | | | | | | | | |
| MENTAL HEALTH | | | | | | | | | | | |
| HIV+ | | | | | | | | | | | |
| SINUS PROBLEM | | | | | | | | | | | |

QUITMAN CLINIC    COMPREHENSIVE

NAME: _Gould, Jeffery_    AIS: _140977_    ALLERGIES: _AKA Hatool Neomycin Oitth. Ointment_

| | DATE | | | DATE | | | DATE |
|---|---|---|---|---|---|---|---|
| Urinalysis HCT, Chol, & FBS q 3 yrs | * *9/20/93 | CXR q 3 yrs BUN q 1 yr | * * | EKG q 3 yrs | * |

| DATE | 11/23/93 | | | | |
|---|---|---|---|---|---|
| **SUBJECTIVE DATA: *q 1 mo.** | | | | | |
| 1. Headache | Occassionally | | | | |
| 2. Dizziness | NO | | | | |
| 3. Chest Pain | NO | | | | |
| 4. Exercise Capacity | walks 2th q. d. | | | | |
| 5. Smoking–Pks/Day | ½ pkg qd | | | | |
| 6. Amaurosis (trans. blind) | NO | | | | |
| 7. Dietary Compliance | NO | | | | |
| 8. Weight | 159½? | | | | |
| **NURSING EXAM:*q 1 mo.** | | | | | |
| 1. BP Left Arm | 118/78 | | | | |
|    BP Right Arm | 110/74 | | | | |
| 2. Pulse | 68 | | | | |
| 3. Edema | None. | | | | |
| 4. Pedal Pulse | present. | | | | |
| **MD Exam: *q 1 mo.** | | | | | |
| 1. Fundus | | | | | |
| 2. Heart | | | | | |
| 3. Lungs | | | | | |
| 4. Pedal Pulse | | | | | |
| 5. Edema | | | | | |
| **LAB & X–Ray** | | | | | |
| 1. K+ q 3 mo if on diuretic | | | | | |
| 2. K+ & BUN q 1 mo 3X then   q 6 mo if on ACE Inhibitor | | | | | |
| 3. K+ q 1 yr if no diuretic/ACE | | | | | |
| 4. Creat. only if BUN abnormal | | | | | |
| 5. Other lab (*from top of page) | | | | | |
| **MEDICATIONS** | | | | | |
| 1. Inderal 40mg BID | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| DATE | |
|------|---|

1. Patient should recognize the varying effect of certain factors on symptoms of hypertension: i.e. family history, sex, weight, race, stress.

   DISCUSSED: *yes.*          PATIENT UNDERSTANDING: *good.*

2. Patient should be aware of the need for certain dietary restructions: i.e. reduced salt, low fat, low cholesterol, low caffeine products

   DISCUSSED: *yes.*          PATIENT UNDERSTANDING: *good.*

3. Patient should be aware that he should seek prompt medical attention when symptoms occur: headache, blurred vision, nausea/vomiting, dizziness, weakness.

   DISCUSSED: *yes*          PATIENT UNDERSTANDING: *good.*

4. Patient should be aware of the importance of an adequate and consistant rest schedule.

   DISCUSSED: *yes.*          PATIENT UNDERSTANDING: *good.*

5. Patient should recognize the side effects of therapeutic medications: hypotension, dizziness, nasal congestion, loss of strength, loss of appetite. He should know to rise slowly from a supine or sitting position and to lie down if dizziness occurs.

   DISCUSSED: *yes*          PATIENT UNDERSTANDING: *good*

6. Patient should be aware of the dangers of smoking and discuss methods of quitting or cutting back: S&S of vascular disease, carcinoma of lung, upper respiratory infections, increased incidence of stroke, heart disease.

   DISCUSSED: *yes*          PATIENT UNDERSTANDING: *good.*

7. Patient should be aware of the importance of a regular exercise routine to increase cardiac output, low cholesterol, control weight and produce feeling of general well being.

   DISCUSSED: *yes*          PATIENT UNDERSTANDING: *good.*

8. Patient should understand the importance of medication compliance per M.D.'s orders and the necessity for laboratory monitoring, a.m. meds, BID meds, combination of medications, and monitoring certain blood product data.

   DISCUSSED: *yes.*          PATIENT UNDERSTANDING: *good.*

| NAME (Last, First, Middle) | AIS# | DOB | RACE/SEX |
|---|---|---|---|
| *Gould, Jeffery.* | *14 0977* | *11/16/68* | *B/M* |

OVER

RELEASE OF LIABILITY

DATE  11/23/93.

TIME  10:40 AM

This is to certify that I _Jeffery L Gould_

AIS # _140977_ , of the _Ventress_

Facility, am _Line is far to Long & I only need this medication periodically_

against the advise of the attending physician and of the administratio

I acknowledge that I have been informed of and understand the risk(s)

involved and hereby release the attending physician, _Quest_

. Care, Inc., its officers, employees, and agents from any liabil

or responsibility for any injury or damage which I may suffer because

of this decision.

When necessary, insert brief explanation of what inmate was told.

_Explain due to Inmates non-compliance with Inderal and Midrin the Hcu staff will not be held responsible for any problems which may occur due to the prescribed medication is available in Hcu._

Done this _23rd_ day of _November_ 19 _93._

_R.D. Watson COI_
Witness

_Jeffery L Gould_
Signature of Inmate

_P. Ford LPN_
Witness

## PERIODIC HEALTH ASSESSMENT

I.    HISTORY - (Nurse)          YES   NO    COMMENTS

Weight Change (>15 lb.)         ____  ✓     Last Weight at least 6 mo.'s.
(Compare Weight Below)                ✓     ago: _____
Persistent Cough                ____  ✓     _____
Chest Pain                      ____  ✓     _____
Blood In Urine or Stool         ____  ✓     _____
Difficult Urination             ____  ✓     _____
Other Illnesses (Details)       ____  ✓     _____
Smoke Dip or Chew               ✓           1 ph bulger 3 2 day, occ
ALLERGIES                       ✓           Haldol

Weight _180_ Temp. _97.5_ Pulse _88_ Resp. _20_ B.P. _110/70_
Eye Exam:        Without Glasses    OD _20/70_ OS _30/70_ OU _20/70_    glasses
                 With Glasses       OD _____ OS _____ OU _____         broken

II.   TESTING - (Nurse)                    RESULTS

Tuberculin Skin Test (q yr.)      Date Given _9/9/00_ Site _LFA_
(chest x-ray if clinical symptoms) Read On _9/11/00_ Results _Ø_ mm
RPR (q 3 yrs.)                     Date _9/9/00_ Results _NR_
Urine Dip (yearly)                Results _9/9/00_ _WNL_
   (Glu., Pro., RBC., WBC.)
EKG (baseline at 35, over 45 q 3 yrs.)  _9/4/99_ _borderline_
Cholesterol (at 35 then q 5 yrs.)  _3/1/99_ _180_
Tetanus/Diphtheria (q 10 yrs.)    Last Given _10/25/97_ Due _2007_
   If Done Today:      Site Given _____ Dose _____ Lot # _____
Mammogram – (Annually - Females > 49)  Date Done _N/A_ Results _____

III.  PHYSICAL                             RESULTS

Heart                             _RRR_
Lungs                             _clear_
Breast (q 2 yrs. p 30)            Date _N/A_ Results _____
Rectal (yearly p 45)              Results _N/A_ Hemocult _____
Pelvic and PAP (q 1 yr.)          Date _N/A_ Results _____

Inmate Name _Deuld Jeffery_              AIS # _140977_
DOB _11/6/63_ Age _36_ Race _W_ Sex _M_ SSN _417 04 5135_
Emergency Addressee _Bonnie Lerner_      Phone # _256 378 5689_
Address _4378 Pecan Rd Childersburg 35044_
Facility _SCC_ _____ Nurse Signature _NW Welfin RN_ Date _9/9/00_
Physician Signature _A Roologi_          Date _10/12/00_

8/1/98

# TUBERCULIN PPD FOR INMATES

### INITIAL SKIN TEST

Date Given: 9/9/00
Date Read: 9/11/00

Site Given: LFA
Size: 0 mm

Lot #: CO148AA

Nurse: N Wolfin RN
Nurse: AH Smith LPN

---

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Inmate Signature: Jeffery todd Gould
Date: 9-9-00

Witness Signature: N Wolfin RN
Date: 9/9/00

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Gould, Jeffery | 140977 | W/M | SCC |

## PERIODIC HEALTH ASSESSMENT

I.    HISTORY - (Nurse)              YES  NO   COMMENTS

Weight Change (>15 lb.)         ___  ✓    Last Weight at least 6 mo.'s.
(Compare Weight Below)                    ago: _____
Persistent Cough                ___  ✓    _____
Chest Pain                      ___  ✓    _____
Blood In (Urine) or (Stool)     ✓   ___   2wks Ago
Difficult Urination             ___  ✓    _____
Other Illnesses (Details)       ✓   ___   Ankle Prob.
(Smoke,) Dip or Chew            ✓   ___   ½ Pk. Daily
ALLERGIES                       ✓   ___   Haldol

Weight _184_  Temp. _97.5_  Pulse _76_  Resp. _18_  B.P. _110/80_
Eye Exam:        Without Glasses    OD _20/50_ OS _20/50_ OU _20/50_
                 With Glasses       OD _____ OS _____ OU _____

II.   TESTING - (Nurse)                   RESULTS

Tuberculin Skin Test (q yr.)       Date Given _9-4-99_ Site _LFA_
(chest x-ray if clinical symptoms) Read On _9-6-99_ Results _0_ mm
RPR (q 3 yrs.)                     Date _10-23-99_ Results _NR_
Urine Dip (yearly)                 Results _9-4-99_ _WW_
   (Glu., Pro., RBC., WBC.)        _____
EKG (baseline at 35, over 45 q 3 yrs.) _9-4-99_ _normal_
Cholesterol (at 35 then q 5 yrs.)  _3-1-99_ _180_
Tetanus/Diphtheria (q 10 yrs.)     Last Given _10-25-97_ Due _2007_
   If Done Today:   Site Given _____ Dose _____ Lot # _____
Mammogram – (Annually - Females > 49)  Date Done _N/A_ Results _____

III.  PHYSICAL                            RESULTS

Heart                     _____
Lungs                     _____
Breast (q 2 yrs. p 30)    Date _N/A_ Results _—_
Rectal (yearly p 45)      Results _N/A_ Hemocult _—_
Pelvic and PAP (q 1 yr.)  Date _N/A_ Results _—_

Inmate Name _Gould, Jeffery_          AIS # _140991_
DOB _11-6-63_ Age _35_ Race _W_ Sex _M_ SSN _417 04 5135_
Emergency Addressee _Bonnie Turner_       Phone # _N/A_
Address _4378 Pecan Rd Childburg Al._
Facility _SCC_  Nurse Signature _____ Date _____
Physician Signature _____ Date _____

8 1 98

# TUBERCULIN PPD FOR INMATES

## INITIAL SKIN TEST

Date Given: 9-4-99

Date Read: 9/6/99

Site Given: LFA

Size: 0 mm

Lot #: 2503-11

Nurse: J Reinge LPN

Nurse: A H Smith LPN

---

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

X _Jeffery Gould_    9-4-99

Inmate Signature    Date

_J Reinge LPN_    9-4-99

Witness Signature    Date

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Gould, Jeffrey | 140977 | W/M | Station |

## PERIODIC HEALTH ASSESSMENT

**I.    HISTORY**            YES   NO    COMMENTS

| | | |
|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) | ___ ✓ | Last Weight at least 6 mo.'s ago: _____ |
| Persistent Cough | ___ ✓ | _____ |
| Chest Pain | ___ ✓ | _____ |
| Blood in urine or stool | ___ ✓ | _____ |
| Difficult urination | ___ ✓ | _____ |
| Other illnesses (details) | ___ ✓ | _____ |
| Smoke, dip, or chew | ✓ ___ | ½ ppd |
| ALLERGIES | ✓ ___ | _____ |

Weight _150_   Temp. _98.²_   Pulse _64_  Resp. _18_  B.P. _112/64_

Eye Exam:           Without Glasses   O.D. ____  O.S. ____  O.U. _20/30_
                    With Glasses     O.D. ____  O.S. ____  O.U. ____

