MONTH: Jun 90

# PHARMACARE, INC. MEDICATION ADMINISTRATION RECORD (MAR)

| MEDICATIONS | STOP DATE | HOUR |
|---|---|---|
| Sinequan 50 mg. @ HS, [illegible]/6/90 x 30 days | 7/6/90 | 6pm |
| Elavil 25 mg. tid, [illegible]-6-90 x 30 days | 7/6/90 | 4AM, 10AM, 6pm |
| Mellaril 100 mg. @ HS, [illegible]/20/90 x 30 days | 7/20/90 | 6pm |

FACILITY NAME: KILBY HOSPITAL

PATIENT #: 140977 SECTION: ROOM #: PMP.

DIAGNOSIS/ALLERGY:

PHYSICIAN NAME: Wilson, Dr. Kalla, Dr. Jenkins PHYSICIAN #:

PATIENT NAME: Gould Jeffery

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| Linda A. [illegible] | LL | Louise W. Robinson, LPN | LR |
| [illegible] | | Lorraine Graves, LPN | LG |
| C. Fluker, LPN | CF | A. Andrews LPN | AA |
| Evelyn [illegible] | | C. Williams LPN | CW |
| [illegible] | | W. Carter LPN | WC |
| | | [illegible] | |

Inmate Name: Gould Jeffery

Inmate Number: 140977

Allergies: NKDA

# DEPARTMENT OF CORRECTIONS

Medication Administration Record

Month Sep Year 99

Facility: STATON HEALTH CARE UNIT

Location: FLYC

CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/99 | Motrin 400mg i | 4A | / | A | A | A | A | | | | / | | | | | | | | | | | | | | | | | | | | | | |
| | td x 7 days | 11A | / | | GA | A | R | R | R | / | | | | | | | | | | | | | | | | | | | | | | | |
| 9/8/99 | Dr. Hawlin | 4P | EE | W-C | W-C | WF | VS | W-F | R | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Special Instructions and/or Notations:

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| [illegible] LPN | [illegible] | | | C. Wilson LPN | CW |
| [illegible] RN | [illegible] | Wilma Farmer LPN | WF | V. Suttle, LPN | VS |

- PRN Medication and notes on Reverse Side -

F-30-C Gould Jeffery

# ...ON ...RATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| motrin 800 mg PO BID X60 9/26 - 10/25/02 | 6<br>6 | | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9/01 THROUGH 9/30/02

Physician

Alt. Physician

Allergies

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No. 140927

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] 9/26/02 Title: Date:

PATIENT

PATIENT CODE | ROOM NO. | BED | FACILITY C...

Staton

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ii TID x 5 days (SJ) 1-6-00 to 1-10-00 | 6A 12N 6P | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | |
| CTM i tab TID x 5 days (SJ) 1-6-00 to 1-10-00 | 6A 12N 6P | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | |
| Cough tabs ii t.i.d x 5 days (SJ) 1-6-00 to 1-10-00 | 6A 12N 6P | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 2 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR THROUGH

Physician: Agarwal

Alt. Physician

Allergies: NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: S. Jackson Title: LPN Date: 1/[illegible]

PATIENT: [illegible]

PATIENT CODE: 140977

ROOM NO.

BED

FAC

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600 mg i TID x 4 days 8/1/99 – 8/20/99 | 6a 12p 6p | B | B | | | | | | | | | | | | | |
| Motrin 600 mg i TID x 4 d 8/1 – 8/3 | 6A 12P 6p | B B [illegible] | B B [illegible] | [illegible] | [illegible] | | | | | | | | | | | |
| Pen VK 500 mg TID x 7 8/9 – 8/15/99 | 6 12 6 | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | B B [illegible] | |
| Motrin 600 mg TID x 4 8/9 – 8/13/99 | 6 12 6 | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | | | |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8/1/99 THROUGH 8/30/99

Physician Agarwal

Alt. Physician

Allergies

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record 14097

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By B Pernell Title: CPN Date:

PATIENT CODE 140977

ROOM NO

BED

FAC

PATIENT Gerald Jefferey

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800mg PO BID x 1 week 7-23-99 — 7-30-99 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7-1-99 THROUGH 7-31-99

Physician Agarwal

Alt. Physician

Allergies Haldol

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: Title: Date:

