## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE

I, _Dould, Jeffrey # 140977_ acknowledge receipt of the
(Inmate's Name, AIS #)
following medical equipment/appliance.

(X) Eyeglasses
( ) Dentures
( ) Prosthesis        (please specify) _____
( ) Wheelchair
( ) Other             (please specify) _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

X _____     _12-3-93_
  (Inmate's Signature)                  (Date)

_Mansfield Jr_____        _12-3-93_
  (Witness' Signature)                  (Date)

Distribution:

Original - Blue Medical Jacket
Yellow - Kilby Medical Supply

F-42

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE

I, _Gould, Jeffery  140977_ acknowledge receipt of the
(Inmate's Name, AIS #)

following medical equipment/appliance.

    (X)    Eyeglasses
    ( )    Dentures
    ( )    Prosthesis    (please specify) _____
    ( )    Wheelchair
    ( )    Other    (please specify) _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Jeffery Gould_                    _11-23-93_
(Inmate's Signature)                    (Date)

_P. Ford LPN_                    _11/23/93_
(Witness' Signature)                    (Date)

Distribution:

    Original - Blue Medical Jacket
    Yellow - Kilby Medical Supply

F-42

EYE EXAMINATION SHEET

| TO: (Service, Physician) | FROM: (Requesting Ward, Med. Fac., Phys.) | Date of Request 10/7/93 |
|---|---|---|

Reason For Request (Complaints and Findings)

Past History

Old Rx

| Signature | Type of Consult ☐ Emergency ☐ Routine |
|---|---|

CONSULTATION REPORT

Subjective: OD 20/40
OS 20/70  S

OPHTH: 20% 4/0 WM

New Rx:  OD — 050 —050 x 122    Ext:
         OS   050  150   081  FCC

Date Dispensed & Initials:
CR-39
66/63
46/24/5½

Seg. Type:        Seg. Ht.

IDP & Time:  10/11

Frame:
Size:
Color:

_____
OPTOMETRIST'S SIGNATURE

| Patients Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Gould | Jeffrey | | 29 | w/m | 140977 |

F-G5 (4/85)

# CORRECTIONAL HEALTH CARE
## MEDICAL REFERRAL FORM

Mailed 10/15-91

NAME: Gould Jeffery   ID# 140977   RACE/SEX: W/M   DOB 1-6-63

TO: Dr. Danny Hartzog
Physician / Specialty

ADDRESS: College St. Clayton, Ala   TELEPHONE: 775-3295

FACILITY: Ventress   EMPLOYEE SIGNATURE: Mae F. Henry, D.ON

PRESENT MEDICATIONS: Doxycycline 50mg qid x 10 days / Garamycin gtts qid x 10 days.

ALLERGIES: Haldol

REASON FOR REFERRAL: This inmate presented to the infirmary with Saturday 10/12/91 Irritated R-eye & edema. He came back 10/15/91 to see Dr McGohan. Dr Dx him to have Conjunctivitis. Dr. McGohan is requesting for inmate to see Dr. Hartzog.

☐ APPROVED   ☐ NOT APPROVED   SIGNATURE:_____
Medical Director

ACTION TAKEN_____

DATE OF APPOINTMENT:_____ TIME:_____

APPOINTMENT MADE BY:_____

☐ KEPT   ☐ NOT KEPT   REASON:_____

DATE OF REAPPOINTMENT:_____ TIME:_____

APPOINTMENT MADE BY:_____

☐ KEPT   ☐ NOT KEPT   REASON:_____

COMMENTS:_____

Original - Facility File   Yellow - Medical Record

F-39



**Correctional Health Care, Inc.**

## EYE EXAMINATION SHEET

M 28

| TO: (Service, Physician) | FROM: (Requesting Ward, Med. Fac., Phys.) | Date of Request |
|---|---|---|
| Dr. Bradford | West Ward | 6-14-90 |

**Reason For Request (Complaints and Findings)**

No V/A

**Past History**

**Old Rx**

| Signature | Type of Consult | ☐ Emergency | ☐ Routine |
|---|---|---|---|

### CONSULTATION REPORT

Subjective: OD 25
OS 30  /  S glasses

OPHTH: 30/80 - 40 / JM

New Rx: OD  - 0.50 —
OS  PL -1.00 x 075  / NOT R/O

Ext:

Date Dispensed & Initials:

Seg. Type:   Seg. Ht.