**II.    TESTING**                    RESULTS

| | |
|---|---|
| Tuberculin skin test (q yr) (chest x-ray if clinical symptoms) | Date given _9/25/98_  Site _LA_ |
| | Read on _9/27/98_  Results _0_  mm |
| RPR (q 3 yrs) | Date _10/97_  Results _Neg_ |
| Urine dip (yearly) (glu, Pro, RBC, WBC) | Results _WNL_ |
| EKG (baseline at 35,>45 q 3 yrs) | _∅_ |
| Cholesterol (at 35 then q 5 yrs) | _∅_ |
| Tetanus/diptheria (q 10 yrs) | last given _10/97_  due _____ |
| If done today  Site given _____ | Dose _____  Lot _____ |

**III.    PHYSICAL**                  RESULTS

| | |
|---|---|
| Heart | _WNL_ |
| Lungs | _Clear_ |
| Breast (q2 yrs p 30) | Date _____  Results _____ |
| Rectal (yearly p 45) | Results _____ |
| With Hemocult | Results _____ |
| Pelvic and PAP (q 1 yr) | Date _____  Results _____ |

Inmate Name _Gould, Jeffery_                          Ais# _140977_
DOB _11/6/63_  Age _35_  Race _W_  Sex _M_  SSN _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_
Emergency Addressee _Bonnie Turner_            Phone _378-5689_
Address _4378 Pecan Rd, Childersburg, AL_
Facility _WDCF_  Nurse _G. Cash_              Date _9/25/98_
Physician Signature _____  Date _____

*Donaldson*

# CORRECTIONAL MEDICAL SERVICES
# INTAKE MENTAL HEALTH SCREENING

| INMATE NAME: *Gould, Jeffery* | ID #: *140977* | RACE: *W/m* | D.O.B.: *11/6/63* |
|---|---|---|---|

| SUICIDE POTENTIAL SCREENING | (circle) | |
|---|---|---|
| 1. Arresting or transporting officer believes subject may be suicide risk. | Yes | **No** |
| 2. Lacks close family/friends in community. | Yes | **No** |
| 3. Experienced a significant loss within last 6 months (loss of job, relationship, death of close family member). *brother – not communicating* | **Yes** | No |
| 4. Worried about major problems other than legal situation (terminal illness) *c/o being fearful / feeling of doom* | **Yes** | No |
| 5. Family member or significant other has attempted or committed suicide (spouse, parent, sibling, close friend, lover). | Yes | **No** |
| 6. Has psychiatric history (psychotropic medication or treatment). | **Yes** | No |
| 7. Holds position of respect in community (i.e., professional, public official) and/or alleged crime is shocking in nature. Expresses feelings of embarrassment / shame. | Yes | **No** |
| 8. Expresses thoughts about killing self. | Yes | **No** |
| 9. Has a suicide plan and/or suicide instrument in possession. | Yes | **No** |
| 10. Has previous suicide attempt. (Check wrists & note method). | **Yes** | No |
| 11. Expresses feelings there is nothing to look forward to in the future (feelings of helplessness and hopelessness). | Yes | **No** |
| 12. Shows signs of depression (crying, emotional flatness). | **Yes** | No |
| 13. Appears overly anxious, afraid or angry. | **Yes** | No |
| 14. Appears to feel unusually embarrassed or ashamed. *due to charge* | **Yes** | No |
| 15. Is acting and/or talking in a strange manner. (Cannot focus attention; hearing or seeing things not there) | Yes | **No** |
| 16. Is apparently under the influence of alcohol or drugs. | Yes | **No** |
| 17. If YES to #16, is individual incoherent or showing signs of withdrawal or mental illness. | Yes | **No** |
| TOTAL YES'S = If there are any circles in shaded areas, or total of Yes's is 8 or more, alert Shift Commander and refer for Mental Health Evaluation. | *7* | |

| PSYCHIATRIC SCREENING | (circle) | |
|---|---|---|
| 1. History of psychotropic medication? | **Yes** | No |
| Type: *Ativan, Mellaril, Sinequan, Elavil* Current Dosage: Source: *Draper CF* | | |
| 2. History of psychiatric hospitalization? | Yes | **No** |
| When: Where: | | |
| 3. History of outpatient mental health treatment? | **Yes** | No |
| When: *1985* Where: *Draper CF* | | |
| 4. History of violent behavior? | **Yes** | No |
| When: *1985 / 1997* Where: *Jefferson Co / Talladega Co* | | |

**BEHAVIORAL OBSERVATIONS**
Difficulties observed in following area: (circle)

Eye Contact — Terrified/crying
Appearance — Orientation
Activity — Concentration –
Mood – *c/o depressed and* — Speech – *when asked*
Affect – *what* — Delusional – *denied*
Memory — Hallucinations – *denied*
Intellectual Functioning — Psychotic Symptoms *None*

COMMENTS:
*c/o racing thoughts.
Presented w/ c/o being fearful of going to
a person security system. Also reported
that he told someone in the camp (KCF)
that he was charged w/ sexual abuse against
his 9 yr old niece.
Also c/o sleep disturbance &
nervousness. Request psychotropic
medication.
1. Refer to sex offender group.
2. Refer to out patient clinic*

| SUMMARY |
|---|
| ____ No mental health problems |
| ✓ Mental health problems requiring routine follow-up |
| ____ Chronic mental health problem |
| ____ Mental Illness ____ Developmental Disability ____ Other |
| ____ Acute mental health problem |
| ____ Psychosis ____ Suicidal ____ Other |
| ____ Potential withdrawal from substance abuse. |

| DISPOSITION |
|---|
| ____ Approved for General Population: No Mental Health Referral |
| ✓ Approved for General Population: Routine Mental Health Referral |
| ____ Special Housing: Mental Health Referral ASAP |
| ____ Suicide Precaution Procedures: ____ Mental Health Referral ASAP |
| ____ Psychiatric Referral |
| ____ Medical Monitoring for Potential Withdrawal |

| SCREENED BY: *C. Wilson, M.S.* | | DATE: *1/6/99* | TIME: |
|---|---|---|---|
| REVIEWED BY: | ID #: | DATE: | TIME: |

CMS 7123 REV 10/94

# CORRECTIONAL MEDICAL SERVICES
## MEDICAL HISTORY AND SCREENING

_KCF_
**INSTITUTION**

| INMATE NAME: Orgul Jeffery | ID# 140977 | RACE: W | D.O.B.: 11-6-63 |
|---|---|---|---|

## INMATE QUESTIONNAIRE

(circle one)

| | | Yes/No |
|---|---|---|
| 1. | Do your have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes **No** |
| 2. | Have you fainted or had a head injury within past six months? | Yes **No** |
| 3. | Have you been seen by a doctor in the past six months? | **Yes** No |
| 4. | Do you wear glasses or contact lenses? | Yes **No** |
| 5. | Do you have prosthesis, splint, crutches, cast or brace that you need while here? | Yes **No** |
| 6. | Do you drink wine, beer or whiskey How often? Daily How much? 18/01 Last time? Merry 1999 | **Yes** No |
| 7. | Have you had seizures or blackouts when you stop drinking? | Yes **No** |
| 8. | Do you use drugs? Type Cocaine How often? 23uca Last time March 1999 | **Yes** No |
| 9. | Have you had withdrawal problems when you stop taking drugs? | Yes **No** |
| 10. | Are you currently detoxing? If yes, from what substance? | Yes **No** |
| 11. | Do you have any medical problems we should know about? | Yes **No** |
| 12. | Have you been in this facility before? | Yes **No** |

## MENTAL HEALTH

| 13. | Have you ever been hospitalized or treated for psychiatric problem? | Yes **No** |
|---|---|---|
| 14. | Have you ever considered or attempted suicide | Yes **No** |
| 15. | Are you feeling depressed or extremely sad? | **Yes** No |
| 16. | Do you want to hurt yourself or someone else? | Yes **No** |
| 17. | Are you hearing voices?____ If yes, what are they saying? | Yes **No** |

## FEMALE INMATES ONLY

| 18. | Are you pregnant?    LMP | Yes No |
|---|---|---|
| 19. | Do you use birth control? Type | Yes No |
| 20. | Have you recently had a baby, mis-carriage or abortion? | Yes No |

**COMMENTS: (Explain "Yes" Responses)**

## VITAL SIGNS.
HT 63 WT 154 BP 100/60

Pulse____ Resp____ Temp____

## DISPOSITION

| Referrals | ✓ None | Placement |
|---|---|---|
| ____Emergency Room (Pre-booking injury) | | ____Infirmary |
| ____Emergency Room (Acute Condition | | ____Detoxification |
| ____Physician | | ____Setting |
| ____Sick Call | | ✓ Gen Population |
| | | ____Other |

## CURRENT MEDICAL CONDITIONS (circle terms that apply)

| | |
|---|---|
| Unconscious | Skin Infection |
| Disoriented | Restricted Mobility |
| Intoxicated | Skin Rash |
| Lesions | Jaundice |
| Obvious Pain | Needle Marks |
| Bruises | Swollen Glands |
| Fever | Active Cough |
| Nausea | Vaginal/Penile Discharge |
| **Uses Tobacco** | Dental Problems |

## MEDICAL HISTORY (circle terms that apply)

| | |
|---|---|
| Arthritis | Frequent Diarrhea |
| Diabetes | Genital Sores |
| Seizure Disorder | V.D. |
| Asthma | Hepatitis |
| Special Diet | HIV+ |
| Heart Condition | Tuberculosis |
| Hypertension | Persistant Sore Throat |
| Stomach Ulcer | Dental Problems |
| Cancer | Surgeries |
| Sickle Cell Anemia | Chest Pain |
| Emphysema | Jaundice |

## TB HISTORY

Ever treated with TB Drugs?    Yes  **No**
Previous PPD test? **Yes** No  Previous Positive Reaction? Yes **No**
When____
Where____

| | |
|---|---|
| Chronic Cough/Blood | Fever |
| Recent Weight Loss | Night Sweats |
| Recent Appetite Loss | Fatique |

## MEDICATIONS

Current Medications:

N/A

## ALLERGIES

Medication Allergies:    Yes  **No**
Type:____
Other Allergies:    **Yes**  No
Type: Half/Fever

---

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: Jeffery Orgul

Screened by: R. Mitchum    Date: 10-23-57  Time:____

Reviewed by:____    Date:____  Time:____

Revised 4/28/97 (CMS 7107)

# REPORT OF HEALTH ASSESSMENT

D.O.B. 11/6/63     Age 39 (S) M W D          ALLERGIES _NKA_

Former Occupation _____ How Long _____

If any BLOOD RELATIVE has suffered any of the following-relationship of person

**Date of last Immunization**

___ T.B. _____     ___ Gout _____
___ Stroke _____     ___ Hypertension _____
___ Migraine _____     ___ Heart Attack _____
___ Mental Illness _____
___ Epilepsy _____
___ Diabetes _____
___ Cancer _____

Typhoid _____
Measles _____
Rubella _____
Diptheria _____
Pertussis _____
Polio _____
Tetanus ___ 8/93