PATIENT [illegible] Jefferson

PATIENT CODE 140977

ROOM NO

BED

FAC S

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| 458326 TRAZODONE HCL TAB 150MG 10/20/98<br>TAKE 1 TABLET AT BEDTIME FOR 90 DAYS<br>Stop: 01/18/99 | 5P | [illegible initials] changed 11/19 sw |
| Trazodone Desyrel 150mg QHS X 120 Days Dr Ryan sw 11/19/98-3/19/99 | 5P | [illegible initials] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/01/98 THROUGH 11/30/98

Physician

Alt. Physician

Allergies NKA

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record 140

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: J Reynolds Title: LPN Date: 10/

PATIENT GOULD, JEFFERY

PATIENT CODE 140977

ROOM NO 1-18B

BED

FAC

*** END OF MAR ***

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mintox II TID X 2 wk 3/8 - 3/22/99 | 6 12 6 | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | |
| Tylenol TID X 2 wks 3/8 - 3/22/99 | 6 12 6 | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3/1 THROUGH 3/31/99

Physician

Alt. Physician

Allergies NKA

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record 1409

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: Title: Date:

PATIENT David D. Jetton

PATIENT CODE

ROOM NO

BED

FAC 5

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| ~~466685 TRAZODONE HCL TAB 150MG 11/19/98 TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 120 DAYS Stop: 03/19/99~~ Revised | | |
| 474782 TRAZODONE HCL TAB 50MG 12/23/98 TAKE (3) TABLETS AT BEDTIME FOR 120 DAYS Stop: 04/22/99 | | D/C'd per Dr. Williams 02/02/99 |
| Motrin 600mg PO BID prn headache x 7 days 2/4/99 - 2/11/99 | 6a 6p | [illegible] |
| | | |
| | | |
| | | |
| | | |
| | | |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 02/01/99 THROUGH 02/28/99

Physician Williams

Alt. Physician

Allergies NKA

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record 140

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [illegible] Title: LPN Date:

PATIENT CODE 140977

ROOM NO

BED

FACI

PATIENT

GOULD, JEFFERY

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trazodone 150mg qhs x 90 days 11/19/98 - 2/19/99 | 6P | A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1/1/99 THROUGH 1/31/99

Physician Williams

Alt. Physician

Allergies NKA

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record 140917-

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: Ann Long Title: LPN Date: 1/2/

PATIENT Donald Calhoun

PATIENT CODE 140917

ROOM NO

BED

FAC

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 458326 TRAZODONE HCL TAB 150MG 11/19/98 ~~10/20/98~~ TAKE 3 TABLET AT BEDTIME FOR 90 DAYS Stop: ~~01/18/99~~ 2/19/99 | 9 | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/98 THROUGH 12/31/98

Physician

Alt. Physician

Allergies NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record 140

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By:

Title:

Date:

PATIENT GOULD, JEFFERY

PATIENT CODE 140977

ROOM NO West

BED

FAC

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trazodone 150mg po QHS x 90d 10/19-1/19 Dr Ryan / [illegible] | 5P | | | | | | | | | | | | | | | | | | | | 20 | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR Oct THROUGH Oct

Physician

Alt. Physician

Allergies NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: Title: Date:

PATIENT Harold Pelham

PATIENT CODE

ROOM NO

BED

FAC W

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| 381476 HYDROXYZINE HCL TAB 50MG 1/23/98 ~~12/02/97~~ TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 90 DAYS Stop: ~~03/02/98~~ 4/23/98 | 5p | [handwritten initials] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 02/01/98 THROUGH 02/28/98

Physician Robertson

Telephone No.

Medical Record No. 14097

Alt. Telephone

Alt. Physician

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By:

Title:

Date:

PATIENT GOULD, JEFFERY

PATIENT CODE 140977

ROOM NO.