IDP & Time: 13/15 (10A)

Frame:
Size:
Color:

OPTOMETRIST'S SIGNATURE

| Patients Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Gould, | Jeffery | | 26 | WM | 140977 |

**MEDICAL SOUTH VISION CENTER**
P.O. Box 170053  Birmingham, AL 35217
(205) 324-3334   1-800-239-7233   FAX (205) 324-3817

ACCOUNT # 010015

814488

ACCOUNTING

PATIENT'S NAME: [illegible]
EMPLOYEE ID #: 140928
P.O. #: [illegible]
DATE: 10-18

MATERIAL: ☐ POLYCARBONATE (LITE8TYLE)  ☐ GLASS  ☐ OTHER  ☐ PLASTIC

SPECIAL INSTRUCTIONS: Ventress
3.0 SAFETY [X]

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| R | -.50 | -.50 | 100 | | |
| L | -.50 | -.50 | 81 | | |

ADD / SEG. HGT:
P.D.: 66/63

TINT: ☐ SOLID  ☐ GRAD
☐ PHOTOGRAY EXTRA
☐ FACTORY APPLIED SCRATCH COATING

POLYCARBONATE AVAILABLE ONLY IN THESE STYLES:
☒ SV  ☐ FT 25  ☐ FT 28  ☐ FT 35  ☐ LINE FREE™ PROGRESSIVE  ☐ Other Progressive
☐ FT 7X25  ☐ FT 7X28  ☐ FT 8X35  ☐ Other
☐ Exec. Bifocal  ☐ Exec. Trifocal  ☐ RD

FRAME INFORMATION
FRAME STYLE: [illegible]
EYE SIZE:  BRIDGE SIZE:  TEMPLE LENGTH:
FRAME COLOR:
☐ METAL  ☐ ZYL
SIDE SHIELDS: ☒ PERMANENT  ☐ DETACHABLE
☐ SUPPLY FRAME  ☐ FRAME TO COME
☐ FRAME ENCLOSED  ☐ LENS ONLY

PROFESSIONAL SIGNATURES: Kelly

BILL TO:

FRAME / LENSES / OVERSIZE / TINT / MISC. / MERCHSE TOTAL / TAX / SHIPPING / TOTAL / CO-PAY / TAX / TOTAL / SHIP DATE

SS101

# U/A DIPSTICK REPORT
## STATON HEALTH CARE UNIT

Name: Gould, Jefferey   AIS# 140977   R/S: WM

Facility: SCC   DOB: 11/6/63   AGE: 35

Collection Date: 9/4/99   Time: ___

Annual Physical ✓   Random ___   Repeat ___   Daily ___

After Rx. Completion ___   Chronic Care Clinic Protocal ___

Urine Appearance: Color Yellow   Clarity Clear   Odor ō

Specific Gravity: 1.010

PH: 10 6

LEAKOCYTES: tr ō

NITRATE: ō

PROTEIN: ō

GLUCOSE: WNL

KEYTONES: ō

UROBILINOGEN: WNL

BILIRUBIN: ō

BLOOD: ō   HEMOGLOBIN: ō

WNL: ✓   ABNORMAL: ___

OBTAINING NURSE'S SIGNATURE: K Munugota LPN   9/4/99 Date

REVIEWING PHYSICIAN'S SIGNATURE: [signature]   Date

**LabCorp**

| Specimen # | Type | Lab | Report Status | | |
|---|---|---|---|---|---|
| 060-205-0113-0 | S | MB | FINAL | PB | 1 |

Additional Information: DOB: 11/06/63

Clinical Information: 03/02/99 03:09

Physician ID: LAYBOURN
Patient ID: 140977

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| GOULD, JEFFREY | M | 035/03 |

Account:
STATON CORRECTIONAL CENTER   013305
CORRECTIONAL MEDICAL SERVICES
HIGHWAY 143
ELMORE, AL 36025-
334-567-2221  ALY

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/01/99 | 03/01/99 | 03/02/99 | 8910 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| LP | | | | | |
| Cholesterol, Total | 180 | | mg/dL | 100 - 199 | M |
| Triglycerides | 300 | H | mg/dL | 0 - 199 | M |
| HDL Cholesterol | 37 | | mg/dL | 35 - 150 | |
| VLDL Cholesterol Cal | 60 | H | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 83 | | mg/dL | 0 - 129 | |

LAB: MB LABCORP BIRMINGHAM         DIRECTOR: CONTACT   LABORATORY
1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

DIRECTOR: CONTACT   LABORATORY
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 800-659-2324 LAB: 800-621-9037
LAST PAGE OF REPORT

REPORT                   ©1998 Laboratory Corporation of America
                                              All Righ

**LabCorp®**

| Specimen # | Type | Prt. | Report Status | | |
|---|---|---|---|---|---|
| 042-205-0139-0 | S | MB | PRELIM PG 1 | 00 01 | |

Additional Information: DOB: 11/06/63

Clinical Information: 02/12/99 09:50

| Physician ID | Patient ID |
|---|---|
| FAISAL | 140977 |

| Patient Name | Sex | Age (Yr/Mos) | Account |
|---|---|---|---|
| GOULD, JEFFERY | M | 035/03 | STATON CORRECTIONAL CENTER 013305 CORRECTIONAL MEDICAL SERVICES HIGHWAY 143 ELMORE, AL 36025- 334-567-2221 ALY |