PREVIOUS OPERATIONS (Year) _1983 - Oankle_
Current Medications: _N/A_
MARK (c) for Current problems/check space and indicate age you had any of the following symptoms of disease

| | | | |
|---|---|---|---|
| Head injury | High Blood Pressure | Chronic Fatigue | Eczema |
| Decreased hearing | Heart Murmur | Weight Loss | Nervousness |
| Ringing in ear(s) | Pounding Heart | Lb/time _____ | Depression |
| Ear Infections (freq.) | Swollen Ankles | Anemia | (c) Use of Alcohol |
| Dizzy spells | Leg Pain When Walking | Sickle Cell Anemia | oz. EtOH/week |
| Fainting spells | Varicose veins / Phlebitis | Bruise Easily | (c) Smoke |
| Double / blurred vision | Rheumatic Fever | Cancer | 20 Cig. per day |
| Eye pain | Urinary Tract Infect. | Tumor(s) | **FEMALES:** |
| Eye Infections (freq.) | Painful Urination | Diabetes | MENSTRUAL HISTORY |
| Nose bleeds (freq.) | Blood in Urine | Thyroid trouble | N/A Age of Onset |
| Sinus problems | Overnight Urination | Convulsions / | Regular / Irregular |
| Sore Throats (freq.) | More than 2x / night | Seizures | FLOW: |
| Hayfever / Allergies | Lost Control of Urination | Stroke | Light |
| Hoarseness-Prolonged | Decrease in force of | Tremor / Hands | Moderate |
| more than 1 month | Urination | Shaking | Heavy |
| Recent change in | Kidney Stones | Numbness of | Pain / Cramps with |
| Bowel Habits | Venereal Disease | Extremities | Menstrual Flow |
| Diarrhea | Gonorrhea | Tingling in Extremities | Length of Cycle |
| Constipation | Syphilis | (c) Headache(s) | Number of Pregs. |
| Bleeding / Tarry Stools | Herpes | Frequent | Number Live Births |
| Hemarrhoids | Penis Discharge | Memory Loss | Number of Miscarriages |
| Gallbladder Trouble | Penis sores or growths | Rheumatism | Method of |
| Jaundice / Hepatitis | Tuberculosis | (c) Joint Problems | Birth Control |
| Hernia | Pneumonia/Pleurisy | Back Pain | If pill, |
| Surgery for Hernia | Bronshitis | Back Pain persistent | name of pill |
| Loss of Appetite-recent | Cough-productive | (c) Bone fracture(s) | Hot Flashes |
| Difficulty Swallowing | purulent (circle) | Gout | Menopause |
| Indigestion / Heartburn | Asthma / Wheezing | (c) Foot Pain | Breast knots / masses |
| Persistent Nausea | Shortness of breath: | Arthritis | Pain in Breasts |
| Vomiting | On EXERTION | Rashes | Other Symptoms or Disease |
| Vomiting Blood | LYING FLAT | Psoriasis | |
| Stomach Ulcers | Night Sweats | Cold / Numb | _Drug Abuse_ |
| (c) Abdominal Pain | | Feet | |
| Chest Pain | | Hives | |

COMMENTS: _____

CLASSIFCATION: _____I_____

NAME: _Gould, Jeffery Todd_     AISN _140977_     W/M

F-26A

Ht _6' 1"_    Wt _150_    P _N/A_    R _____    _____    BP _180/74_

VISION:    R _20/40_    L _20/70_ _____    P.P.D. _0mm_

COMMENTS: _____    Hct. _46.0_

GENERAL APPEARANCE: _____    HIV _Adure_

**PHYSICAL EXAMINATION:**    VDRL _RPR-NR_

| | NEG. | ABNOR. | | NEG. | ABNOR. |
|---|---|---|---|---|---|
| Head/Scalp | | | Neck | | |
| Lids/Sclera/Conj | | | Shoulders | | |
| Eye Muscles | | | Touch Hands on | | |
| (E.O.M.'S) | | | Head | | |
| Pupils | | | Elbows | | |
| Fundi | | | Wrists | | |
| Ears | | | Fingers | | |
| Hearing T.F. | | | Back | | |
| Nose | | | Hips | | |
| Teeth/Gums | | | Knees | | |
| Pharynx | | | Ankles/Feet | | |
| Thyroid | | | Paralysis | | |
| Neck Glands | | | Gait | | |
| Carotid Bruits | | | Muscle Atrophy | | |
| Chest/Lungs | | | Tremor(s) | | |
| Heart (P.M.I.) | | | Squats on Toes | | |

**HEART:**    **TENDON REFLEXES:**

| | NEG. | ABNOR. | | NEG. | ABNOR. |
|---|---|---|---|---|---|
| Rhythm | | | Elbow | | |
| Rate | | | Wrists | | |
| Murmur | | | Knees | | |
| Breast Nipples | | | Achilles | | |
| Axillary Nodes | | | | | |
| Abd. Masses | | | **FEMALES:** | | |
| Abd. Tenderness | | | Vulva/Vagina | | |
| Liver/Spleen | | | Adnexae | | |
| Abd. Bruits | | | Cervix | | |
| Hernia Rings | | | Uterus | | |
| Inguinal Nodes | | | Utero/Rectocoele | | |
| | | | Pap Smear done | | |

**PULSES:**    **MALES:**

| | NEG. | ABNOR. | | NEG. | ABNOR. |
|---|---|---|---|---|---|
| Femoral | | | Penis | | |
| Dorsalis Pedis | | | Penile Discharge | | |
| Varicose Veins | | | Penile lesions | | |
| Pedal Edema | | | Herpes | | |
| Skin Lesions | | | Testes | | |
| | | | Scrotal Sac | | |
| **NAIL BEDS:** | | | Prostate | | |
| Fingers | | | | | |
| Toes | | | Hemoccult | | |
| | | | Anal/Rectal | | |

COMMENTS: _____

EXAMINER _____

DATE _9/20/93_

IN CASE OF EMERGENCY NOTIFY: _378-5689_    _4378 Pecan Road_

Name _Bonnie Turner_    Address _Childersburg, Alabama_

Name _Gould, Jeffery Todd_    AISN _140977_ _w/m_

F-26B

# DEPARTMENT OF CORRECTIONS
## REPORT OF ANNUAL HEALTH ASSESSMENT

| Blood Pressure | 120/78 | Height | 6' | Pulse | NA | Vision | | Rt. 20/ 25 | Lt. 20/ 20 |
|---|---|---|---|---|---|---|---|---|---|
| Date of Tetanus Toxiod | 1988 | Weight | 166 | Temperature | 98.4 | | | ☐ With Glasses | ☑ Without Glasses |

**TESTS**

| Normal | Abnormal | |
|---|---|---|
| | | Urinalysis |
| | | CBC |
| | | VDRL When Treated |
| | | GC When Treated |

| Normal | Abnormal | |
|---|---|---|
| 0mm | | TB Skin Test/Treated 11/1/92 |
| | | Pap Smear |

**Allergies**
Haldol
Neomycin opth. oint. +
gtts

| QUESTIONS | YES | NO |
|---|---|---|
| 1. Have you had a change in normal bowel movements? | | ✓ |
| 2. Do you have a productive cough? | | ✓ |
| 3. Do you have any problems with urination? | | ✓ |
| 4. Have you noticed any lumps or knots under your arms, in your groin, neck or breasts? | | ✓ |
| 5. Have you noticed any rash or lesion on your body? | | ✓ |
| 6. Have you had any vaginal discharges or change in menstrual cycle? | | |

COMMENTS: _____

_____

_____

If any of the above questions are answered yes or if inmate is over 50 years of age, the balance of this health assessment form is to be completed.

**PHYSICAL**

| Normal | Abnormal | |
|---|---|---|
| | | Head, Neck and Scalp |
| | | Mouth and Throat |
| | | Ears and Eardrums |
| | | Eyes and Pupils |
| | | Chest and Lungs |
| | | Cardiovascular |
| | | Abdomen, Incl. Hernia |
| | | Anus and Rectum |

| Normal | Abnormal | |
|---|---|---|
| | | Ext. Genitalia |
| | | Skin |
| | | Breast |
| | | Upper Extremities |
| | | Lower Extremities |
| | | Spine/Musculoskeletal |
| | | Pelvic Exam |
| | | Pap Smear |

Remarks _____

Classification ____

**INFORMATION**

| Nurse's Signature | C. Mosley LPN | Date | 10/25/92 | Physician's Signature | | Date | 10/26/92 |
|---|---|---|---|---|---|---|---|

Emergency Addressee Bonnie Turner   Address 4378 Pecan Rd. Childersburg Al. 35044   Telephone 378-5689

Home Address Same   Telephone

County Talladega   Sentence 12 yrs   Spouse/next of kin   Relationship mother

Alias nene   D.O.B. 4/6/63   Place of Birth Talladega   (S) M W D   Social Security # 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

Inmate Name (Last, First, Middle) Gould, Jeffery Todd   AIS# 140977   Age 29   R/S W/M   Institution REHF

F - 56     Original - Medical Jacket   Pink - Classification   Yellow - Central Records

## CORRECTIONAL HEALTH CARE
### REPORT OF HEALTH ASSESSMENT

Date 6-1-90

☒ Initial/New Man
☐ Bi-annual
☐ _____ other

Health Unit Kilby

☐ Review of Screening Form

| | | |
|---|---|---|
| Blood Pressure 100/78 | Height 6' | Pulse NA | Vision Rt 20/ 30   Lt 20/ 30 |
| Date of Tetanus Toxoid 1988 | Weight 152 | Temperature NA | ☐ With Glasses   ☒ Without Glasses |

**TESTS**

| Normal | Abnormal | | Normal | Abnormal | |
|---|---|---|---|---|---|
| ✓ | | Urinalysis | 0mm | | TB Skin Test When Treated |
| ✓ | | CBC | | | Sickle Cell |
| ✓ | | VDRL When Treated | Done | | HIV |
| ✓ | | GC When Treated | | | Chest X-Ray |

Allergies Halidol
Neomyein Opth oint + gtts

**HISTORY**

| YES | WHO | F = Family  S = Self |
|---|---|---|
| | | Scarlet Fever |
| | | Diphtheria |
| | | Rheumatic Fever |
| ✓ | F/S | Childhood Diseases |
| ✓ | F | Wear Glasses |
| ✓ | S | Eye, Ear, Nose or Throat Problems |
| | | Sinusitis/Hay Fever |
| | | Diabetes |
| | | Dizziness/Fainting Spells |
| | | Sickle Cell/Trait |
| | | Gunshot Wounds |
| | | Stutters |
| | | Back Problems |
| | | Veneral Disese |
| | | Tuberculosis (Live with anyone) |

| YES | WHO | F = Family  S = Self |
|---|---|---|
| ✓ | S | High/Low Blood Pressure |
| | | Stomach Ulcers |
| | | Gallbladder/Gallstones |
| ✓ | F | Hepatitis – Father |
| | | Heart Trouble |
| | | Rupture-Hernia |
| | | Appendicitis |
| | | Hemorrhoids/Rectal |
| ✓ | S | Kidney Stones (Blood/Urine) |
| ✓ | F | Arthritis/Rheumatism |
| | | Bone/Joint Deformity |
| | | Epilepsy/Fits |
| | | Bed Wetting |
| ✓ | S | Drug Adiction Cocine |
| ✓ | S | Alcoholism |
| | | Homosexual Tendencies |

| YES | WHO | F = Family  S = Self |
|---|---|---|
| ✓ | S | Use Tobacco 1ppd. |
| | | Mental Illness |
| | | Attempted Suicide |
| | | Presently on any Psychrotrophic Meds |
| | | Illness/Injury Un-noted |
| | | Do you bleed excessively after injury or Tooth Extraction? |
| ✓ | S | Any Operations? When? 2f ankle |

**Female Inmates:**

# Pregnancies _____   # Miscarriages _____
Age of Menses _____   Last Menses _____

**PREVIOUS HOSPITALIZATION** (Secure Inmate Authorization For Medical Record Information)

Cooper Green Hospital
1983   Birmingham, Al

| Date | Hospital | Date | Hospital | Date | Hospital |
|---|---|---|---|---|---|

**PHYSICAL**

| Normal | Abnormal | | Normal | Abnormal | | Remarks |
|---|---|---|---|---|---|---|
| ✓ | | Head, Neck and Scalp | | | Ext. Genitalia | |
| | | Mouth and Throat | | | Skin | |
| | | Ears and Eardrums | | | Breast | |
| | | Eyes and Pupils | | | Upper Extremities | |
| | | Chest and Lungs | | | Lower Extremities | |
| | | Cardiovascular | | | Spine/Muscoskeltal | |
| | | Abdomen, Incl. Hernia | | | Pelvic Exam | |
| | | Anus and Rectum | | | Pap Smear | |

Classification

Nurse's Signature Kimberley Messer LPN   Date 6-1-90
Physician's Signature _____   Date 6-1-90

**INFORMATION**

Emergency Addressee Bonnie Hill
Address 303 8th N.E. Childersburg Al 35044
Telephone # 378-3175

Home Address
Telephone #

County Talladega
Sentence 12 yrs.
Spouse/Next-of-Kin
Relationship Mother

Alias None
Place of Birth Talladega Co.
Social Security # 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
Ⓢ M W D

Inmate Name (Last, First, Middle) Gould, Jeffery Todd
Date-of-Birth 11 6 63
Age 26
R/S wm
AIS # 140977

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

--- CLIENT INFORMATION ---

Client    : Gould, Jeffery          Age          : 33

Sex       : Male                    Marital Status :