BED

FACI

# MEDICATION ADMINISTRATION RECORD

Sudafed 60 mg PO BID x 10 d — 11A, 5P

11/21/97 - 12/1/97 Tyner

Atarax 50mg q HS x 90 days 12/1 - 3/1 Dr Williams — 5p → DBR

MEDICATIONS | HOUR | 1–28

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

For: Dec. 1997 THROUGH

Tyner

Physician: Hallal

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record

Medicare Number

Complete Entries Checked:

By:

Title:

Date: 1-78T

| PATIENT CODE | ROOM NO | BED | FAC |
|---|---|---|---|
| 140977 | 3-8 | | WL |

Gerald Sibbern

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| 381476 HYDROXYZINE HCL TAB 50MG 12/02/97 TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 90 DAYS Stop: 03/02/98 | 5P | [illegible handwritten entries] 1/23/98 see below |
| Atarax 50mg po qhs x 90d 1/23 - 4/23/98 Williams/Jr | 5P | → [illegible handwritten entries] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 01/01/98 THROUGH 01/31/98

Physician Robertson

Alt. Physician

Allergies NKA

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record N 14097

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [illegible] Title: [illegible] Date:

PATIENT GOULD, JEFFERY

PATIENT CODE 140977

ROOM NO. [illegible]

BED

FACIL

# MEDICATION ADMINISTR...ION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ii Bid x 10 days 11-5-97/11-15-97 | 5A | → | → | → | → | → | → | → | → | → | aA | X | A | X | | | | | | | | | | | | | | | | |
| | 5P | → | → | → | → | → | → | → | → | → | wh | h | h | w | X | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| CTM ii Bid x 10 days 11-5-97/11-15-97 | 5A | → | → | → | → | → | → | → | → | → | aA | X | A | X | | | | | | | | | | | | | | | | |
| | 5P | → | → | → | → | → | → | → | → | → | wh | ah | h | h | X | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

...T FOR Nov 1 THROUGH Nov 30 1997

Telephone No

Alt. Telephone

Medical Record N...

...ician

Rehabilitative Potential

...e Medicare Number

Complete Entries Checked:

By: D. Kimbell LPN Title: 3-87 Date:

| PATIENT CODE | ROOM NO. | BED | FACIL |
|---|---|---|---|
| 140977 | ~~212~~ | | W |

Gould Jeffery

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sudafed 60mg po BID x10d<br>11/21/97 – 12/1/97 Lypene | 11A<br>5p | | | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] |
| Tylenol #4 po TID x 7d<br>11/21/97 – 11/28/97 Lypene | 5A<br>11A<br>5p | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR November 1997 THROUGH

Physician Lypene

Alt. Physician

Allergies Haldol

Telephone No.

Alt. Telephone

Medical Record No.

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: Title: Date:

PATIENT CODE 140977

ROOM NO. 3-87

BED

FACI

PATIENT [illegible]



# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg Bid x 5 dy | 09 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/29/97 11/3/97 | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] 8mg Bid x 10d | 09 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/5/97 11/15/97 | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] Bid x 10d | 09 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/5/97 11/15/97 | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] Bid x 10d | 09 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/6/97 11/16/97 | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR Nov 97 THROUGH

Physician

Alt. Physician

Allergies

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record N

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: Title: Date:

PATIENT Gerald Deffery

PATIENT CODE

ROOM NO

BED

FACIL

# MEDICATION ADMINISTRATION RECORD

Gdorm

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| Motrin 600mg Bid x 5d 10/29/97 11/3/97 | 0? 3 1800 | → |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR Oct, '97 THROUGH

Physician

Alt. Physician

Allergies

Telephone No

Alt. Telephone

Medical Record N

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: Title: Date:

PATIENT

PATIENT CODE

ROOM NO

BED

FACI

# EYE EXAMINATION SHEET

| TO: (Service Physician) | FROM: (Requesting Ward, Med. Fac., Phys.) | Date of Request |
|---|---|---|
| Dr. Bradford | VCF | 11/4/93 |

Reason For Request (Complaints and Findings)
Blurred Vision, H/A

Past History

Old Rx

| Signature | Type of Consult ☐ Emergency ☐ Routine |
|---|---|

CONSULTATION REPORT

Subjective: OD 20/40 OS 20/50

OPHTH: 20%/c/D/WNL

New Rx: OD 050 -050 x045 | FCW
OS 050 -125 x081

CR-39

65/62

Ext:

Date Dispensed & Initials:

Seg. Type:

Seg. Ht.

IDP & Time:
13/10

48/24/5 3/4

Frame:
Size:
Color:

OPTOMETRIST'S SIGNATURE

| Patients Last Name | First | Middle | Age | R/S | ID No |
|---|---|---|---|---|---|
| Gould | Jeffery | | 30 | W/M | 140977 |

F-65 (4/85)