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 02/10/99 | 02/11/99 | 02/12/99 | 8817 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| SPECIMEN STATUS REPORT | | | WILL FOLLOW | | M |
| CMP12+ALT+Chol+Fe+GGT+LD+P+... | | | | | |
| CHEMISTRIES | | | | | M |
| Glucose, Serum | 161 | H | mg/dL | 65 - 109 | M |
| Uric Acid, Serum | 5.4 | | mg/dL | 2.2 - 8.7 | |
| BUN | 10 | | mg/dL | 5 - 26 | M |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | M |
| BUN/Creatinine Ratio | 10 | | | | |
| Sodium, Serum | 140 | | mEq/L | 135 - 148 | M |
| Potassium, Serum | 4.0 | | mEq/L | 3.5 - 5.5 | |
| Chloride, Serum | 106 | | mEq/L | 96 - 109 | M |
| Calcium, Serum | 10.0 | | mg/dL | 8.5 - 10.6 | M |
| Phosphorus, Serum | 1.9 | L | mg/dL | 2.5 - 4.5 | |
| Protein, Total, Serum | 7.2 | | g/dL | 6.0 - 8.5 | M |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 3.1 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | M |
| Alkaline Phosphatase, Serum | 85 | | IU/L | 25 - 150 | |
| LDH | 198 | | IU/L | 100 - 250 | M |
| AST (SGOT) | 53 | H | IU/L | 0 - 45 | M |
| ALT (SGPT) | 87 | H | IU/L | 0 - 50 | M |
| GGT | 135 | H | IU/L | 0 - 85 | |
| Iron, Serum | 221 | H | mcg/dL | 40 - 180 | M |
| LIPIDS | | | | | M |
| Cholesterol, Total | 211 | H | mg/dL | 100 - 199 | M |
| Triglycerides | 232 | H | mg/dL | 0 - 199 | M |
| TSH, High Sensitivity, Serum | 2.46 | | mcIU/mL | 0.35 - 5.50 | |

| | Male | Female |
|---|---|---|
| 1 - 30 days | 0.52 - 16.00 | 0.72 - 13.10 |
| 1 mo - 5 yrs. | 0.55 - 7.10 | 0.46 - 8.10 |
| >5 yrs. | 0.35 - 5.50 | 0.35 - 5.50 |

LAB: MB LABCORP BIRMINGHAM    DIRECTOR: CONTACT LABORATORY
1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

DIRECTOR: CONTACT LABORATORY
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 800-659-3324 LAB: 800-621-8037
FINAL REPORT WILL FOLLOW

REPORT

©1998 Laboratory Corporation of America®
All Right

# LabCorp

| | | | |
|---|---|---|---|
| Specimen # 042-205-0139-0 | Type S | Primary MB | Report Status FINAL PB |
| Additional Information | DOB: 11/06/63 | Clinical Information | 02/12/99 15:12 |
| Patient Name GOULD, JEFFERY | Sex M | Age 035/03 | Physician ID FAISAL / Patient ID 14097 /SCC |
| Patient Address | | | Account STATON CORRECTIONAL CENTER 013205 CORRECTIONAL MEDICAL SERVICES 02 HIGHWAY 143 02 ELMORE, AL 36025 334-567-2821 ALY |
| Date Collected 02/10/99 | Date Entered 02/11/99 | Date Reported 02/12/99 8818 | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| SPECIMEN STATUS REPORT | | | | | M |
| Quantity was not sufficient for analysis. | | | | | |
| TEST:CBC #005009 | | | | | |
| 02/12/99 12:35 GNS. | | | | | |
| CMP12+ALT+Chol+Fe+GGT+LD+P+... | | | | | |
| CHEMISTRIES | | | | | M |
| Glucose, Serum | 161 | H | mg/dL | 65 - 109 | M |
| Uric Acid, Serum | 5.4 | | mg/dL | 2.2 - 8.7 | M |
| BUN | 10 | | mg/dL | 5 - 26 | M |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | |
| BUN/Creatinine Ratio | 10 | | | | |
| Sodium, Serum | 140 | | mEq/L | 135 - 148 | |
| Potassium, Serum | 4.0 | | mEq/L | 3.5 - 5.5 | |
| Chloride, Serum | 106 | | mEq/L | 96 - 109 | |
| Calcium, Serum | 10.0 | | mg/dL | 8.5 - 10.6 | |
| Phosphorus, Serum | 1.9 | L | mg/dL | 2.5 - 4.5 | M |
| Protein, Total, Serum | 7.2 | | g/dL | 6.0 - 8.5 | M |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 3.1 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, Serum | 85 | | IU/L | 25 - 150 | |
| LDH | 198 | | IU/L | 100 - 250 | |
| AST (SGOT) | 53 | H | IU/L | 0 - 45 | |
| ALT (SGPT) | 87 | H | IU/L | 0 - 50 | |
| GGT | 135 | H | IU/L | 0 - 85 | |
| Iron, Serum | 221 | H | mcg/dL | 40 - 180 | |
| LIPIDS | | | | | |
| Cholesterol, Total | 211 | H | mg/dL | 100 - 199 | |
| Triglycerides | 232 | H | mg/dL | 0 - 199 | |
| TSH, High Sensitivity, Serum | 2.46 | | mcIU/mL | 0.35 - 5.50 | |

|  | Male | Female |
|---|---|---|
| 1- 30 days | 0.52 - 16.00 | 0.72 - 13.10 |
| 1 mo-5 yrs. | 0.55 - 7.10 | 0.46 - 8.10 |
| >5 yrs. | 0.35 - 5.50 | 0.35 - 5.50 |