Education  :                        Date of Birth  : 11/06/63

File Name  : 140944

Prepared for: DEPARTMENT OF CORRECTIONS on 10/24/97

The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

MMPI-2 INTERPRETIVE REPORT                                    PAGE  2
PREPARED FOR: DEPARTMENT OF CORRECTIONS

--- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES ---



| | L | F | K | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | | | |
| | L | F | K | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si |
| T-Score | 56 | 58 | 60 | 59 | 80 | 64 | 87 | 70 | 68 | 83 | 65 | 38 | 60 |

Unanswered (?) Items = 0

Welsh Code:   472"5'6830-1/9# K-F/L/

MMPI-2 INTERPRETIVE REPORT                                          PAGE   3
PREPARED FOR: DEPARTMENT OF CORRECTIONS

--- PROFILE MATCHES AND SCORES ---

|  |  | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|---|
|  | Scale |  |  |  |
| Codetype match: |  |  | 4-7/7-4 | 4-7/7-4 (2) |
| Coefficient of Fit: |  |  | .83 | .88 |
| Scores: | ? (raw) | 0 |  |  |
|  | L | 56 | 48 | 49 |
|  | F | 58 | 65 | 60 |
|  | K | 60 | 46 | 49 |
|  | Hs (1) | 59 | 55 | 52 |
|  | D  (2) | 80 | 67 | 66 |
|  | Hy (3) | 64 | 58 | 54 |
|  | Pd (4) | 87 | 80 | 75 |
|  | Mf (5) | 70 | 49 | 47 |
|  | Pa (6) | 68 | 62 | 55 |
|  | Pt (7) | 83 | 76 | 71 |
|  | Sc (8) | 65 | 66 | 59 |
|  | Ma (9) | 38 | 57 | 51 |
|  | Si (0) | 60 | 57 | 56 |
| Mean Clinical Elevation: |  | 68 | 65 | 60 |
| Ave age-males: |  |  | 30 | 32 |
| Ave age-females: |  |  | 31 | 34 |
| % of male codetypes: |  |  | 1.5% | .9% |
| % of female codetypes: |  |  | .7% | .3% |
| % of males within codetype: |  |  | 81.6% | 86.2% |
| % of females within codetype: |  |  | 18.4% | 13.8% |

Configural clinical scale interpretation is provided in the
report for the following codetype(s):

                    4-7/7-4
                    4-7/7-4 (2)

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: DEPARTMENT OF CORRECTIONS

PAGE   4

---- CONFIGURAL VALIDITY SCALE INTERPRETATION ----

There is no information available for this configuration of
scores for scales L, F, and K.  Interpretation for each of the
individual validity scales is presented below.

---- VALIDITY SCALES ----

? (raw) = 0

Scores in this range reflect a relatively small number of
unanswered items, which in and of itself should not have an
impact on the validity of the profile.

L    T = 56

L scores in this range are usually obtained by individuals
who generally respond frankly and openly to the test items and
are willing to admit to minor faults.

F    T = 58

F scores in this range usually indicate that the individual
responded to the test items as do most individuals who are
relatively free of stress.

K    T = 60

Scores in this range are typically obtained by individuals
who tend to be defensive and unwilling to acknowledge
psychological problems and distress.  They are prone to minimize
and disregard problems with themselves and their lives.
Self-insight and self-understanding are usually lacking.  They
are very concerned about how they are perceived by others and
typically view emotional problems as weaknesses.

MMPI-2 INTERPRETIVE REPORT                                              PAGE   5
PREPARED FOR: DEPARTMENT OF CORRECTIONS

               -- CONFIGURAL CLINICAL SCALE INTERPRETATION --


   4-7/7-4 Codetype   (High Match)


Clinical Presentation:

     This codetype is much more frequent in men than women.
These individuals often exhibit a cyclical pattern of acting-out
followed by excessive concern and remorse over their behavior.
However, their remorse does not inhibit the repetition of this
behavior and further episodes of acting-out.  These individuals
are typically immature, egocentric, moody, and insecure.  Sexual
acting-out and substance abuse are likely.

     These individuals require almost constant reassurance and
support and are primarily interested in self-gratification.  They
are not particularly sensitive or responsive to the needs of
others, except after the fact.  Dependency conflicts are
frequent.

     These individuals very often have a very poor self-concept.
They are self-pitying and lack self-confidence.  They often
require constant reassurance of their own self-worth.

     The interpersonal relationships of these individuals are
marked by conflict.  They are often disrupted by episodic acting-
out and by the excessive demands they place on others.  They are
typically insensitive to the needs of others.


Treatment:

     The prognosis is generally poor for short-term psychotherapy
and guarded for long-term, intensive psychotherapy.  Their
remorse and guilt over acting-out may give the impression of more
insight and motivation to change than actually are present.


Possible Diagnoses:

     Axis I    - Rule Out Psychoactive Substance Abuse Disorders

     Axis II   - Rule Out Borderline Personality Disorder
                 Rule Out Narcissistic Personality Disorder
                 Rule Out Passive Aggressive Personality Disorder

MMPI-2 INTERPRETIVE REPORT                                    PAGE  6
PREPARED FOR: DEPARTMENT OF CORRECTIONS


4-7/7-4 (2) Codetype  (Best Fit)


Clinical Presentation:

This codetype is much more frequent in men than women.
These individuals often exhibit a cyclical pattern of acting-out
followed by excessive concern and remorse over their behavior.
However, their remorse does not inhibit the repetition of this
behavior and further episodes of acting-out.  These individuals
are typically immature, egocentric, moody, and insecure.  Sexual
acting-out and substance abuse are likely.  They are in good
physical health.

These individuals require almost constant reassurance and
support and are primarily interested in self-gratification.  They
are not particularly sensitive or responsive to the needs of
others, except after the fact.  Dependency conflicts are
frequent.

These individuals very often have a very poor self-concept.
They are self-pitying and lack self-confidence.  They often
require constant reassurance of their own self-worth.

The interpersonal relationships of these individuals are
marked by conflict.  They are often disrupted by episodic acting-
out and by the excessive demands they place on others.  They are
typically insensitive to the needs of others.


Treatment:

The prognosis is generally poor for short-term psychotherapy
and guarded for long-term, intensive psychotherapy.  Their
remorse and guilt over acting-out may give the impression of more
insight and motivation to change than actually are present.


Possible Diagnoses:

     Axis I   - Rule Out Psychoactive Substance Abuse Disorders

     Axis II  - Rule Out Borderline Personality Disorder
                Rule Out Narcissistic Personality Disorder
                Rule Out Passive Aggressive Personality Disorder

MMPI-2 INTERPRETIVE REPORT                                    PAGE  7
PREPARED FOR: DEPARTMENT OF CORRECTIONS

--- CLINICAL SCALES ---

Hs (1)  T = 59

   Scores in the lower end of this range (T scores = 58-61) are
typical for individuals with valid physical complaints or who are
physically handicapped.  Scores in the upper part of this range
(T > 60) indicate the possibility of exaggeration of physical
problems even with individuals who are physically ill.

D  (2)  T = 80

   Scores in this range are typical for individuals who feel
depressed, unhappy, sad, and pessimistic about the future.  They
often feel guilty and are self-critical.  Suicidal ideation and
potential should be ruled out.  These individuals often feel
inadequate, helpless, and lacking in self-confidence.  Social
withdrawal, poor concentration, appetite and sleep disturbances,
and low frustration tolerance are possible.  Increasingly higher
scores are usually associated with an increase in the number and
severity of depressive symptoms.

Hy (3)  T = 64

   Scores in this range are obtained by individuals who often
prefer to look on the optimistic side of life and avoid thinking
about or confronting unpleasant issues.  They are often somewhat
exhibitionistic, extroverted, and superficial in interpersonal
relationships.

Pd (4)  T = 87

   Scores in this range are typically obtained by individuals
who are characterized as angry, belligerent, rebellious,
resentful of rules and regulations, and hostile toward authority
figures.  These individuals are likely to be impulsive,
unreliable, egocentric, and irresponsible.  They often have
little regard for social standards.  They often show poor
judgment and seem to have difficulty planning ahead and
benefiting from their previous experiences.  They make good first
impressions but long term relationships tend to be rather
superficial and unsatisfying.  Analysis of the Content Scales
and/or the Harris-Lingoes Subscales may facilitate interpretation
of scores within this range.

Mf (5)  T = 70

   Scores in this range are typical for males described as
passive, inner-directed, and having aesthetic and artistic
interests.  They generally do not identify with the traditional
masculine role.

Pa (6)  T = 68

Scores in this range are frequently obtained by 1)
individuals who are suspicious, hostile, and feel as if they are
being mistreated, or by 2) individuals who are hypersensitive to
the reactions of others.  The Dominance (Do) Scale is helpful in
distinguishing between these groups of individuals -- high Do
scores indicating the first group and low Do scores indicating
the second group.  Individuals in both groups will often blame
others for their difficulties.  The first group of individuals
may manifest psychotic behavior and a thought disorder may be
readily apparent.  Ideas of reference and delusions of
persecution also may be present.

Pt (7)  T = 83

Scores in this range are typically obtained by individuals
who are worried, anxious, tense, and experiencing emotional
discomfort.  They may experience irrational fears and typically
ruminate about their problems.  Disabling guilt feelings may be
present.  Agitation may develop.  These individuals worry
excessively and may have problems in concentration.  Obsessions
and compulsions are common.

Sc (8)  T = 65

Scores in this range suggest feelings of alienation, social
withdrawal, difficulty in meeting responsibilities, and a general
dissatisfaction with one's circumstances.

Ma (9)  T = 38

Scores in this range suggest a low energy and activity
level.  This may reflect fatigue or depression, especially if the
scores are extremely low.  Scores near a T-score of 45 are
typical for older individuals.  Individuals who obtain scores in
this range are often described as lethargic, listless and
apathetic.  In addition, some individuals scoring in this range
are seen as conventional, practical, responsible, and sensitive.

Si (0)  T = 60

Scores in this range usually are obtained by individuals who
prefer to be alone or with a small group of friends.  They are
likely to be reserved in new social situations.

MMPI-2 INTERPRETIVE REPORT                                          PAGE  9
PREPARED FOR: DEPARTMENT OF CORRECTIONS

--- ADDITIONAL SCALES ---

     No additional scales were selected for interpretation by
the user.

END OF REPORT
*********

```
ID=00140977   DATE=19930922   SEX = M   GOULD, JEFFERY TODD      IN =  17

                L    F    K   HS   D   HY   PD   MF   PA   PT   SC   MA   SI
     RAW:        7    5   22   14  25   22   27   31   11   30   24   14   25
       T:       60   55   68   57  70   60   69   70   59   64   63   44   50
```

WELSH CODE:  * 25'473-5180/9:=

MULTIPLY CLASSED:


            GROUP= E          LEVEL= MED      TYPE= (02)


THIS IS ONE OF THE THREE BEST INMATE GROUPS IN ADJUSTMENT AND INTERPERSONAL
RELATIONSHIPS WITH PEERS AND AUTHORITIES. THEY ARE THE LEAST AGGRESSIVE, LEAST
DEVIANT, AND BEST CONTROLLED: HOWEVER, PLACEMENT IN THIS GROUP SHOULD BE CHECKED
AGAINST OTHER AVAILABLE DATA SINCE THERE IS SOME TENDENCY TO BE DEFENSIVE AND
TO GIVE RESPONSES THAT PLACE THEMSELVES IN THE BEST POSSIBLE LIGHT. ALTHOUGH
INTELLIGENCE LEVEL MAY BE HIGHER THAN OTHER GROUPS THEY TEND TO BE UNDERACHIE-
VERS. RATE OF DISCIPLINARY INFRACTONS IS LOW. PERFORMANCE IN VOCATIONAL
TRAINING OR EDUCATION PROGRAMS IS USUALLY BETTER THAN WORK PERFORMANCE RATINGS.
RECIDIVISM RATE IS LOWER THAN ANY OTHER INMATE GROUP.
TREATMENT APPROACHES INCLUDE SEPARATION FROM MORE AGGRESSIVE GROUPS, AVAILA-
BILITY OF EDUCATIONAL AND VOCATIONAL TRAINING PROGRAMS AND THERAPY DESIGNED
TO PROMOTE SELF-INSIGHT.  THEY DO WELL IN RESTITUTION PROGRAMS WHERE SENTENCING
DATA PERMIT AND CAN ALSO PROFIT FROM BRIEF INCARCERATION TO CALL ATTENTION TO
THE SERIOUSNESS OF THEIR BEHAVIOR FOLLOWED BY SUPERVISED COMUNITY PLACEMENT.