LAB: MB LABCORP BIRMINGHAM    DIRECTOR: CONTACT   LABORATORY
1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

DIRECTOR: CONTACT   LABORATORY
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 800-659-3324 LAB: 800-621-8037
LAST PAGE OF REPORT

REPORT    ©1998 Laboratory Corporation of America®
All Right

```
                     (COMPLE  )  (H)    Age   Sex  Control #   Patient ID   Phys ID
GOULD, JEFFERY                         33/11   M   51125224596  140977

                                      Fasting   Account Number 01302895
           DOB 11/06/63                          KILBY CORRECTIONAL FACILITY
                                                 CORRECTIONAL MEDICAL SERVICES
NPY 26                                Tot Vol    P.O. BOX 11
                                        0000     MT. MEIGS, AL 36057-0000
                                                 (334) 215-6685

Spec Date 10/23/97  7:00   Received 10/23/97   Reported 10/25/97 12:08   Seq# 1401
```

|  |  | OUT OF |  |  |  |
|---|---|---|---|---|---|
| TEST | RESULT | RANGE | UNITS | LIMITS | LAB |

| Test | Result | Out of Range | Units | Limits | Lab |
|---|---|---|---|---|---|
| STS-REFLEX MHA-TP & RPR TITER | | | | | |
|   STS | Non-Reactive | | | Non-Reactive | MB |
| URINALYSIS, COMPLETE | | | | | |
|   URINALYSIS GROSS EXAM | | | | | MB |
|     Specific Gravity | 1.020 | | | 1.005- 1.030 | MB |
|     pH | 5.0 | | | 5.0- 7.5 | MB |
|     Urine-Color | YELLOW | | | Yellow | MB |
|     Appearance | CLEAR | | | Clear | MB |
|     WBC Esterase | NEG. | | | Negative | MB |
|     Protein | NEG. | | | Negative/Trace | MB |
|     Glucose | NEG. | | | Negative | MB |
|     Ketones | NEG. | | | Negative | MB |
|     Occult Blood | NEG. | | | Negative | MB |
|     Bilirubin | NEG. | | | Negative | MB |
|     Urobilinogen,Semi-Qn | NORMAL | | | 0- 2 | MB |
|     Nitrite, Urine | NEGATIVE | | | Negative | MB |
|   Microscopic Examination | | | | | MB |
|     Microscopic follows if indicated. | | | | | |
|   Microscopic Examination | | | | | MB |
|     WBC/HPF | None seen. | | | 0 - 5 | MB |
|     RBC/HPF | None seen. | | | 0 - 3 | MB |
|     Epithelial Cells | None seen. | | | 0 -10 | MB |
|     Crystals | | | | | MB |
|       Few calcium oxalate crystals. | | | | | |
| | | | | | MB |
| HIV-1 ABS-EIA | | | | | |
|   HIV-1 ABS, SEMI-QN | | | | | MB |
|     Result: NEGATIVE by EIA screen. | | | | | |
|     No antibodies to HIV-1 detected. | | | | | |
| | | | | | MB |
|   NOTE: Submission of serum separator tube recommended for this test. Thank you for your cooperation if you are already doing so. | | | | | |
| | | | | | MB |
| CBC WITH DIFFERENTIAL | | | | | |
|   White Blood Count | 7.3 | | X 10-3/uL | 4.0- 10.5 | MB |
|   Red Blood Count | 4.61 | | X 10-6/uL | 4.10- 5.60 | MB |
|   Hemoglobin | 14.4 | | g/dL | 12.5- 17.0 | MB |

*TM 10/29/97*

```
GOULD, JEFFERY          PAT ID:140977      SPEC DATE:10/23/97      (CONTINUED)
```

| | (COMPLE ) (H) | Age | Sex | Control # | Patient ID | Phys ID |
|---|---|---|---|---|---|---|
| GOULD, JEFFERY | | 33/11 | M | 51125224596 | 140977 | |
| | DOB 11/06/63 | Fasting | | Account Number 01302895 KILBY CORRECTIONAL FACILITY CORRECTIONAL MEDICAL SERVICES P.O. BOX 11 MT. MEIGS, AL 36057-0000 (334) 215-6685 | | |
| NPY 26 | | Tot Vol 0000 | | | | |

Spec Date 10/23/97  7:00 | Received 10/23/97 | Reported 10/25/97 12:08 | Seq# 1401

| TEST | RESULT | OUT OF RANGE | UNITS | LIMITS | LAB |
|---|---|---|---|---|---|
| Hematocrit | 43.6 | | % | 36.0- 50.0 | MB |
| MCV | 95 | | fL | 80- 98 | MB |
| MCH | 31.2 | | pg | 27.0- 34.0 | MB |
| MCHC | 33.0 | | g/dL | 32.0- 36.0 | MB |
| Platelets | 220 | | X 10-3/uL | 140- 415 | MB |
| Polys | | 37 L | % | 40- 74 | MB |
| Lymphs | | 48 H | % | 14- 46 | MB |
| Monocytes | 8 | | % | 4- 13 | MB |
| Eos | 6 | | % | 0- 7 | MB |
| Basos | 1 | | % | 0- 3 | MB |
| Polys (Absolute) | 2.7 | | X 10-3/uL | 1.8- 7.8 | MB |
| Lymphs (Absolute) | 3.5 | | X 10-3/uL | 0.7- 4.5 | MB |
| Monocytes(Absolute) | 0.6 | | X 10-3/uL | 0.1- 1.0 | MB |
| Eos (Absolute Value) | 0.4 | | X 10-3/uL | 0.0- 0.4 | MB |
| Baso(Absolute) | 0.1 | | X 10-3/uL | 0.0- 0.2 | MB |
| | | | | | MB |