            GROUP= I          LEVEL= MED      TYPE= (01)


THIS IS THE BEST ADJUSTED OF ALL THE INMATE GROUPS WITH FEWEST PROBLEMS IN
INSTITUTIONAL ADJUSTMENT AND INTERPERSONAL RELATIONSHIPS WITH BOTH PEERS AND
AUTHORITIES.  CRIMINAL RECORDS ARE USUALLY LESS SERIOUS THAN THOSE OF OTHER
INMATE GRUPS AND THERE IS LESS SIGNIFICANT DRUG ABUSE.  MORE OF THESE INMATES
HAVE USUALLY BEEN INCARCERATED FOR PROPERTY CRIMES.  THEY ARE LEAST LIKELY TO
RECEIVE DISCIPLINARY WRITE-UPS AND RECIDIVISM RATES ARE TYPICALLY LOW. THERE
IS, HOWEVER, HIGH ENERGY LEVL AND THEY ARE APT TO BE IMPULSIVE.
TREATMENT APPROACHES SHOULD SHOULD BE DESIGNED TO TAKE ADVANTAGE OF THE FACT THAT
THEY ARE THE MOST LIKELY GROUP TO SUCCEED IN COMMUNITY PLACEMENT OR RESTITUTION
CENTER TYPE PLACEMENT WHERE SENTENCING DATA PERMIT.  THEY RESPOND WELL TO ED-
UCATIONAL AND VOCATIONAL TRAINING PROGRAMS AIMED AT DEVELOPING LEGITIMATE AVE-
NUES OF FINANCIAL SUPPORT.  ALTHOUGH THERAPEUTIC INTERVENTION IS NOT USUALLY
A HIGH PRIORITY, REALITY THERAPY CAN BE EFFECTIVE.

00143977   MALE   AGE 29 FORM R 19930922   GOULD, JEFFERY  JDD      INST = 17

M M P I    P R O F I L E

```
         L    F    K   HS    D   HY   PD   MF   PA   PT   SC   MA   SI
       +++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
 120                 I                                               120
                     I
                     I
                     I
                     I
 110                 I                                               110
                     I
                     I
                     I
                     I
 100                 I                                               100
                     I
                     I
                     I
                     I
  90                 I                                                90
                     I
                     I
                     I
                     I
  80                 I                                                80
                     I
                     I
                     I
                     I
  70 .............I........ * ........ * ... * .....................  70
              *  I
                 I
                 I                                    *
  60          *  I                                                    60
                 I   *
        *        I                              *
                 I
                 I                                        *
  50 ............I..........................................  *       50
                 I
                 I
                 I                                            *
  40             I                                                    40
                 I
                 I
                 I
  30 ............I......................................    ........   30
                 I
                 I
                 I
                 I
  20             I                                                    20
       +++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
         L    F    K   HS    D   HY   PD   MF   PA   PT   SC   MA   SI
  RAW    7    5   22   14   25   22   27   31   11   30   24   14   25
    T   62   55   68   57   70   60   69   70   59   64   53   44   50
```

00143977  MALE  AGE 29 FORM S 19930922  GOULD, JEFFERY LODD    INST = 17

P R O F I L E    I N T E R P R E T A T I O N

THE FOLLOWING MMPI INTERPRETATION SHOULD BE VIEWED AS A SERIES OF
HYPOTHESES WHICH MAY REQUIRE FURTHER INVESTIGATION. THIS REPORT IS
CONFIDENTIAL AND SHOULD NOT BE SHARED WITH THE PATIENT.

THIS IS A VALID PROFILE. THIS PATIENT RESPONDED TO THE TEST ITEMS IN A
DEFENSIVE FASHION. SIMILAR INDIVIDUALS TEND TO PRESENT THEMSELVES IN A
GOOD LIGHT AND MINIMIZE OR OVERLOOK SOCIALLY ACCEPTABLE LIMITATIONS.
THOUGH THIS CONFIGURATION SUGGESTS GOOD SOCIAL SKILLS AND EGO
FUNCTIONING, ESPECIALLY IN WELL-EDUCATED INDIVIDUALS, IT IS LIKELY TO
BE PREDICTIVE OF RESISTANCE TO TREATMENT FOR THOSE INDIVIDUALS WHO ARE
REFERRED OR ONLY SEMI-VOLUNTARILY REQUEST TREATMENT.

INDIVIDUALS WHO OBTAIN SIMILAR PROFILES ARE OFTEN SEEN AS SIGNIFI-
CANTLY DEPRESSED, WORRIED AND PESSIMISTIC. FEELINGS OF INADEQUACY
AND SELF-DEPRECIATION ARE LIKELY PRESENT. THESE PEOPLE INTERNALIZE
STRESS AND USUALLY WITHDRAW WHEN PUT UNDER PRESSURE. AN ACUTE REACTIVE
DEPRESSION IS SUGGESTED. IF DEPRESSION IS DENIED BY THIS PATIENT, ITS
EFFECTS SHOULD STILL BE CAREFULLY EVALUATED. RESPONSE TO CHEMOTHERAPY,
PSYCHOTHERAPY AND ENVIRONMENTAL MANIPULATION IS OFTEN GOOD.

SUCH INDIVIDUALS ARE OFTEN MILDLY INDEPENDENT, NON-CONFORMING AND MAY
HAVE DIFFICULTY EXPRESSING HOSTILITY IN A MODULATED FASHION. THEY ARE
OFTEN ENERGETIC AND ACTIVE, BUT MAY HAVE POOR BEHAVIORAL CONTROLS
AND A HISTORY OF MINOR RUN-INS WITH SOCIETAL LIMITS.

SUCH INDIVIDUALS ARE OFTEN SEEN AS ORDERLY, SELF-CRITICAL AND RIGID.
THEY TEND TO WORRY OVER MINOR PROBLEMS AND OFTEN EVIDENCE ANXIETY,
TENSION AND INDECISION. SIMILAR PSYCHIATRIC PATIENTS EVIDENCE SOME
INEFFICIENCY IN LIVING. RATIONALIZATION AND INTELLECTUALIZATION ARE
COMMON DEFENSE MECHANISMS.

THIS INDIVIDUAL CURRENTLY DISPLAYS A LOW ENERGY AND ACTIVITY LEVEL,
AND MAY BE DIFFICULT TO MOTIVATE. APATHY, INERTIA AND UNDERLYING
DEPRESSION MAY BE PRESENT.

HE IS LIKELY TO BE IMAGINATIVE, SENSITIVE AND INTROSPECTIVE, AND HAVE
A WIDE RANGE OF INTERESTS. HIS INTEREST PATTERN SUGGESTS NON-IDENTIFI-
CATION WITH THE SOCIALLY STEREOTYPED MASCULINE ROLE AND A PASSIVE AND
SUBMISSIVE ORIENTATION. IN MEN WITH BROAD EDUCATIONAL AND CULTURAL
BACKGROUNDS, THESE FINDINGS ARE COMMON AND ARE USUALLY OF LITTLE
CLINICAL CONCERN.

*** DIAGNOSTIC AND THERAPEUTIC INDICATIONS ***

REACTIVE DEPRESSION IS SUGGESTED.

00140977   MALE   AGE 29  FORM B 19930922   GOULD, JEFFERY JUDD        INST = 17

### BASIC AND SUPPLEMENTAL SCALES

|   | QU | L | F | K | HS | D | HY | PD | MF | PA | PT | SC | MA | SI |
|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| R | 3 | 7 | 5 | 22 | 14 | 25 | 22 | 27 | 31 | 11 | 30 | 24 | 14 | 25 |
| T | 50 | 60 | 55 | 68 | 57 | 70 | 60 | 69 | 70 | 59 | 64 | 53 | 44 | 50 |

|   | D-O | D-S | HY-O | HY-S | PD-O | PD-S | PA-O | PA-S | MA-O | MA-S |
|---|----|----|----|----|----|----|----|----|----|----|
| R | 10 | 15 | 2 | 20 | 6 | 12 | 2 | 9 | 1 | 9 |
| T | 55 | 67 | 44 | 66 | 50 | 62 | 48 | 63 | 33 | 49 |

|   | A | R | ES | DY | CA | LB | OH | HE | AL | CR | PZ | DR | SM | AR |
|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| R | 6 | 25 | 42 | 21 | 3 | 13 | 16 | 23 | 25 | 57 | 35 | 24 | 25 | 22 |
| T | 42 | 70 | 46 | 52 | 38 | 66 | 53 | 48 | 55 | 62 | 63 | 52 | 60 | 40 |

|   | D1 | D2 | D3 | D4 | D5 | HY1 | HY2 | HY3 | HY4 | HY5 | PD1 | PD2 | PD3 | PD4A |
|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| R | 11 | 8 | 2 | 2 | 2 | 4 | 9 | 1 | 1 | 5 | 2 | 3 | 7 | 5 |
| T | 62 | 65 | 42 | 50 | 49 | 53 | 57 | 45 | 43 | 68 | 51 | 43 | 47 | 49 |

|   | PD4B | PA1 | PA2 | PA3 | SC1A | SC1B | SC2A | SC2B | SC2C | SC3 | MA1 | MA2 | MA3 | MA4 |
|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| R | 5 | 1 | 1 | 6 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 | 5 | 0 |
| T | 54 | 46 | 42 | 61 | 35 | 30 | 41 | 38 | 40 | 44 | 37 | 52 | 59 | 34 |

|   | SOC | DEP | FEM | MOR | REL | AJT | PSY | ORG | FAM | HOS | PHO | HYP | HEA |
|---|----|----|----|----|----|----|----|----|----|----|----|----|----|
| R | 9 | 3 | 19 | 9 | 11 | 5 | 1 | 3 | 1 | 5 | 8 | 9 | 4 |
| T | 51 | 42 | 77 | 52 | 65 | 39 | 38 | 44 | 38 | 41 | 56 | 44 | 48 |

F-K =  -17     AI =   79     IR = 1.10

00143977   MALE   AGE 29 FORM b 19930922   GOULD, JEFFERY LODD      INST = 17

## CRITICAL   ITEMS

THESE ITEMS WERE ANSWERED IN THE INDICATED DIRECTION. THOUGH TOO MUCH
SIGNIFICANCE SHOULD NOT BE PLACED ON ANY INDIVIDUAL TEST RESPONSE,
THESE RESPONSES MAY SUGGEST AREAS FOR FURTHER INVESTIGATION.