LAB: MB   LABCORP HOLDINGS                DIRECTOR: CONTACT   LABORATORY
         1801 FIRST AVENUE SOUTH, BIRMINGHAM, AL  35233-0000

LAST PAGE OF REPORT

*TM 10/29/97*

GOULD, JEFFERY        PAT ID:140977        SPEC DATE:10/23/97

**MetPath**
One Malcolm Avenue
Teterboro, New Jersey 0____-1070
201-393-5000
800-631-1390 Client Service

**Clinical Laboratory Report**

RAYMOND _____ M.D.    PAUL A. KRIEGER, M.D.
JOSEPH E. O'BRIEN, M.D.    CHARLENE S. POLAN, M.D.

| Patient Name | Date Drawn | Date Received | Date of Report |
|---|---|---|---|
| GOULD, JEFFREY | E0754 09/20/93 | 09/21/93 0316 | 09/21/93 |

| Sex | Age | Client Name / Address | I.D. Number | Account Number |
|---|---|---|---|---|
| M | AM | KILBY CORRECTIONAL FACILI AM | | 40600  2 |

| Referring Physician | | C.L.I.A. # 31D0696246 | Specimen Number | Time Drawn |
|---|---|---|---|---|
| GUEST W140977 | WARES FERRY ROAD MT. MEIGS  AL  36057 | | 314569 | 0600 |

CLIENT INFO:   NPY 6

| TEST NAME | RESULT ABNORMAL | RESULT NORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| **COMPLETE BLOOD COUNT** | | | | |
| WBC | | 8.80 | THOUS./CU.MM | 3.90-11.3 |
| RBC | | 4.85 | MIL./CU.MM | 4.50-5.90 |
| HGB | | 15.4 | GM/DL | 13.5-17.6 |
| HCT | | 46.0 | PERCENT | 40.0-52.0 |
| MCV | | 95.0 | FL | 83.0-103 |
| MCH | | 31.8 | PG | 27.0-33.0 |
| MCHC | | 33.5 | PERCENT | 31.0-37.0 |
| RDW | | 13.0 | PERCENT | 12.0-16.2 |
| MPV | | 11.3 | FL | 9.30-14.3 |
| PLATELET COUNT | | 270.0 | THOUS./CU.MM | 140-440 |
| **DIFFERENTIAL** | | | | |
| POLY ( 39.4 PCT) | | 3467 | CU.MM | 1650-8330 |
| * LYMPH ( 49.3 PCT) | 4338 | | CU.MM | 1049-3581 |
| MONO ( 7.2 PCT) | | 633 | CU.MM | 61.0-929 |
| EOS ( 3.5 PCT) | | 308 | CU.MM | 40.0-423 |
| BASO ( 0.6 PCT) | | 52 | CU.MM | 10.0-148 |

**HIV NON-REACTIVE**

**RPR NON-REACTIVE**

URINE DIPSTICK NEGATIVE

92-208-B · © 1992 MetPath. All rights reserved. Published 1992. Revised 12/92

# DEPARTMENT OF CORRECTIONS

Paroled
11/10/92

---

| | | |
|---|---|---|
| 33 NAME: Gould, Jeffery<br>Last    First    Middle Initial<br>R/S: WM  DOB 11-6-63<br>PRISON NUMBER: 140977<br>LOCATION: ~~R&HF~~<br>DOCTOR: Guest | ☐ ROUTINE  ☐ STAT  ☐ OUTPATIENT<br>Date Requested 11-23-92  By<br>Date Collected 11-24-92  By C. Mosley LPN<br>Date Reported 11-25-92  By DB<br>TEST REQUESTED: HIV  RPR | SERVICE CODE |

REPORT:

HIV NON-REACTIVE

RPR NON-REACTIVE

F-27  LABORATORY MISCELLANEOUS

| Technician | Date | Department |
|---|---|---|

| PATIENT'S NAME LAST | FIRST | MIDDLE | AGE | R/S | ID. NO. |
|---|---|---|---|---|---|
| Gould | Jeffery | 140977 | 29 | W/M | |

F-28  LABORATORY REPORTS

**Roche Biomedical Laboratories**
a subsidiary of Hoffmann-La Roche Inc

| SPECIMEN # | TYPE | PRIMARY LAB | REPORT STATUS | | | |
|---|---|---|---|---|---|---|
| 152-905-7091-0 | S | | FINAL | PG 1 | 03 | 01 |