### *** DISTRESS AND DEPRESSION ***

I AM EASILY AWAKENED BY NOISE. (T)
I AM CERTAINLY LACKING IN SELF CONFIDENCE. (T)
I CERTAINLY FEEL USELESS AT TIMES. (T)
MOST NIGHTS I GO TO SLEEP WITHOUT THOUGHTS OR IDEAS BOTHERING ME. (F)

### *** SEXUAL DIFFICULTIES ***

MY SEX LIFE IS SATISFACTORY. (F)

### *** AUTHORITY PROBLEMS ***

I HAVE NEVER BEEN IN TROUBLE WITH THE LAW. (F)

### *** FAMILY DISCORD ***

MY RELATIVES ARE NEARLY ALL IN SYMPATHY WITH ME. (F)

00140977   MALE   AGE 29 FORM 19930922  GOULD, JEFFERY  DD      INST = 17

## I T E M   R E S P O N S E S

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 T | 2 T | 3 T | 4 F | 5 T | 6 F | 7 T | 8 T | 9 T | 10 F |
| 11 F | 12 T | 13 F | 14 F | 15 F | 16 F | 17 T | 18 T | 19 F | 20 F |
| 21 F | 22 F | 23 F | 24 F | 25 T | 26 F | 27 F | 28 F | 29 F | 30 F |
| 31 F | 32 F | 33 F | 34 F | 35 F | 36 F | 37 T | 38 T | 39 F | 40 F |
| 41 F | 42 F | 43 F | 44 F | 45 T | 46 T | 47 F | 48 F | 49 F | 50 F |
| 51 T | 52 F | 53 F | 54 T | 55 T | 56 F | 57 T | 58 T | 59 F | 60 T |
| 61 T | 62 F | 63 T | 64 F | 65 T | 66 F | 67 F | 68 T | 69 F | 70 T |
| 71 F | 72 F | 73 F | 74 F | 75 F | 76 F | 77 T | 78 T | 79 T | 80 T |
| 81 T | 82 T | 83 T | 84 T | 85 F | 86 T | 87 T | 88 T | 89 F | 90 F |
| 91 T | 92 T | 93 T | 94 F | 95 T | 96 T | 97 F | 98 T | 99 F | 100 F |
| 101 T | 102 T | 103 T | 104 F | 105 F | 106 T | 107 T | 108 F | 109 F | 110 F |
| 111 F | 112 F | 113 T | 114 F | 115 T | 116 F | 117 F | 118 F | 119 T | 120 T |
| 121 F | 122 T | 123 F | 124 F | 125 F | 126 F | 127 T | 128 F | 129 T | 130 F |
| 131 F | 132 T | 133 T | 134 F | 135 T | 136 | 137 T | 138 T | 139 F | 140 T |
| 141 F | 142 T | 143 F | 144 F | 145 F | 146 F | 147 F | 148 F | 149 T | 150 T |
| 151 F | 152 F | 153 T | 154 T | 155 T | 156 F | 157 F | 158 F | 159 F | 160 F |
| 161 F | 162 F | 163 F | 164 T | 165 T | 166 T | 167 F | 168 F | 169 F | 170 F |
| 171 F | 172 T | 173 T | 174 T | 175 T | 176 T | 177 T | 178 T | 179 F | 180 F |
| 181 F | 182 F | 183 T | 184 F | 185 T | 186 T | 187 T | 188 T | 189 F | 190 T |
| 191 F | 192 T | 193 F | 194 F | 195 F | 196 T | 197 F | 198 T | 199 F | 200 F |
| 201 T | 202 F | 203 T | 204 T | 205 F | 206 F | 207 F | 208 F | 209 F | 210 F |
| 211 T | 212 T | 213 F | 214 T | 215 F | 216 F | 217 T | 218 F | 219 T | 220 T |
| 221 T | 222 F | 223 F | 224 T | 225 T | 226 F | 227 F | 228 T | 229 T | 230 T |
| 231 F | 232 F | 233 F | 234 F | 235 T | 236 F | 237 F | 238 F | 239 F | 240 F |
| 241 F | 242 F | 243 T | 244 F | 245 F | 246 F | 247 F | 248 F | 249 T | 250 F |
| 251 F | 252 F | 253 F | 254 F | 255 F | 256 F | 257 T | 258 F | 259 F | 260 F |
| 261 T | 262 T | 263 F | 264 F | 265 F | 266 F | 267 F | 268 T | 269 F | 270 F |
| 271 F | 272 T | 273 F | 274 F | 275 F | 276 T | 277 F | 278 F | 279 F | 280 F |
| 281 F | 282 F | 283 F | 284 F | 285 T | 286 F | 287 F | 288 F | 289 T | 290 F |
| 291 F | 292 F | 293 F | 294 F | 295 T | 296 F | 297 F | 298 F | 299 F | 300 T |
| 301 F | 302 T | 303 F | 304 T | 305 F | 306 T | 307 F | 308 F | 309 T | 310 F |
| 311 F | 312 F | 313 F | 314 F | 315 F | 316 F | 317 F | 318 T | 319 F | 320 F |
| 321 T | 322 F | 323 F | 324 F | 325 F | 326 F | 327 F | 328 F | 329 T | 330 T |
| 331 F | 332 F | 333 F | 334 F | 335 F | 336 F | 337 F | 338 F | 339 F | 340 F |
| ~~341 F~~ | ~~342 F~~ | ~~343 F~~ | ~~344 F~~ | ~~345 F~~ | ~~346 F~~ | ~~347 T~~ | ~~348 F~~ | ~~349 F~~ | ~~350 F~~ |
| 351 F | 352 F | 353 T | 354 F | 355 F | 356 F | 357 F | 358 F | 359 F | 360 F |
| 361 F | 362 F | 363 F | 364 F | 365 F | 366 F | 367 F | 368 T | 369 F | 370 F |
| 371 T | 372 F | 373 T | 374 F | 375 F | 376 T | 377 F | 378 F | 379 T | 380 F |
| 381 F | 382 F | 383 F | 384 F | 385 F | 386 F | 387 F | 388 F | 389 F | 390 F |
| 391 F | 392 F | 393 F | 394 F | 395 F | 396 F | 397 T | 398 F | 399 T | 400 F |
| 401 F | 402 F | 403 F | 404 F | 405 F | 406 F | 407 T | 408 T | 409 T | 410 F |
| 411 F | 412 T | 413 F | 414 F | 415 F | 416 F | 417 F | 418 F | 419 F | 420 F |
| 421 F | 422 F | 423 T | 424 T | 425 F | 426 F | 427 F | 428 F | 429 F | 430 T |
| 431 F | 432 F | 433 F | 434 F | 435 F | 436 F | 437 T | 438 T | 439 F | 440 T |
| 441 T | 442 T | 443 T | 444 T | 445 T | 446 T | 447 F | 448 F | 449 T | 450 T |
| 451 F | 452 F | 453 T | 454 T | 455 F | 456 F | 457 F | 458 F | 459 F | 460 T |
| 461 F | 462 F | 463 F | 464 T | 465 T | 466 F | 467 F | 468 F | 469 F | 470 F |
| 471 F | 472 F | 473 F | 474 T | 475 T | 476 F | 477 F | 478 T | 479 T | 480 F |
| 481 F | 482 T | 483 T | 484 F | 485 F | 486 T | 487 F | 488 T | 489 | 490 T |
| 491 F | 492 F | 493 T | 494 | 495 T | 495 F | 497 T | 498 T | 499 F | 500 T |
| 501 F | 502 F | 503 T | 504 F | 505 F | 506 T | 507 F | 508 T | 509 T | 510 F |
| 511 F | 512 T | 513 F | 514 F | 515 T | 516 F | 517 F | 518 F | 519 F | 520 F |
| 521 T | 522 T | 523 F | 524 T | 525 F | 526 F | 527 T | 528 T | 529 F | 530 F |
| 531 T | 532 F | 533 T | 534 F | 535 F | 536 F | 537 F | 538 F | 539 F | 540 T |
| 541 F | 542 T | 543 F | 544 F | 545 F | 546 F | 547 T | 548 F | 549 F | 550 T |
| 551 F | 552 T | 553 F | 554 T | 555 T | 556 T | 557 T | 558 F | 559 F | 560 F |
| 561 T | 562 T | 563 F | 564 T | 565 F | 566 T | | | | |

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: GOULD, JEFFERY _____ AIS #: 140977 A _____ R/S W/M

Date: 09 / 28 / 93 _____ DOB: 11 / 06 / 63 _____ AGE: 29

Beta II ___ 104 ___ WAIS _____ / _____ / _____ WRAT-RL RE 7.8  Last School 09
                                                                Grade Completed

MMPI Welsh * 25'473-6180/9:≡ _____ Megargee EASY 02; ITEM 01
Code                                 Type

### General Appearance    OLD PSI AND CURRENT REPORT OF P.V. IN THE FILE
*** a. Neat and generally appropriate _____ c. Flat or avoiding interaction

_____ b. Poorly groomed _____ d. Sad or worried

_____ e. Other _____

_____

I. __Interpersonal Functioning__
_____ a. Normal-good relationships likely _____ d. Lacks skill or confidence

_____ b. Withdrawn / apparent loner _____ e. Probably difficult to get along with

_____ c. Likely to ignore rights / needs     *Other (Specify) ____ 1. ____ 2.

_____ 3. ____ 4. ____ 5. *** 6. (See Copy)  SUPERFICIALLY POLITE

_____

_____

II. __Personality__     Entered Terminal
_____ a. Healthy         9/29 By ed         _____ d. Explosive

*** b. Antisocial                           _____ e. Dependent

_____ c. Paranoid                           _____ f. Passive-Aggressive

Other (Specify): ____ 1. Schizoid ____ 2. Schizotypal ____ 3. Histrionic ____ 4. Narcissistic

_____ 5. Borderline ____ 6. Avoidant ____ 7. Compulsive ____ 8. Atypical/mixed

** 9. See Copy (Write in your wording) WITH POLYSUBSTANCE ABUSE AND MARIJUANA DEPENDENCE

_____

_____

III. __Substance Abuse__
_____ a. Alcohol addiction / abuse history _____

_____

                    HE SEEMS TO BE ADMITTING TO LESS SERIOUS DRUG

_____ b. Drug addiction / abuse history  ABUSE TODAY THAN HE DID IN 1990 . HE NOW ADMITS

TO ABUSING A VARIETY OF DRUGS  WITH HIS DRUG OF CHOICE BEING MARIJUANA. CLAIMS HE NEVER
PURCHASED POT  AND HIS FRIENDS ALWAYS PROVIDED IT TO HIM. HE HAS HAD TWO PRIOR TREATMENT
PLACEMENTS ( CARADALE  , WHICH HE DID NOT COMPLETE AND VENTRESS). HE WAS RELEASED FROM THE
DOC IN NOV. 92 AND ABOUT THREE MONTHS LATER HE WAS USING MARIJUANA. HE VIOLATED WITH
A NEW POSS. CASE AND DUI.

N-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records



*See manual for selections and numbers for "other"

Psychological Interview / Data Entry Form
Page Two

_____ c. Current use _____

_____

_____

_____ d. Current addiction _____

_____

_____

*Other _____ 1. _____ 2. _____ 3. *** 4. _____ 5. _____ 6. _____ 7. _____ 8.

_____ 9. (See Copy) _____

_____

IV.  Emotional Status

_____ a. No significant problems

*** b. Depressed _____ MILD ... HAS BEEN ON MEDS . FOR IN THE PAST. _____

_____

_____ c. Anxious or stressful _____

_____

_____ d. Angry or resentful _____

_____

_____ e. Confusion or psychotic symptoms _____

_____

_____

_____ f. Mood disturbances _____

_____

_____ g. Sexual maladjustment _____

_____

_____ h. Paranoid ideation _____

_____

_____ i. Sleep / appetite disorder _____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. *** 6. _____ 7. _____ 8.

_____ 9. (See Copy) _____

_____

_____

V.  Mental Deficiency

_____ a. Mild                           _____ d. Borderline

_____ b. Moderate                       _____ e. Organic impairment
                                                     suspected
_____ c. Severe                         _____ f. Memory deficit

Remarks: _____

_____

_____

Psychological Interview / Data Entry Form
Page Three

VI.   Management Problems          Ideation _____ HE DENIED ATTEMPTS/IDEATIONS _____

_____ a. Suicide potential       Plans _____

                                   History of attempts / gestures _____

_____

_____ b. Serious mental history (specify) _____

_____

**  _____ c. Impulsive / acting-out behaviors predicted _____

*** _____ d. Authority conflict _____

_____ e. Manipulative / untrustworthy _____

_____ f. Easily victimized _____

_____ g. Escape potential _____ ESCAPE NOTED. _____

_____ h. Assaultiveness _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. ***_____ 6. _____ 7. _____ 8. _____ 9.(See Copy)

_____ HE DENIED OTH DETAINERS. _____

VII.   Educational Needs

***a. ABE          _____b.  Special Education          _____c.  Trade School          _____d.  Jr. College

VIII. Mental Health Needs                              Date referred  Month _____ Year _____

_____ A. Refer to psychiatric service   ***C. Depression          _____ K. Personal Development

_____ B. Substance abuse counseling   _____ E. Sexual adjustment

_____ D. Stress management            _____ G. Anger induced acting out

***F. Reality therapy                  _____ I. Self-concept enhancement

_____ H. Values clarification         ***_____ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS: _____ OFFER ANOTHER INTENSIVE SAP AND/OR A RELAPSE

PROGRAM .. HE HAS NOT BEEN REVOKED AT THIS WRITING. _____

_____

_____              _____
Signature                                                Date

*See manual (pages 23-25) for selections for "other"  Give number and wording of selection.