TIME 0800
ADDITIONAL INFORMA...
SRC-UNKNOWN
NPY-13 IML

**CLINICAL INFORMATION**

| PHYSICIAN ID | PATIENT ID |
|---|---|
| WILSON | W140977 |

| PATIENT NAME | SEX | AGE (YR/MOS) | ACCOUNT |
|---|---|---|---|
| GOULD, JEFFREY | M | 026/00 | CHC KILBY CORRECTIONAL FAC  0103094 04 |

PT ADD

WARY-FERRY RD   04
MONTGOMERY, AL  35242-
205-271-2300  ALY

| DATE OF SPECIMEN | DATE RECEIVED | DATE REPORTED | |
|---|---|---|---|
| 06/01/90 | 06/01/90 | 06/04/90 | 0714 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| GENITAL CULTURE SCREEN | FINAL REPORT | | MI |

NO NEISSERIA GONORRHOEAE ISOLATED IN 48 HOURS.

DIRECTOR: JAMES A DAVIS III  MD
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 205-288-7622 LAB: 800-621-8037
LAST PAGE OF REPORT

---

| PATIENT NAME | | | | PATIENT ID | | | | SPEC. NO. | | | SPEC DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BONE** | | **ELECTROLYTES** | | | **HEART** | | | **LIVER** | | | **LIPIDS** | |
| Calcium mg/dl (8.5-10.6) | Phosphorus mg/dl (2.5-4.5) | Sodium mEq/L (135-148) | Potassium mEq/L (3.5-5.5) | Chloride mEq/L (94-109) | LDH IU/L (100-250) | AST (SGOT) IU/L (0-50) | T. Bili mg/dl (0.1-1.2) | GGT (IU/L) (M 0-65) (F 0-45) | ALT (SGPT) IU/L (0-50) | Alk. Phos. IU/L (20-125) | Cholesterol mg/dl <200 | Triglycerides mg/dl (10-250) |
| **PROTEIN** | | | | **KIDNEY** | | **THYROID** | | | | **MISCELLANEOUS** | | |
| T. Protein g/dl (6.0-8.5) | Globulin g/dl (1.5-4.5) | Albumin g/dl (3.5-5.5) | A/G Ratio (1.1-2.5) | BUN mg/dl (7-26) | Creatinine mg/dl (0.5-1.5) | $T_4$ µg/dl (4.5-12.5) | $T_3$ Uptake % (35-45) | Free $T_4$ Index (1.6-5.6) | TSH µIU/ml (0.5-5.0) | Uric Acid mg/dl (M 3.9-9.0) (F 2.2-7.7) | Glucose mg/dl <50 yrs. (60-115) | Iron µg/dl (40-180) |
| **HEMATOLOGY** | | | | | | | | | | | | |
| RBC x10⁶/mm³ (M 4.3-5.9) (F 3.5-5.5) | HGB g/dl (M 13.9-18.0) (F 12.0-16.0) | HCT % (M 39-55) (F 36-48) | MCV µ³ (80-100) | MCH µµg (26-34) | MCHC % (31-37) | Platelets x10³/mm³ (140-440) | WBC x10³/mm³ (4.0-10.5) (1.5-8.0) | Polys (45-75%) | Bands (0-5%) | Metas (0%) | Lymphs (20-45%) | Mono (0-10%) (0.0-0.8) | EOS (0-6%) (0-0.5) | BASO (0-2%) (0-0.1) |

RESULTS ARE FLAGGED IN ACCORDANCE WITH AGE DEPENDENT REFERENCE RANGES WHICH ARE SUMMARIZED ON THE BACK OF THIS REPORT.   REPORT
* A comment applied to this test has been printed in the body of the Report.

| SPECIMEN # | TYPE | PRIMARY LAB | REPORT STATUS | | | |
|---|---|---|---|---|---|---|
| 152-005-0496-0 | S | | FINAL PG 1 | 03 | 01 | |

Roche Biomedical Laboratories
a subsidiary of Hoffmann-La Roche Inc

TIME 0800  ADDITIONAL INFORMA
1U IL ISST
NPY 13

| CLINICAL INFORMATION | |
|---|---|
| PHYSICIAN ID | PATIENT ID |
| WILSON | W 140977 |

| PATIENT NAME | SEX | AGE (YR./MOS.) |
|---|---|---|
| GOULD , JEFFERY | M | 026/00 |

| ACCOUNT |
|---|
| CHC KILBY CORRECTIONAL FAC  0103894 |
| 04 |
| WARY FERRY RD  04 |
| MONTGOMERY , AL 35242- |
| 205-271-2300  ALY |