ID=00140977   DATE=19900514   SEX = M   GOULD, JEFFERY ^A TODD      IN =  41
                     1991

|       | L  | F  | K  | HS | D  | HY | PD | MF | PA | PT | SC | MA | SI |
|-------|----|----|----|----|----|----|----|----|----|----|----|----|----|
| RAW:  | 6  | 7  | 15 | 13 | 31 | 23 | 30 | 29 | 10 | 36 | 26 | 16 | 26 |
| T:    | 57 | 60 | 55 | 54 | 84 | 62 | 76 | 67 | 56 | 77 | 57 | 48 | 51 |

WELSH CODE:   *2 74*53-8610/9:=

H IS THE BEST GROUP, LEVEL IS LOW

              GROUP= H          LEVEL= LOW      TYPE= (10)


CARE SHOULD BE TAKEN TO DISTINGUISH INMATES WHOSE PROFILE LEGITIMATELY PLACES
THEM IN THIS GROUP FROM THOSE WHO RANDOMLY MARKED ANSWER SHEETS OR HAD DIFFI-
CULTY READING AND-OR UNDERSTANDING THE TEST ITEMS AND INSTRUCTIONS.
INMATES IN THIS GROUP PRESENT THE HIGHEST LEVEL OF PROBLEMS IN INSTITUTIONAL
ADJUSTMENT, INTERPERSONAL RELATIONSHIPS WITH PEERS AND AUTHORITIES, AND WORK
PERFORMANCE.   THEIR EMOTIONAL DISTURBANCE, PERSONAL PROBLEMS, AND INEFFECTIVE-
NESS ARE EXTENSIVE AND THEY MAY BE EITHER VICTIM OF OR PERPETRATOR OF VIOLENT
INCIDENTS (OR BOTH). THEY MAY BE EXPERIENCING CONFUSION AND THOUGHT DISORDER.
TREATMENT APPROACHES MAY INCLUDE INPATIENT PSYCHIATRIC CARE, OR SUPPORTIVE
OUTPATIENT TREATMENT BY PSYCHIATRIC SERVICES. PLACEMENT SHOULD BE DESIGNED TO
CONSIDER THE AVAILABILITY OF SUCH TREATMENT AND TO PREVENT EXPLOITATION BY
OTHER INMATES OR AGGRESSION TOWARD OTHERS. GOALS TO WORK TOWARD ARE DEVELOP-
MENT OF IMPULSE CONTROL, AVOIDANCE OF FURTHER WITHDRAWAL, AND ALLEVIATION OF
DISTRESSING SYMPTOMS OF EMOTIONAL DISTURBANCE.  IN MORE SEVERE CASES WHICH DO
NOT RESPOND TO TREATMENT READILY, TRANSFER TO A FORENSIC TREATMENT FACILITY MAY
BECOME NECESSARY.

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _Hold, Jeffry Todd_ _____ AIS #: _40177 A_ R/S: _W/M_

Date: _6_ / _6_ / _90_ DOB: _11_ / _6_ / _63_ AGE: _26_

Beta _76_ WAIS _____ / _____ / _____ WRAT-RL _11.0_   Last School Grade Completed _9th_

MMPI Welsh Code _Not Available_    Megargee Type _____

### General Appearance

_____ a. Neat and generally appropriate

_____ b. Poorly groomed

_____ e. Other _____

_✓_ c. Flat or avoiding interaction

_____ d. Sad or worried

_____ _____

### I. Interpersonal Functioning

_____ a. Normal-good relationships likely

_✓_ b. Withdrawn / apparent loner

_____ c. Likely to ignore rights / needs

_____ 3. _____ 4. _____ 5. _____ 6. (See Copy) _____

_✓_ d. Lacks skill or confidence

_____ e. Probably difficult to get along with

*Other (Specify) _____ 1. _____ 2.

### II. Personality

_____ a. Healthy

_____ b. Antisocial

_____ c. Paranoid

_____ d. Explosive

_____ e. Dependent

_____ f. Passive-Aggressive

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_✓_ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

_____ 9. See Copy (Write in your wording) _____

### III. Substance Abuse

_____ a. Alcohol addiction / abuse history  _13 - 26   oH / In 3 part_

_____ b. Drug addiction / abuse history

_mj.  13 - 26    oH / ph. ounce._

_cocaine.  16 - 26    oH / 50⁰⁰_

_"you name it"    Last Treatment by Adult Cohort_ Inj. Needle Use

_Rehab Salvation Army '90_

N-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records

_GW_   _6-7-90_

*See manual for selections and numbers for "other"

Psychological Interview / Data Entry Form
Page Two

_____ c. Current use _____

_____

_____

_____ d. Current addiction _____

_____

_____

*Other _____ 1. _____ 2. _____ 3. _____ ✗ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____ *poly substance co* _____

IV.  **Emotional Status**

_____ a. No significant problems

___ ✗ b. Depressed *S states he is taking Mellaril*

_____

_____ c. Anxious or stressful _____

_____

_____ d. Angry or resentful _____

_____

_____ e. Confusion or psychotic symptoms _____

_____

_____ f. Mood disturbances _____

_____

_____ g. Sexual maladjustment _____

_____

_____ h. Paranoid ideation _____

_____

_____ i. Sleep / appetite disorder _____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ ✗ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____

_____

V.  **Mental Deficiency**

_____ a. Mild                        ___ ✗ d. Borderline

_____ b. Moderate                    _____ e. Organic impairment
                                                suspected

_____ c. Severe                      _____ f. Memory deficit

Remarks: _____

_____

Psychological Interview / Data Entry Form
Page Three

VI. Management Problems          Ideation _____

_____ a. Suicide potential       Plans _____

                                    History of attempts / gestures _____

_____ b. Serious mental history (specify) _37 years Mapes Psu. Hospital

__+__ c. Impulsive / acting-out behaviors predicted _Potential_____

_____ d. Authority conflict _____

_____ e. Manipulative / untrustworthy _____

_____ f. Easily victimized _____

__+__ g. Escape potential _____

_____ h. Assaultiveness _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. __+__ 9.(See Copy)
_Medical => for aggression_

VII. Educational Needs

_____ a. ABE          _____ b. Special Education      __+__ c. Trade School      _____ d. Jr. College

VIII. Mental Health Needs                    Date referred  Month _____ Year _____

_____ A. Refer to psychiatric service   _____ C. Depression        __+__ K. Personal Development

__+__ B. Substance abuse counseling    _____ E. Sexual adjustment

_____ D. Stress management              _____ G. Anger induced acting out

_____ F. Reality therapy                _____ I. Self-concept enhancement

_____ H. Values clarification           __+__ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS: _26 yr old repeat offender +_
_chronic substance abuser serving 12 yrs._
_Risk assessment suggests Level 5 / Medium custody._

_____ _____ _____
Signature                                              Date

*See manual (pages 23-25) for selections for "other"  Give number and wording of selection.

SCC

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/20/97 | 2:55PM | Spoke w/ Greg Tucker, LPN at DCF. Inmate Gould was referred to Mental Health Services for out-patient treatment. Nurse Mr. Tucker informed me that he would refer Inmate Gould to Mental Health Services. _C. Wilson, M.S_ | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Gould, Jeffery | 140977 | | | |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/9/99 | | c/o depression, worry, meds seeking. "I do have bad nerves" "I want some medication." emp. ASPD Plan: 1) RTC PRN, since he has absolutely no interest in anything but pills 2) Hold accountable | P H Vanden PhD |
| 4/27/99 189½# | | "losing my appetite", listless, sleep a lot - need something for my nerves. In spite of alleged anorexia, has gained 40# in 18 mo. A - no mental illness P - proactive RTC 4 mo. | _____ RN |

---

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Gould, Jeffery | 140977 | 35 | W/M | SCC |

F-61

INMATE NAME: Gould, Jeffery    IL 140977    LOCATION: B1-4    DOB: 11/06/6?

REASON FOR REFERRAL: Inmate requests review of Rx,
To being depressed

( ) CRISIS INTERVENTION
  ( ) Family problems: _____
  ( ) Problems with peers: _____
  ( ) Recent stress: _____
  ( ) Other: _____

( ) EVALUATION OF MENTAL CONDITION                    Nausea
  ( ) Suicidal          ( ) Anxious           (✓) Physical Complaints
  ( ) Homicidal         (✓) Depressed         (✓) Sleep Disturbance  Insomnia
  ( ) Mutilative        ( ) Withdrawn         ( ) Hallucinations/Delusions
  ( ) Hostile, angry    ( ) Poor hygiene      ( ) Suspicious
  ( ) Other inappropriate behavior

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

(✓) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE  Trazadone (To same)

( ) OTHER _____

COMMENTS: Serving 2Syr sentence, 5/3004 parole date

Referred by: Neil R. Comeau    Department: Psych    Date: 1/26/99

---

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

Pt known to me from Donaldson. Somatic
complaints, mainly headache. Refused to do
sick call. Does not want Trazadone

A - no mental illness

P - s/c referral made for him
      re headaches
  appt w/ Dr Van Wyk
  RTC 2 mo

Follow-up by: Williams MD    Date: 2/2/99    Time:

CMS _____

CORRECTIONAL MEDICAL SERVICES

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name: GOULD, JEFFREY   I.D. # WDCF   Institution 140977

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/19/98 | | POP  S  BID FOR PROZAC, ATIVAN, KLONOPIN, SEDAX, RITALIN. "DESYREL GIVES ME HA"  O LONG HX HAS PRIOR TO DESYREL REVIEWED. DECIDES TO CONTINUE ON DESYREL — "DOES ME SAME GOOD" RESENTFUL AND IMPERTINENT.  OAH GSD ANOX3. NOT SIGNIFICANTLY DEPRESSED NOW.  A DRUG SEEKING BEHAVIOR  P WILL CONTINUE DESYREL 150mg HS RTC 2 MOS. | |
| 12/14/98 | | WDC7 — No show to Psychology. G. Ran___ Psy) | |

FORM #7113 8/94

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/14/98 | | WDC7 - Complains about rules on Drug Dorm. Said he's being punished for something he didn't do. Said he should finish program in November. Reads in spare time. Plan: F/U in 90 days. | G. Rankart (Psy.) |
| 10/19/98 | | 34 y/o w/ EOS 2018 Parole Review 2004. Hx Substance Abuse — in SAP now. Ritalin R/D age 10/11 and told had Bipolar Disorder mood stabilizer never Rx'd Has had Ativan, Prozac, Elavil, Sinequan, Tofranil, Trivil, Mellaril — First in correctional system Rx'd for depression. Record indicated command hallucinations to kill self — which he does w/n Told about Recall S asking for antidepressant Risk Priaps for malaise Δta, appetite loss and weight wt is stable — thinks he is 7 lb below pre-op med usual wt — O coherent Hear his interventions name sometimes. Ø SI AOxB — A Dysthymia — PR Desyrel. RTC 4wk. | [signature] |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Gould, Jeffry | 140977 | 34 | W/M | WDCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/22/98 | | WDCF — Alert, cooperative, somewhat blunted affect. Focussed on medication. Complained about recently received Atarar, "I need some decent medication." Serving 20 yrs. on Sex abuse conviction. Currently in Drug Dorm program. No obvious evidence of disturbed thought/perception. Is scheduled with Dr. Williams. Plan: F/U in 30 days. | G. Rankart (Psy.) |
| 7/13/98 | | "Sleeps a lot." In drug dorm. No Thought disorder. Feels depressed at times. Wants no meds, but will Take if he ever needs it. A STABLE P-SAP. No meds. RTC 3 mos | Gumellian NP |
| 7/20/98 | | WDCF — "I'm cured, Doc." Said he's okay, should be somewhat depressed at times cause he's in prison. Minimal interest in getting writer. Plan: F/U in 60 days. | G. Rankart (Psy.) |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Gould, Jefferson | 140977 | 34 | w/m | WDCF |

F-61

CORRECTIONAL MEDICAL SYSTEMS          Attachment 3
REFERRAL TO MENTAL HEALTH

| INMATE NAME: Jeffery Gould | ID #: 140977 | LOCATION: 1-18 | DOB: |
|---|---|---|---|

**REASON FOR REFERRAL:**

( ) CRISIS INTERVENTION
    ( ) Family problems: _____
    ( ) Problems with peers: _____
    ( ) Recent stress: _____
    ( ) Other: _____