| DATE OF SPECIMEN | DATE RECEIVED | DATE REPORTED | |
|---|---|---|---|
| 06/01/90 | 06/01/90 | 06/02/90 | 0620 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CBC WITHOUT DIFF | | | |
| URINALYSIS, ROUTINE | | | |
| URINALYSIS GROSS EXAM | | | MI |
| SPECIFIC GRAVITY | 1.020 | 1.010 - 1.030 | MI |
| PH | 5.0 | 5.0 - 7.0 | MI |
| URINE-COLOR | YELLOW | YELLOW | MI |
| APPEARANCE | CLEAR | CLEAR | MI |
| WBC ESTERASE | NEG. | NEGATIVE | MI |
| PROTEIN | NEG. | NEGATIVE | MI |
| GLUCOSE | NEG. | NEGATIVE | MI |
| KETONES | NEG. | NEGATIVE | MI |
| OCCULT BLOOD | NEG. | NEGATIVE | MI |
| MICROSCOPIC EXAMINATION | | | |
| MICROSCOPIC FOLLOWS IF INDICATED | | | |
| RPR (VDRL CONFIRMATION) | NON-REACTIVE | NON-REACTIVE | MI |
| RPR CONFIRMED BY VDRL IF REACTIVE | | | |
| HIV ABS-EIA | | | |
| HIV ABS, SEMI-QUANT | | | M |
| RESULT: NEGATIVE (EIA FINAL REPORT) | | | |
| INTERPRETATION: WESTERN BLOT NOT PERFORMED SINCE EIA WAS NEGATIVE. | | | |
| ANTIBODIES MAY NOT BE DETECTIBLE IN EARLY INFECTION OR | | | |
| ADVANCED AIDS. SENSITIVITY/SPECIFICITY OF ASSAY >99.7%. | | | |

PHYSICIAN SHOULD COUNSEL THE PATIENT ABOUT RESULT SIGNIFICANCE.
PATIENT INFORMATION SHOULD BE KEPT STRICTLY CONFIDENTIAL. CODED
NAME DESIGNATIONS FOR SPECIMENS PROVIDE THE GREATEST ASSURANCE
FOR CONFIDENTIALITY AND SHOULD BE USED IF THIS PRACTICE IS
ACCEPTABLE IN THE STATE WHERE PATIENT RESIDES.

| PATIENT NAME | PATIENT ID | SPEC NO. | SPEC DATE |
|---|---|---|---|
| | | | |

| BONE | | ELECTROLYTES | | | HEART | | | LIVER | | | | LIPIDS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calcium mg/dl (8.5-10.6) | Phosphorus mg/dl (2.5-4.5) | Sodium mEq/L (135-148) | Potassium mEq/L (3.5-5.5) | Chloride mEq/L (94-109) | LDH IU/L (100-250) | AST (SGOT) IU/L (0-50) | T. Bili mg/dl (0.1-1.2) | GGT (IU/L) (M 0-65) (F 0-45) | ALT (SGPT) IU/L (0-50) | Alk. Phos. IU/L (20-125) | | Cholesterol mg/dl < 200 | Triglycerides mg/dl (10-250) |
| | | | | | | | | | | | | | |

| PROTEIN | | | | KIDNEY | | THYROID | | | | MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T. Protein g/dl (6.0-8.5) | Globulin g/dl (1.5-4.5) | Albumin g/dl (3.5-5.5) | A/G Ratio (1.1-2.5) | BUN mg/dl (7-26) | Creatinine mg/dl (0.5-1.5) | $T_4$ µg/dl (4.5-12.5) | $T_3$ Uptake % (35-45) | Free $T_4$ Index (1.6-5.6) | TSH µIU/ml (0.5-5.0) | Uric Acid mg/dl (M 3.9-9.0) (F 2.2-7.7) | Glucose mg/dl <50 yrs. (60-115) | Iron µg/dl (40-180) |
| | | | | | | | | | | | | |

| HEMATOLOGY | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RBC $x10^6/mm^3$ (M 4.3-5.9) (F 3.5-5.5) | HGB g/dl (M 13.9-18.0) (F 12.0-16.0) | HCT % (M 39-55) (F 36-48) | MCV $\mu^3$ (80-100) | MCH µµg (26-34) | MCHC % (31-37) | Platelets $x10^3/mm^3$ (140-440) | WBC $x10^3/mm^3$ (4.0-10.5) (1.5-8.0) | Polys (45-75%) | Bands (0-5%) | Metas (0%) | Lymphs (20-45%) (0.8-3.2) | Mono (0-10%) (0.0-0.8) | EOS (0-6%) (0.0-0.5) | BASO (0-2%) (0-0.1) |
| | | | | | | | | | | | | | |

RESULTS ARE FLAGGED IN ACCORDANCE WITH AGE DEPENDENT REFERENCE RANGES WHICH ARE SUMMARIZED ON THE BACK OF THIS REPORT       REPORT
* A comment applied to this test has been printed in the body of the Report.