( ) EVALUATION OF MENTAL CONDITION
    ( ) Suicidal              ( ) Anxious          ( ) Physical Complaints
    ( ) Homicidal             (✓) Depressed        ( ) Sleep Disturbance
    ( ) Mutilative            ( ) Withdrawn        ( ) Hallucinations/Delusions
    ( ) Hostile, angry        ( ) Poor hygiene     ( ) Suspicious
    ( ) Other inappropriate behavior _____

(✓) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION    Dr. Williams

( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

( ) OTHER _____

COMMENTS: Inmate presents as depressed. Says he has seen
you in the past. Has been referred to Dr. Rankart, also
please assess for medication need.

| Referred by: M Westman | Department: DOC | Date: 6-10-98 |
|---|---|---|

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

Already on my appt schedule. Appt moved up to
next week.                    GWilliams MD
                                    6-15-98

| Follow-up by: | Date: | Time: |
|---|---|---|

CMS 7169 REV 3-93

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/2/98 | | Doing OK. Sleeps better w/ med. No mood swings. Dorm cleaner. A-stable   P-RTC 10 WK | _Gwilliam MD_ |
| 3/30/98 | | WDC7 — No show for Psychology. | _S. Ranfort (Psy.) D_ |
| 4/13/98 | | Having headaches + constipation w/ hydroxyzine. No thought disorder. Says he did not know about appt w/ D/R. A-stable P- D/c med. See D/R re further eval & possible 4 Rx for mild depression. RTC 3 mo | _Gwilliam MD_ |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Gould, Jeffrey | 140977 | 34 | w/m | WDCF  KILBY |

F-61

## CORRECTIONAL MEDICAL SERVICES
## REFERRAL TO MENTAL HEALTH

| INMATE NAME: Gould Jeffery | ID #: 140977 | LOCATION: ? | DOB: ? |
|---|---|---|---|

REASON FOR REFERRAL:

( ) CRISIS INTERVENTION
    ( ) Family problems: _____
    ( ) Problems with peers: _____
    ( ) Recent stress: _____
    ( ) Other: _____

( ) EVALUATION OF MENTAL CONDITION
    ( ) Suicidal    ( ) Anxious    ( ) Physical Complaints
    ( ) Homicidal    ( ) Depressed    ( ) Sleep Disturbance
    ( ) Mutilative    ( ) Withdrawn    ( ) Hallucinations/Delusions
    ( ) Hostile, angry    ( ) Poor hygiene    ( ) Suspicious
    ( ) Other inappropriate behavior _____

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

( ) OTHER _____

COMMENTS: Mrs Wilson from Kilby reccommends he be seen by mental Health per his request also.

| Referred by: Mrs Wilson | Department: Kilby | Date: 11/20/97 |
|---|---|---|

### MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

Seen WDCF prog. Low-level sx of anx, insomnia. No thought or affect disorder.

AXIS I  mixed sub abus
    I  adj disorder, anxted

Rx hydroxyzine QTC 3 mos

| Follow-up by: Glenn Crain MD | Date: 12/1/97 | Time: |
|---|---|---|

*Donaldson*

*Rec'd 11/4/97 JT*

# CORRECTIONAL MEDICAL SERVICES
## REFERRAL TO MENTAL HEALTH

*POP*

| INMATE NAME: Gould, Jeffery | ID #: 140912 | LOCATION: 11/6/63 | DOB: 11/6/63 |
|---|---|---|---|

REASON FOR REFERRAL:

( ) CRISIS INTERVENTION
    ( ) Family problems: *Psy Referral — depressed*
    ( ) Problems with peers: _____
    ( ) Recent stress: _____
    ( ) Other: _____

( ) EVALUATION OF MENTAL CONDITION
    ( ) Suicidal    ( ) Anxious    ( ) Physical Complaints
    ( ) Homicidal    ( ) Depressed    ( ) Sleep Disturbance
    ( ) Mutilative    ( ) Withdrawn    ( ) Hallucinations/Delusions
    ( ) Hostile, angry    ( ) Poor hygiene    ( ) Suspicious
    ( ) Other inappropriate behavior _____

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

( ) OTHER _____

COMMENTS: _____
_____
_____
_____

| Referred by: Dr. Cox /mSeu | Department: PC | Date: 10/29/97 |
|---|---|---|

### MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

11/10/97 Transferred prior to being seen by a Counselor.

| Follow-up by: | Date: | Time: |
|---|---|---|

CMS 7169 REV. 3/93

G-69

# CORRECTIONAL MEDICAL SERVICES
## REFERRAL TO MENTAL HEALTH

| INMATE NAME: *Gould Jeffery* | ID #: *740977* | LOCATION: *M 97* | DOB: |
|---|---|---|---|

REASON FOR REFERRAL:

( ) CRISIS INTERVENTION
    ( ) Family problems: _____
    ( ) Problems with peers: _____
    ( ) Recent stress: _____
    ( ) Other: _____

( ) EVALUATION OF MENTAL CONDITION

| ( ) Suicidal | (✓) Anxious | ( ) Physical Complaints |
|---|---|---|
| ( ) Homicidal | (✓) Depressed | ( ) Sleep Disturbance |
| ( ) Mutilative | ( ) Withdrawn | ( ) Hallucinations/Delusions |
| ( ) Hostile, angry | ( ) Poor hygiene | ( ) Suspicious |
| ( ) Other inappropriate behavior _____ | | |

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

(✓) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

( ) OTHER _____

COMMENTS: _____
_____
_____
_____

| Referred by: *R. Mdehil* | Department: *Physical* | Date: *10-25-9* |
|---|---|---|

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

*Duplicate*

| Follow-up by: | Date: | Time: |
|---|---|---|

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|------|---|
| 10/16/93 | No complaints today, except his eye is swollen. Reports very slight depression. Blames the cops for giving him a DUI & catching him with ½ oz MJ & sending him back to prison. RTC @ PRN. |
| | Paul Van Wyk, PhD |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Gould, Jeffery | 140977 | | W/M | |

## DEPARTMENT OF CORRECTIONS

### IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|------|---|
| 3/10/92 | Pt is c̄ complaints; Sleep & Appetite ok; Doing ok c̄ Rx of army. Denies suicidal or Assaultive ideation. Denies Delusions or hallucinations. Mood stable Affect — Appropriate; Plan to continue c̄ Medication RTC prn only _(signature)_ |
| 3/17/92 | No complaints today. No Medication indicated. RTC prn only _(signature)_ |
| 10/19/93 Ventress | Headaches and can't sleep; stressed out. Had an appt. c̄ Dr. Ouert re eye complaints but failed to show up. Denies feeling depressed, hopeless, helpless, suicidal or assaultive. Denies delusions or hallucinations. Mood anxious; Affect Appropriate; Contact W NL Sensorium Clear. Imp: Adjustment Disorder Anxious Mood. Plan Atarax 50 mg HS. RTC 6 weeks _(signature)_ |
| 11/30/93 Ventress | Doing well and says he isn't taking his medication. Denies feeling depressed, hopeless, helpless, suicidal or Assaultive. Mood stable; Affect Appropriate; Contact Non Psychiatric; Sensorium clear. Imp — Adjustment Disorder, Compensated; D/C Atarax; RTC prn only _(signature)_ |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Gould, Jeffery | 140977 | | | |

## DEPARTMENT OF CORRECTIONS

### IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|---|---|
| 10/18/91 | Coherent, depressed over eye problem. Talking about a lawsuit over allergy to antibiotics. Got a piece of steel in eye he states. Kurdu at pts request. Patch over R eye. ___ Vaughan |
| 17 Dec | FAILED APPT AT CLINIC. MEDS RENEWED AFTER DISCUSSION c PT. DISCUSSED T.D. ___ |
| 2/18/92 | PT. has been treated c a Hx of Psychotic Depression on Trivail + Mellaril but now said he did not tell the truth when he told of hallucinations and other psychotic symptoms. No longer has any signs or symptoms of Depression or Psychosis and wants off Trivail and Mellaril. Plan to slowly DC both drugs and check pt in 1 week. ___ |
| 2/25/92 | PT is 5 complaints today; Denies delusions or hallucinations. Denies suicidal or Assaultive ideation; Mood stable; Affect Appropriate; Content - Neg for signs of delusions or hallucinations. Sensorium Clear; AIMS Neg. Plan to Continue c Medication RTC 2 weeks. ___ |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Gould, Johnny | 140977 | | | |

## CORRECTIONAL HEALTH CARE
### IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

DATE

5/31/91 Coherant, flat, agitated. Requests mellaril + sinequan. Denies suicidal thought.

*maugher*

6/28/91 Coherant, flat, wants to D/C meds. He's too sleepy next day. He's also in school + can't stay awake. Cut meds to 50 mgm hs. Denies hallucination or depression. Was hallucinating + voices told him to kill himself when he went off meds.

*maugher*

7/19/91 Coherant, dry mouth + requests D/C sinequan + try triavil. Con't mellaril.

*maugher*

8/30/91 Coherant, hallucinations stopped. Denies depression. Still some insomnia. ↑ triavil at pts request.

*maugher*

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Gould Jeffery | 140977 | | | |

## CORRECTIONAL HEALTH CARE

### IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|---|---|
| 3/29/91 | Calm out, denies depression. Cont' meds at pt's request. Maughn |
| 5/16/91 | Init Eval at request of DOC ψ. Feels was put on suicide watch by DOC ψ "out of spite" because ψ felt he was being manipulative (which he denies). Denies any suicidal intent, current or by hx. Denies "hearing voices," currently or by hx. (Denies any and all psychotic symptoms — "not crazy.") Denies significant depression other than situational. Feels "railroaded" by system. <br><br>  Affect mildly dysphoric. Inmate requested info re: suicide watch bc removed from jacket. Highly manipulative. RTC 2 wks. |
| 5-30-91 | Inmate waiting to go to VCF for SAP. Feels may poss. go tomorrow. In relatively good spirits today. No complaints. RTC 1 mo. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Gould Jeffery | 140977 | | | |

F-61

## CORRECTIONAL HEALTH CARE
### IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|---|---|
| 1/14/90 | Pt states still doing well but wakes up. Wants Medicine increased to 200 mg Mellaril in split doses. Understands about Tardive Dyskinesia |
| 1/15/90 | — Pt states wants Mellaril stopped - can't give reason except doesn't sleep - feels depressed - Now wants Doxepin. — Pt always will comply as this keeps him happy Doxepin 100 mg bid |
| 1/29/91 | — Takes Doxepin to help calm down + sleep. States as good as Mellaril. Will continue Doxepin 100 mg prn |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Gould, Jeffery | 140977 | 27 | WM | LCF |

F-61

## MEDICATION FLOW CHART

| DATE | MEDICATION | | | How Given | COMMENTS |
|------|------------|------------|------------|-----------|----------|
| | Name | Dosage | # | | |
| 6-26-90 | Mellaril | 100 mg | q hs | | Rcbd @ LCF |
| | D/e Mellaril | | | | |
| 7/12/90 | Elavil | 50 mg Bid | | | |
| | D/e Elavil | | | | |
| 8/24/90 | Doxepin | 5 mg Bid | | | |
| 10/3/90 | D/e Doxepin | | | | |
| | Mellaril | 150 mg | h.s. | | |
| 12/28/90 | Mellaril | 100 mg | BIH | | |
| 1/15/90 | D/e Mellaril | | | | |
| | Doxepin | 100 mg hs | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | LITHIUM LEVEL | OTHER LAB RESULTS |
|------|---------------|-------------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PATIENT NAME: Gould, Jeffery

140977

# CORRECTIONAL HEALTH CARE
## IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|---|---|

8/22/90 — Not sleeping "too good". Depressed headaches bi temporal. — 1 x O.D. couple hours to all day. — Not relieved except sporadically by Aspirin. "Hears" voices — not related to worry about. Says Asendin better than Elavil. Told of Tardive dyskinesia & refused Mellaril. — Wants switch to Serapin 50 gm x E

10/3/90 — Not been taking medicine, but feeling good. He says "miracle". Sleeping O.K. — Not depressed except for being locked up. — No voices. Wants Mellaril renewed prin even though before said didn't help. Knows possibility of Tardive dyskinesia will comply.

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Gould, Jefferey | 140977 | 26 | WM | CCF |