**Roche Biomedical Laboratories**
a subsidiary of Hoffmann-La Roche Inc.

| SPECIMEN # | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 152-005-0496-0 | S | | FINAL PG 2 | 03 | 01 |

TIME 0600
1U 1L 1SS1
NPY 13

ADDITIONAL INFORM:

**CLINICAL INFORMATION**

| PHYSICIAN ID | PATIENT ID |
|---|---|
| WILSON | W 140977 |

| PATIENT NAME | SEX | AGE (YR./MOS.) |
|---|---|---|
| GOULD , JEFFERY | M | 026/00 |

PT ADD

ACCOUNT
CHC KILBY CORRECTIONAL FAC    0163094
                                                            04
WARY FERRY RD                                   04
MONTGOMERY        , AL  36242-
205-271-2300        ALY

| DATE OF SPECIMEN | DATE RECEIVED | DATE REPORTED | |
|---|---|---|---|
| 06/01/90 | 06/01/90 | 06/02/90 | 0620 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

DIRECTOR:    JAMES A DAVIS III   MD
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 205-288-7622 LAB: 800-621-8037
LAST PAGE OF REPORT

---

| PATIENT NAME GOULD   JEFFERY | PATIENT ID W 140977 | SPEC NO. 1520050496 0 | SPEC DATE 06 01 90 |
|---|---|---|---|

| BONE | | ELECTROLYTES | | | HEART | | LIVER | | | | | LIPIDS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calcium mg/dl (8.5-10.6) | Phosphorus mg/dl (2.5-4.5) | Sodium mEq/L (135-148) | Potassium mEq/L (3.5-5.5) | Chloride mEq/L (94-109) | LDH IU/L (100-250) | AST (SGOT) IU/L (0-50) | T. Bili mg/dl (0.1-1.2) | GGT (IU/L) (M 0-65) (F 0-45) | ALT (SGPT) IU/L (0-50) | Alk. Phos IU/L (20-125) | | Cholesterol mg/dl <200 | Triglycerides mg/dl (10-250) |
| | | | | | | | | | | | | | |

| PROTEIN | | | | KIDNEY | | THYROID | | | | MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T Protein g/dl (6.0-8.5) | Globulin g/dl (1.5-4.5) | Albumin g/dl (3.5-5.5) | A/G Ratio (1.1-2.5) | BUN mg/dl (7-26) | Creatinine mg/dl (0.5-1.5) | T₄ μg/dl (4.5-12.5) | T₃Uptake % (35-45) | Free T₄ Index (1.6-5.6) | TSH μIU/ml (0.5-5.0) | Uric Acid mg/dl (M 3.9-9.0) (F 2.2-7.7) | Glucose mg/dl <50 yrs. (60-115) | Iron μg/dl (40-180) |
| | | | | | | | | | | | | |

| HEMATOLOGY | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RBC x10⁶/mm³ (M 4.3-5.9) (F 3.5-5.5) | HGB g/dl (M 13.9-18.0) (F 12.0-16.0) | HCT % (M 39-55) (F 36-48) | MCV μ³ (80-100) | MCH μμg (26-34) | MCHC % (31-37) | Platelets x10³/mm³ (140-440) | WBC x10³/mm³ (4.0-10.5) | Polys (45-75%) (1.5-8.0) | Bands (0-5%) | Metas (0%) | Lymphs (20-45%) (0.8-3.2) | Mono (0-10%) (0.0-0.8) | EOS (0-6%) (0.0-0.5) | BASO (0-2%) (0.0-0.1) |
| 4.60 | 14.4 | 43.8 | 95 | 31.4 | 32.9 | | 5.3 | | | | | | | |

RESULTS ARE FLAGGED IN ACCORDANCE WITH AGE DEPENDENT REFERENCE RANGES WHICH ARE SUMMARIZED ON THE BACK OF THIS REPORT.
* A comment applied to this test has been printed in the body of the Report.

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: Jeffery Gould    Date of Request: 8-8-99

ID #: 140977    Date of Birth: 11-6-63    Housing Location: A-3-14T

Nature of problem or request: Very Serious Infection in my Gum Painfull. I Need Antibiotic's an Pain Medication

I consent to be treated by health staff for the condition described.

continued care

SIGNATURE  Gould

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

### HEALTH CARE DOCUMENTATION

Subjective: S/C had EXT last Monday say he has infection and swelling say he has been swollen since Thursday is hurting him

Objective: BP____ P____ R____ T____

Assessment: SHCU @ 6:15

Plan:

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____ Title: DA    Date: 8-9-99   Time: 5:30

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

RECEIVED JUL 3 0 1998 By 7-29-98

Print Name: Jeff Gould    Date of Request: 7-29-98

ID #: 140977    Date of Birth: 11-6-63    Housing Location: 1-18

Nature of problem or request: Tempary filling is out of tooth

I consent to be treated by health staff for the condition described.

SIGNATURE: Jeffery Gould

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

************************************************************

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment: Lost Filling ML #2

Plan: Re-filled ML #2
Reappoint Composite #7

Refer to: ___ PA/Physician  ___ Mental Health  _X_ Dental

Signature: [signature]    Title: DMD    Date: 7/30/98    Time: 5:50 AM

CMS 7166 REV 10/94

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

RECEIVED FEB 26 1998 By

Print Name: Jeffery Gould    Date of Request: 4th Wednesday in Feb

ID #: 140977    Date of Birth: 11 6 63    Housing Location: 1-86T

Nature of problem or request: My filling came out of my front tooth needs. Replaced!

Thank you

I consent to be treated by health staff for the condition described.

_____
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
*******************************************************************

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP ____ P ____ R ____ T ____

Assessment:

Plan: Open # 9

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: M Mapp    Title: RDH    Date: 2-27/98    Time: ____

CMS 7166 REV. 10/94