CORRECTIONAL HEALTH CARE

EMERGENCY _Non Emergency_ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY _Ventress_ | | ☐ EMERGENCY |
|---|---|---|---|---|
| 10-12-91 | 6:15 AM (PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☑ OTHER |

ALLERGIES _NKDA_

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _____ ORAL RECTAL RESP _____ PULSE _____ B/P ___/___ RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|
| S. My eye hurts feels like something in it. | | | | | |

PHYSICAL EXAMINATION
O. (R) eye red & watering

A. ℅ eye pain

ORDERS, MEDICATION/etc.
P. Eye irrigated c̄ eye irrigation solution.
Instructed to hold cold cloth to eye for awhile

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Return to HCU as needed

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☑ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10-12-91 | 6:24 AM (PM) | ☐ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| _Richardson_ | 10/12/91 | _Wm_ | 6/18/9 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Gould Jeffery | | 11 16 163 | w/m | 140997 |

F-15/63          ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# CORRECTIONAL HEALTH CARE
## EMERGENCY _____ TREATMENT RECORD
(OTHER)

| DATE 10-7-91 | TIME 4:10 ☐AM ☒PM | FACILITY _VCF_ ☐SIR ☐PDL ☐ESCAPEE _____ | ☐EMERGENCY ☒OTHER |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐GOOD ☒FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

VITAL SIGNS: TEMP_____ ORAL RECTAL_____ RESP_____ PULSE_____ B/P___/___ RECHECK IF SYSTOLIC <100 >50

**NATURE OF INJURY OR ILLNESS**

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|

S" I was running a garden + grinder
at work and I got something
in my eye. It happened less
than an hour ago. It is
my ® eye"

O. ℅ something in ® eye
X ✓ X X ✓

**PHYSICAL EXAMINATION**

A ® eye red - nothing can be
seen in eye

P - eye irrigated c̄ eye solution
Motrin 400mg TID X 3d.; TAO
drop TID X 3l.

X   X   X   X

**ORDERS, MEDICATION, etc.**  Motrin 400mg TID X 3d.; TAO drop TID X 3d.

X   X   X

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**  sign up for sick call if eye continues to hurt

| RELEASE/TRANSFER DATE 10 17 191 | TIME 4:20 ☐AM ☒PM | RELEASE/TRANSFERRED TO ☒DOC ☐AMBULANCE 10-7-91 | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☒FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M Benefield LP | DATE 10/7/91 | PHYSICIAN'S SIGNATURE W McCahn | DATE 10/8/91 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gourd, Jeffrey | AGE 27 | DATE OF BIRTH 11 16 163 | R/S W/m | AIS # 140977 |
|---|---|---|---|---|

F-15/63                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

## CORRECTIONAL HEALTH CARE

### EMERGENCY _Non-Scheduled_ TREATMENT RECORD
(OTHER)

| DATE 9/13/91 | TIME 8:20 AM/PM | FACILITY _VCF_ □ SIR □ PDL □ ESCAPEE □ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

ALLERGIES _NKA_

**CONDITION ON ADMISSION** ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _98⁴_ ORAL / RECTAL    RESP _20_    PULSE _84_    B/P _120/70_    RECHECK IF SYSTOLIC _____ <100 > 50

**NATURE OF INJURY OR ILLNESS**

S. "I got diarrhea I been to bathroom with bowel movements 3 times today. Its a lot of water!"—

**PHYSICAL EXAMINATION**

O. A/O Skin W&D to touch — alert and oriented → Skin turgor good © of having watery stools x 3 this A.M. No © Nausea @ this time —

A. To diarrhea loose watery stools x 3. this A.M.

P. Will Treat and release —

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION/ SUTURES |
|---|---|---|---|---|

**ORDERS, MEDICATION, etc.**

Rx: Loperitate 15cc P.O. now then 30cc's prn Tid x 3 days

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

If condition worsens may return to Infirmary —

| RELEASE/TRANSFER DATE 9/13/91 | TIME 8:27 AM/PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE P. Ford Jr | DATE 9/13/91 | PHYSICIAN'S SIGNATURE | DATE 9/14/91 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gould, Jeffery | AGE 27 | DATE OF BIRTH 11/6/63 | R/S W/M | AIS # 140977 |
|---|---|---|---|---|

F 15/63                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# CORRECTIONAL HEALTH CARE

## EMERGENCY / _____ (OTHER) _____ TREATMENT RECORD

| DATE 7-25-91 | TIME 3:46 AM PM | FACILITY VCF □ SIR □ PDL □ ESCAPEE □ _____ | □ EMERGENCY ☑ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

| CONDITION ON ADMISSION |
|---|
| □ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |

**VITAL SIGNS: TEMP** 103.4 ORAL RECTAL **RESP** _____ **PULSE** _____ **B/P** / **RECHECK IF SYSTOLIC** <100 > 50

**NATURE OF INJURY OR ILLNESS**

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|

S": I have been doing some coughing
and at night I do a lot
of sweating and chills and
my fever goes up.
O- 98 fever; cough

**PHYSICAL EXAMINATION**

A. T. 103.4 oral, coughing,
hoarse.
P. will push fluids, give
antibiotics, & Tylenol. will
keep in infirmary until
seen by MD tonight.

**ORDERS, MEDICATION, etc.** Push fluids; Keflex 250mg ①D) X 10 days c̄
Tylenol!

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** to see MD tonight

| RELEASE/TRANSFER DATE 7 / 25 / 91 | TIME 3:55 AM PM | RELEASE/TRANSFERRED TO □ DOC □ AMBULANCE 7-25-91 infirmary | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR ☑ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M Benefield lpn | DATE 7/25/91 | PHYSICIAN'S SIGNATURE VW M Kahn | DATE 7/25/91 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gould, Jeffrey | AGE 27 | DATE OF BIRTH 11 16 63 | R/S W/m | AIS # 140977 |
|---|---|---|---|---|

# RELEASE FROM LIABILITY

## CORRECTIONAL HEALTH CARE, INC.

DATE _7-28-91_

TIME _9 30_   (A.M.)
             P.M.

This is to certify that I, _Dould Jeffery_,
AIS # _140.977_, of the _Ventress_
Facility, am _requesting to be discharged_
_from Health Care Unit_
against the advise of the attending physician and of the administration.
I acknowledge that I have been informed of and understand the risk(s)
involved and hereby release the attending physician, Correctional
Health Care, Inc., its officers, employees, and agents from any liability
or responsibility for any injury or damage which I may suffer because
of this decision.
When necessary, insert brief explanation of what inmate was told.

_____

_____

_____

_____

_____

_____

_____

_____

Done this _28th_ day of _July_, 19_91_.

_C Stephens Lpn_
Witness

_Jeffery Gould_   _140977_
Signature of Inmate

_D Richadson Lpn_
Witness

## CORRECTIONAL HEALTH CARE
### IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|---|---|
| 7-28-91 8:00 AM | S Awakened while working ō another inmate in unit. Not answering when spoken to. |
| | O No distress noted appears unhappy because of being awakened. No dyspnea noted or other signs of distress. T 98 |
| | P Will cont to observe   C Stephens LPN |
| 9:00 AM | S- Inmate requesting to go on walk yard. |
| | O- No problems noted. |
| | P- Officer to contact Shift Commander   C Stephens LPN |
| 9:30 | Inmate requesting to sign Release of Liability and leave HCU. Release Signed inmate released to population   C Stephens LPN |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | DOB |
|---|---|---|---|---|
| Gould Jeffery | 140977 | 27 | W/M | 11-6-63 |

# CORRECTIONAL HEALTH CARE
## IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

DATE

7/27/91 7³⁰ S. I'm feeling better this morning
O. Up walking around @ present time
no c/o's voiced. No distress noted.
A. cold sx.
P. Will continue to observe. — D Richardson Lpn

7/27/91 10³⁰ Am  S. I'm feeling some better".
O. W/m lying in bunk on back- skin warm
et dry to the touch ē occasional cough noted
non + productive — no other c/o voiced @
this time
A. Cold SX.
P. Will continue to observe. ⟶ P. Ford Lpn

7/27/91 2 pm  S. no verbal response
O. W/m lying in bed on ® side ē eyes closed
respirations easy and adequate. no apparent
distress noted.
A. Cold SX.
P. Will continue to observe ⟶ P. Ford LPN

7/27/91 3¹⁵ pm). V/S Bp ¹¹⁰/70 T-98.2 oral P-78 R-20  Inmate requested
to go out on yard for a while Officer miller says shift
commander was notified and Inmate was not to go out
on yard today per orders of shift commander. ⟶ P. Ford LPN

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | DOB |
|---|---|---|---|---|
| Gauld Jeffery | 140977 | 27 | W/m | 11/06/63 |

## CORRECTIONAL HEALTH CARE

### IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | | |
|---|---|---|
| 7/26/91 | Continued 10:30 pm | A. C/o cold Sx. |
| | | P. Will continue to observe ⟶ ⟶ P. Ford Ln |
| 7/26/91 | 12 noon | S. "I'm feeling a little better". |
| | | O. I/m sitting up on side of bed Skin warm et dry to touch pink in color. Consumed less than 10% of lunch from tray. no other C/o voiced @ this time |
| | | A. cold Sx. |
| | | P. will continue to observe ⟶ P. Ford Lm |
| 7/26/91 | 3 pm | S. "I don't feel so good but not as bad as I did". |
| | | O. I/m lying on back on ® side ⟶ skin warm et dry to the touch ⟶ pink in color no other c/o voiced C/o ⟶ V/S Bp 110/70 P-88 R-20 T-100.8 oral. ⟶ orange juice 6 oz given c̄ Ice encouraged Inmate to drink P.O. fluids. Tylenol grs X P.O. given for ↑ temp. |
| | | A. cold Sx. |
| | | P. will continue to observe ⟶ P. Ford Ln |
| 7/26/91 | 5:30 pm | O. Temp ✓ 100.4 oral. encouraged Inmate to drink P.O. fluids ⟶ P. Ford Lm |
| | 6 pm | O. Consumed 20% of P.m. Meal. ⟶ P. Ford Lm |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | DOB |
|---|---|---|---|---|
| Gould, Jeffery. | 140977 | 27 | W/M | 11/6/63 |

# CORRECTIONAL HEALTH CARE
## IN-PATIENT MEDICAL RECORD
## PROGRESS NOTES

| DATE | |
|---|---|

7-25-91 4:15 Pm  P- inmate placed in infirmary - T 103.4 - will give antibiotics, Tylenal and push fluids until seen by MD tonight -
M Benfield Lpn

4:30 - Consumed 25% food served - M Benfield Lpn

5: P. - 8 oz juice consumed.

7 P. S" I am feeling better - my throat is raspy.

O- walking around bed - no acute distress noted

O. T 97⁶ - face flushed - ate 25% supper error

A- No cold sympt.

P- will continue to observe - M Benfield Lpn

7:30 P- aroused inmate for recheck of temperature. T 98² error will continue to observe. M Benfield

9 P. S" "I am feeling better than I was"

O- lying in bed.

A- No cold symptoms

P- MD in to visit - continue medications. will continue to observe - inmate is sweating and cool - M Benfield Lpn

10:30 P- inmate lying in bed - no distress noted - will continue to observe and report to oncoming shift - M Benfield Lpn

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S | |
|---|---|---|---|---|
| Gould, Geffery | 140977 | 27 | W/M | 11-6-63 |

DOC N610
09/87

### ALABAMA DEPARTMENT OF CORRECTIONS

#### RECEIVING SCREENING FORM
w/1140977

INMATES NAME: Gould, Jeffery     DATE: 6/4/91     TIME: 10:05 AM

DOB: 11/6/63     OFFICER: Don Little CO     INSTITUTION: VCF

#### BOOKING OFFICERS VISUAL OPINION                    Yes      No

1.  Is the Inmate Conscious ?                                   Yes     ___

2.  Does the inmate have any obvious pain or bleeding/other symptoms
    suggesting the need for emergency services ?               ___      ✓

3.  Are there any visible signs of trauma or illness requiring immediate
    emergency or doctor's care ?                               ___      ✓

4.  Any     obvious fever, swollen lymphnodes, jaundice, or other evidence
    of infection which might spread through the institution ?  ___      ✓

5.  Is the skin in poor condition or show signs of vermin or rashes ?  ___   ✓

6.  Does the inmate appear to be under the influence of Alcohol, or
    Drugs ?                                                    ___      ✓

7.  Are there any visible signs or Alcohl or Drug withdrawal ?
    (Extreme perspiration, shakes, nausea, pinpoint pupils etc)  ___    ✓

8.  Is the inmate making any verbal threats to staff or other inmates ?  ___  ✓

9.  Is the inmate carring any medication or report that he is on any
    medication which must be continuously administered or available ?  ___  ✓

10. Does the inmate have any obvious physical handicaps ?      ___      ✓

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

11. Are you presently taking medication for diabetes, heart
    disease, seizure, athritis, asthma, ulcers, high blood pressure
    or psychiatric disorder?                                  ___      ✓

12. Are you on any special diet prescribed by a physician ?
    (if yes - what type ? )                                   ___      ✓

13. Do you have a history of veneral disease or abnormal discharge ?  ___  ✓

14. Have you recently been hospitalized or recently seen a medical or psychiatric
    doctor for any illness ?                                  ___      ✓

15. Have you ever attempted suicide ?
    (If yes - When ?_____ How ?_____.)      ___      ✓

16. Do you want to do any harm to yourself now ?              ___      ✓

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

INMATE'S NAME: Jeffrey Gould          DATE: 4/15/91    TIME: 11:10am

DOB: 11/6/63      OFFICER: W. Terry          INSTITUTION: EC4

## BOOKING OFFICERS VISUAL OPINION

|   | | Yes | No |
|---|---|---|---|
| 1. | Is the Inmate Conscious ? | Yes | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services ? | Yes | |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care ? | | ✓ |
| 4. | Any obvious fever, swollen lymphnodes, jaundice, or other evidence of infection which might spread through the institution ? | | ✓ |
| 5. | Is the skin in poor condition or show signs of vermin or rashes ? | | ✓ |
| 6. | Does the inmate appear to be under the influence of Alcohol, or Drugs ? | | ✓ |
| 7. | Are there any visible signs or Alcohl or Drug withdrawal ? (Extreme perspiration, shakes, nausea, pinpoint pupils etc) | | ✓ |
| 8. | Is the inmate making any verbal threats to staff or other inmates ? | | ✓ |
| 9. | Is the inmate carring any medication or report that he is on any medication which must be continuously administered or available ? | | ✓ |
| 10. | Does the inmate have any obvious physical handicaps ? | | ✓ |

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION ...

| 11. | Are you presently taking medication for diabetes, heart disease, seizure, athritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. | Are you on any special diet prescribed by a physician ? (If yes - what type ? ) | | ✓ |
| 13. | Do you have a history of veneral disease or abnormal discharge ? | | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness ? | | ✓ |
| 15. | Have you ever attempted suicide ? (If yes - when ?_____ How ?_____ | | ✓ |
| 16. | Do you want to do any harm to yourself now ? | | ✓ |

DOC N610
09/87

## ALABAMA DEPARTMENT OF CORRECTIONS

### RECEIVING SCREENING FORM

INMATES NAME: *Gould, Jeffery* DATE: *3/7/91* TIME: *10:28 A.M.*

DOB: *11/6/63*  OFFICER: *David Pullom* INSTITUTION:

<u>BOOKING OFFICERS VISUAL OPINION</u>                    <u>Yes</u>        <u>No</u>

1.  Is the Inmate Conscious ?                                            (Yes)      ___

2.  Does the inmate have any obvious pain or bleeding/other symptoms
    suggesting the need for emergency services ?                ___       ✓

3.  Are there any visible signs of trauma or illness requiring immediate
    emergency or doctor's care ?                                      ___       ✓

4.  Any  obvious fever. swollen lymphnodes, jaundice, or other evidence
    of infection which might spread through the institution ?   ___       ✓

5.  Is the skin in poor condition or show signs of vermin or rashes ?   ___   ✓

6.  Does the inmate appear to be under the influence of Alcohol, or
    Drugs ?                                                                 ___       ✓

7.  Are there any visible signs or Alcohl or Drug withdrawal ?
    (Extreme perspiration, shakes, nausea, pinpoint pupils etc)  ___    ✓

8.  Is the inmate making any verbal threats to staff or other inmates ?  ___   ✓

9.  Is the inmate carring any medication or report that he is on any
    medication which must be continuously administered or available ?  ___   ✓

10. Does the inmate have any obvious physical handicaps ?          ___       ✓

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

11. Are you presently taking medication for diabetes, heart
    disease, seizure, athritis, asthma, ulcers, high blood pressure
    or psychiatric disorder? *nerves*                                  ✓       ___

12. Are you on any special diet prescribed by a physician ?        ___       ✓
    (if yes - what type ? )

13. Do you have a history of veneral disease or abnormal discharge ?  ___   ✓

14. Have you recently been hospitalized or recently seen a medical or psychiatric  ✓
    doctor for any illness ?                                             ___

15. Have you ever attempted suicide ?                                   ___       ✓
    (If yes - When ?_____ How ?_____.)

16. Do you want to do any harm to yourself now ?                   ___       ✓

## CORRECTIONAL HEALTH CARE

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 11-26-90 | TIME 11:15 ☑AM ☐PM | FACILITY _LCF_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES _NKA_

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _____ ORAL / RECTAL    RESP. _____    PULSE _____ B/P _____ / _____

RECHECK IF SYSTOLIC < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z/z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S - "I've got glass in my arm. It's been there for 6 years."

PHYSICAL EXAMINATION

O - Well-healed scar noted to Rt inner arm. C/O burning feeling in arm. No redness or swelling noted. No foreign object detected.

A - embedded glass in arm?

ORDERS, MEDICATION, etc.

P - Instructed not a medical emergency. To sign sick call screening for possible appt. c̄ Dr. Pendleton.

DIAGNOSIS

INSTRUCTIONS TO PATIENT   See P above.

| RELEASE/TRANSFER DATE 11 / 26 / 90 | TIME 11:15 ☑AM ☐PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE B. Hurt LPN | DATE 11-26-90 | PHYSICIAN'S SIGNATURE | DATE 11/28/90 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gould, Jeffrey | AGE 27 | DATE OF BIRTH 11 / 16 / 63 | R/S WM | AIS # 140977 |
|---|---|---|---|---|

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| | | | 12/12/90 | | Mellaril 100 mg 12ʰ & 6ᵖ & 30d *(illegible)* <br><br> B. Hurt Sr 12-12-90 |
| | | | 1/15/91 | | Doxepin 100 mg 12ʰ & 6ᵖ X 30d Ble Mellaril VMC *(signature)* <br><br> B. Hurt LPN 1-15-91 |
| | | | 3/22/91 | | Doxepin 100 mg per Bid Dqm X 30d VMC *(illegible)* <br><br> B. Hurt Sr 3-27-91 |

DATE OF BIRTH | AGE | R/S | ID#

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 11/27/90 | | Refused SK w/Shannon | 10/3/90 | | D/c Doxepin Thorazine Mellaril 100 µg h.S. prn × 45d |
| | | | | | B. Hunt 10-3-90 |
| | | | 11/2/90 | | Motrin 800 mg 1 Tab T.I.D. × 7 days ELD M.D. Der Ord D Ruggerio 11-21-90 |
| | | | 11/26/90 05A | | Called Dr Lynn as per order by phone ↑ Motrin 800 mg P.O. given for teeth pain R. Sharzynger |

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| | | | 7/18/90 | | D/C Elavil Haldol 5 Dega Sed X 300 Bo Horton AR 7-18-90 1A |
| | | | 7/30/90 | 3:05 PM | Motrin 800 mg 1 Tab T.I.D X 3 Days Edw Moody DM 8-1-90 Suchen 40P |
| | | | 8/22/90 | | D/C Elavil Doxepin 50 mg Pord X 450 Bo Hort 8-22-90 |

| | DATE OF BIRTH | AGE | R/S | ID # 40907 |
|--|---------------|-----|-----|------------|

KILBY HOSPITAL

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 9-20-93 | | S- I have migraine | 9-20-93 | | Midrin ī tid |
| | | P- Medication | | | X 15 days |
| | | A. Andrews LPN | | | Soak et trim feet |
| | | S- I have calluses | | | X ī |
| | | on my feet | | | |
| | | P- Treatment room | | | |
| | | A. Andrews LPN | | | |
| | | | | | |
| | | | | | A. Andrews LPN |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | E-1 | NKDA |

INMATE NAME (LAST, FIRST, MIDDLE) Gould, Jeffery   DATE OF BIRTH 11 '16' 63   AGE 29   R/S W/M   ID# 140977

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 11/24/91 | 6A | Pre release lab works Collected + sent to lab C. Mobley LPN | | | |
| 11/29/91 | 6A | Paroled C. Mobley LPN | | | |

RE HF

INTRA-SYSTEM NURSING ASSES___T
QUESTCARE, INC.

RECEIVED: Inmate/Health Record

Institution: REHF

Date: 9/18/92   Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

IF FROM: Institution/Work Release Center
☐ Infirmary    ☐ Segregation
☐ Population   ☐ Mental Health
☐ Other

RELEASED: Inmate/Health Record

Institution: Ventress C.J.

Date: 9-18-92   Time: _____ AM/PM

RELEASED FROM:
☐ Infirmary    ☐ Segregation
☐ Population   ☐ Mental Health
☐ Other

RELEASED TO:
☐ DOC   ☐ Infirmary   ☐ Mental Health
☐ 
Institution/Work Release Center/Free-World Hospital

ALLERGIES:
Halidol - Neomycin
opth oint + gtt

PHYSICAL EXAMINATION
Date of last exam: 6-1-90
☒ Initial   ☐ Biannual   ☐ Other
PPD Reading: 0 _____ mm
Classification: I
Limitations: _____ 0

LAB RESULTS -- LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 6-1-90 | ☒ | ☐ |
| Urinalysis HIV | ✓ | ☒ | ☐ |

X-RAY RESULTS -- LAST REPORT

| | Date | Normal | Abnorma |
|---|---|---|---|
| Chest | N/A | ☐ | ☐ |
| _____ | | ☐ | ☐ |
| _____ | | ☐ | ☐ |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Drug abuser - Cocaine
Arthritis

CURRENT MEDICATION -- DOSAGE AND FREQUENCY

MEDICATIONS:     ☐ Sent w/inmate    ☐ Not sent w/inmate
X-RAY FILM:      ☐ Sent w/inmate    ☐ Not sent w/inmate
HEALTH RECORD:   ☐ Sent w/inmate    ☐ Not sent w/inmate
Released to: _____
Signature of DOC Representative
Date: _____ Time: _____ AM/PM
MEDICATIONS:     ☐ Received    ☒ Not Received
X-RAY FILM:      ☐ Received    ☒ Not Received
HEALTH RECORD:   ☒ Received    ☐ Not Received
Received by: C. Morley LPN
Signature of CMS Nurse
Date: 9/20/92   Time: _____ AM/PM

FOLLOW UP CARE ORDERED    Date    Time    With Whom - Location    Specialty
☐ Medical    ☐ Dental    _____ _____ _____ _____
☐ Mental Health    _____ _____ _____ _____

NURSING ASSESSMENT
(Noted from health record documentation)

| Diet | | ✓ | Elimination | | ✓ |
|---|---|---|---|---|---|
| | Regular | ☒ | | Incontinent | |
| | Low Salt | | | Bowel | |
| | Salt Free | | | Bladder | |
| | Diabetic | | | Colostomy | |

(Noted from inmate assessment)

| Skin | | ✓ | Condition | | ✓ |
|---|---|---|---|---|---|
| | Bruises/Lac./Abrasions | | | Alert | |
| | Occubitus | | | Oriented | |
| | Edema | | | Uncooperative | |
| | Warm & Dry | | | Depressed | |
| | Cool & Moist | | | | |

OTHER PERTINENT NURSING ASSESSMENT

not seen

Date: 9/20/92

_____
Signature of Nurse Completing Assessment

| PATIENT'S NAME (Last, First, Middle) | DATE OF BIRTH | RACE/SEX | AIS # |
|---|---|---|---|
| Gould, Jeffery | 11-6-63 | W/M | 141977 |

59396

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| | | Ventress Correcti... aci... | 3/10/92 | | ① No Medications |
| | | | | | ② RTC prn only |
| | | | | | _(signature)_ |
| | | | | | Dr. Shek... LPN |
| | | | 3/17/92 | | ① No Pay Meds |
| | | | | | ② RTC prn only |
| | | | | | _(signature)_ |

DATE OF BIRTH     AGE     R/S     ID#

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 10/18/91 | | *Ventress correction facility* S. My eye is hurting and I want to go to a specialist. O. R-eye sclera is redden. A. Eye injury P. Will do DP and refer to M.D. M Henry RN | 10/18/91 | morn | A Triavil 2/25mg ℞ iii hs X 2 mo melloul 50 mg iii hs X 2 mo RTC 2 mo maughon noted 10-18-91 WBenefield | 
| 10/23/91 | 35pm | S. I need a profile for sunglasses. My eyes are still giving me problems. O. Both eyes red & irritated A. Eye Problem P. To see Dr. Lynne. V. Hours | 17 Mc | | TRIAVIL 2/25 iii hs X 2 mos MELLARIL 50mg hs X 2 mos RTC 2 mos | 
| 10/24/91 | | NS to see DR. Lynne M Henry RN | | | noted 12-17-91 WBenefield | 
| | | | 2/8/92 | | ① Reduce Triavil 2/25 by i tab q d @ hs until DC ② Reduce Mellaril by 25 mg @ hs q d until DC ③ RTC 1 Week | 
| | | | 2/25/92 | | ① No Pay Med ② RTC 2 Weeks Mullins | 

INMATE NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | AGE | R/S | ID# 141977

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|

*Venter Correct Facility*

10-8-91  N SE — Fort R.

10-8-91  S "My eye still hurts and I came over yesterday the nurse washed out my eye I think I still have a piece of metal in my eye.

O There's still seem to be a small object to the corner of outer Pupil.

A Eye injury

P Will send to Dr Hartzog Office

*Mae T Kennight*

10/8/91  11:30 AM  Dr metallic fb in R eye O₁ Removed & pressure patched. Leave patched × 6 hrs. Have pt return on 10/9/91 if symptoms persist. No medication necessary on eye. Tylenol OK for pain.

*Dr Hartzog*

---

**Physician orders**

10/16  R Eye: Post metallic fb removal. No evidence of another fb. However, there is a chemotic (allergic) conjunctivitis. Possible sensitivity to medicine used on 10/8 or environmental substance. To use Spectro-CONⅡ drops q4d. D/c other drops in case of sensitivity. Return if edema + chemosis persists

*Dr Hartzog*

10/18/91  ① eye — monkey ② erythematous — c edema — conjunctiva — A - conjunctivitis P - Oxygen chin Vision 50 qil × 10○ — q4d × ○

*Dr Hartzog*

DATE OF BIRTH  11 6 1963   AGE   SEX M  ID# 140977

59396

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 9-5-91 | | S- ℅ twisting ankle approx 10 min ago. O- Scars to Lt. foot from surgeries) Alignment good. No skin discoloration noted. No edema noted Gait ō a limp Rt foot soaked in warm H₂O. Med Order rec'd C Stephens RN | 9/30/91 | | 1 Triavil 2/25 mg ī hs X 2 mo mellaril 50 mg ī hs X 2 mo RTC 2 mo Vaughan 8/30/91 noted p. Snyder |
| 9-14 | | Inmate ℅ nausea and vomiting x 2 days has taken Rx Rolaids ō success. Orders Rec'd C Stephens RN | 9-5-91 | | Motrin 600 mg tid X 5 days P/O M McGahan C Stephens RN _____ M Smith |
| | | | 9-14/91 | | Phenergan 12.5 mg p.o. NOW P/O M McGahan C Stephens RN _____ C Stephens RN M Smith |
| 10/7 | 4:30p | per F/S- M Benfield Jr | 10/7 | 4:30 | Motrin 400 mg ī TID X 3 d TAO drops eye TID X 3 d D. McGahan / M Benfield 10-7-91 M Benfield Jr |

DATE OF BIRTH 11/16/63    AGE 22    R/S W/M    ID 140977

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 7-25-91 | 4p | Ree F15 - M Benifield gp | 7/25/91 | 4p | Kylix 250 mg QID X 10 d. |
| | | | | | Push fluids |
| | | | | | Tylenol gr ii QID X 10 d. |
| | | | | | M Br Seh |
| | | | | | Dr. Mc John / M Benifield gp |
| | | | 7/25/91 | | M Benifield gp |
| | | | 7/25/91 | | fever, coughing, |
| | | | | | sore throat |
| | | | | | chills, x 7 D |
| | | | | | chest - clean |
| | | | | | CV - NSR |
| | | | | | NSD - soft |
| | | | | | Nontender, |
| | | | | | ∅ masses, |
| | | | | | ∅ mess |
| | | | | | BS - wnl |
| | | | | | A - Viral URI |
| | | | | | P - meds |
| | | | | | As ordered |
| | | | | | Admit to |
| | | | | | infirmary |
| 7/29/91 | 5¹² | S. Can I get my temp checked today? | | | W Br Seh |
| | | O. Temp 99 oral | | 7-25-91 | |
| | | A. Wanted temp checked due to last wks stay in infirmary c temp | | | M Benifield gp |
| | | P. Temp checked | | | |
| | | E Richardson | | | |

| DATE OF BIRTH | AGE | R/S | ID # |
|---------------|-----|-----|------|
| 11-16-63 | 22 | W/M | 140977 |

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| | | Ventress Corr | 6/28/91 | | ↑ sinequan |
| 6/4/91 | | Rec'd @ Ventress | | | 100 mgm ī hs |
| | | Richardson/pn | | | prn X 2 mo |
| 7-15-91 | | NSSC — McGilvery | | | ↓ mellaril 100 mgm |
| | | | | | ī hs prn X 2 mo |
| | | | | | RTC 2 mos |
| | | | | | Evan Vaughan |
| | | | 6/28/91 | | ↑ sinequan |
| | | | | | 50 mgm ī hs |
| | | | | | X 1 mo |
| | | | | | ↓ mellaril |
| | | | | | 50 mgm ī hs |
| | | | | | X 1 mo |
| | | | | | RTC 1 mo |
| | | | 6/28/91 | 5:47 | Wed Vaughan P. Intl/pn |
| 7/16/91 | | 4th S. I need to see the | 7/17/91 | | No show to see MD |
| | | doctor. I've got a knot on | | | Richardson/pn |
| | | the (R) side of my neck. | | | |
| | | It been there about 5 days | 7/19/91 | | D/c sinequan |
| | | O. Slightly raised area | | | Trianil 2 T/25 mg |
| | | noted on (R) side of neck. | | | ī hs X 1 mo |
| | | A. Neck Problem | | | mellaril 50 mg |
| | | O. To see M.D. for eval. | | | ī hs X 1 mo |
| | | R. Young/ln | | | RTC 1 mo |
| | | | | | Staples pn |

| DATE OF BIRTH | AGE | R/S | ID# |
|---------------|-----|-----|-----|
| 11 16 63 | 22 | w/m | 140977 |

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 6/20/90 | | To evaluated in MH per Dr. Jenkins. ~M Burnett~ | 6/20/90 | | 1) D/C Sinequan, Elavil 2) Mellaril 100hs x 30d 3) TT wSc ~M Burnett~ |

Pop

| INMATE NAME (LAST, FIRST, MIDDLE) Gould, Jeffrey | DATE OF BIRTH 11 16 63 | AGE 26 | R/S am | ID# 140977 |

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| | | | | | KILBY HOSPITAL |
| | | | | | ① Psych referral – |
| 6/1/90 | | D-P.E. Class - I | | | Req. Made |
| | | W Messer LPN | | | W Messer LPN |
| | | | | | |
| | | | | | |
| 6/6/90 | | eval. & mental | 6/6/90 | | Sinequan 50mg |
| | | Health per Dr. | | | H.S. |
| | | Kalla – M Burnett | | | Elavil 25 mg |
| | | | | | t.i.d. |
| | | | | | RTC 2 wks. |
| | | | | | B Kalla |
| | | | | | Counseling re- |
| | | | | | quested B Kalla |
| | | | | | MB Calendar |

Pop

| DATE OF BIRTH | AGE | R/S | ID# |
|---|---|---|---|
| 11 16 63 | 26 | Wm | 140977 |

INMATE NAME (LAST, FIRST, MIDDLE)

## CORRECTIONAL HEALTHCARE - ALABAMA
## INTRA SYSTEM NURSING ASSESSMENT

**RECEIVED Inmate/Health Record**

Institution: _ECF_

Date: _4-15-91_ Time: _1:15_ AM/PM

**RECEIVED FROM:**
Institution Work Release Center/Free-World Hospital

**IF FROM: Institution/Work Release Center**

- [ ] Infirmary
- [ ] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

**RELEASED Inmate/Health Record**

Institution _Ventress_

Date _4-15-91_ Time: _8:00_ AM/PM

**RELEASED FROM:**
- [ ] Infirmary
- [x] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

**RELEASED TO:**
- [x] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

**ALLERGIES:**

NKA Haldol

**PHYSICAL EXAMINATION**

Date of last exam: _6-1-90_

- [x] Initial
- [ ] Biannual
- [ ] Other

PPD Reading ___O___ mm

Classification: _I_

Limitations: _____

**LAB RESULTS -- LAST REPORT**

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 6-1-90 | [✓] | [ ] |
| Urinalysis | 6-1-90 | [✓] | [ ] |
| HIV | 6-1-90 | [✓] | [ ] |

**X-RAY RESULTS -- LAST REPORT**

| | Date | Normal | Abnormal |
|---|---|---|---|
| Chest | | [ ] | [ ] |
| | | [ ] | [ ] |
| | | [ ] | [ ] |

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

**CURRENT MEDICATION -- DOSAGE AND FREQUENCY**

Sinequan 100 mg

| MEDICATIONS: | [ ] Sent w/inmate | [ ] Not sent w/inmate |
|---|---|---|
| X-RAY FILM: | [ ] Sent w/inmate | [ ] Not sent w/inmate |
| HEALTH RECORD: | [x] Sent w/inmate | [ ] Not sent w/inmate |

Released to: _____
Signature of DOC Representative

Date: _____ Time: _____ AM/PM

| MEDICATIONS: | [ ] Received | [ ] Not Received |
|---|---|---|
| X-RAY FILM: | [ ] Received | [ ] Not Received |
| HEALTH RECORD: | [x] Received | [ ] Not Received |

Received by: _Westenberger RN_
Signature of CMS Nurse

Date: _4-15-91_ Time: _1:50_ AM/PM

**FOLLOW-UP CARE ORDERED**    Date    Time    With Whom -- Location    Specialty

- [ ] Medical
- [ ] Dental
- [ ] Mental Health

**NURSING ASSESSMENT**
(Noted from health record documentation)

| Diet | | ✓ | | Elimination | | ✓ |
|---|---|---|---|---|---|---|
| | Regular | | | Incontinent | | |
| | Low Salt | | | Bowel | | |
| | Salt Free | | | Bladder | | |
| | Diabetic | | | Colostomy | | |

(Noted from inmate assessment)

| Skin | | ✓ | | Condition | | ✓ |
|---|---|---|---|---|---|---|
| | Bruises/Lac./Abrasions | | | Alert | | |
| | Occubitus | | | Oriented | | |
| | Edema | | | Uncooperative | | |
| | Warm & Dry | | | Depressed | | |
| | Cool & Moist | | | | | |

**OTHER PERTINENT NURSING ASSESSMENT**

not seen via nurse

Date _4-15-91_

_Westenberger RN_
Signature of Nurse Completing Assessment

| PATIENT'S NAME (Last, First, Middle) | DATE OF BIRTH | RACE/SEX | AIS # |
|---|---|---|---|
| Gould Jeffrey | 11-6-63 | W/M | 140977 |

F 09 1 85

RECEIVED: Inmate/Health Record

Institution: _Ventress_
Date: 6/4/91  Time: 1³⁰  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
E C F

IF FROM: Institution/Work Release Center
- [ ] Infirmary
- [X] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASED: Inmate/Health Record

Institution _Easterling_
Date 5/6/91  Time: 6  AM/PM

RELEASED FROM:
- [ ] Infirmary
- [X] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASED TO:
- [X] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:
Haldol

PHYSICAL EXAMINATION
Date of last exam: 6-1-90
- [X] Initial
- [ ] Biannual
- [ ] Other
PPD Reading — O —  mm
Classification: I
Limitations: _____

LAB RESULTS -- LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 90 | [X] | [ ] |
| Urinalysis | | [X] | [ ] |
| RPR NIV | | [X] | [ ] |

X-RAY RESULTS -- LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| Chest | | [ ] | [ ] |
| | | [ ] | [ ] |
| | | [ ] | [ ] |
| | | [ ] | [ ] |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Hx eye problems ; ↓ B/P; kidney stones ; Drug Adiction cocaine ;
Alcoholism. Operation to (L) ankle

CURRENT MEDICATION -- DOSAGE AND FREQUENCY

5/31/91 Sinequan 100mg ÷ hs X 1 mo.
5/3/91 Mellaril 100mg ÷ hs X 1 mo.

MEDICATIONS: [ ] Sent w/inmate  [X] Not sent w/inmate
X-RAY FILM: [ ] Sent w/inmate  [X] Not sent w/inmate
HEALTH RECORD: [X] Sent w/inmate  [ ] Not sent w/inmate
Released to: _____
Signature of DOC Representative
Date: _____  Time: _____ AM/PM

MEDICATIONS: [ ] Received  [ ] Not Received
X-RAY FILM: [ ] Received  [ ] Not Received
HEALTH RECORD: [X] Received  [ ] Not Received
Received by: O Richardson Lpn
Signature of CMS Nurse
Date: 6/4/91  Time: 615 AM/PM

FOLLOW-UP CARE ORDERED    Date    Time    With Whom -- Location    Specialty
- [ ] Medical  [ ] Dental
- [X] Mental Health                          Maughan

NURSING ASSESSMENT
(Noted from health record documentation)

| Diet | | ✓ | Elimination | | ✓ |
|---|---|---|---|---|---|
| | Regular | ✓ | | Incontinent | |
| | Low Salt | | | Bowel | |
| | Salt Free | | | Bladder | |
| | Diabetic | | | Colostomy | |

(Noted from inmate assessment)

| Skin | | ✓ | Condition | | ✓ |
|---|---|---|---|---|---|
| | Bruises/Lac./Abrasions | | | Alert | |
| | Occubitus | | | Oriented | |
| | Edema | | | Uncooperative | |
| | Warm & Dry | | | Depressed | |
| | Cool & Moist | | | | |

OTHER PERTINENT NURSING ASSESSMENT

Not seen via nurse

Date 6/4/91

O Richardson Lpn
Signature of Nurse Completing Assessment

PATIENT'S NAME (Last, First, Middle)    DATE OF BIRTH    RACE/SEX    AIS #
Gould, Jeffrey    1-6-63    W/M    140977

F-09 1/85

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Jeffery Gould_ _____ Date of Request: _7-21-99_

ID #: _140977_ ____ Date of Birth: _11-6-63_ ____ Housing Location: _A-3-14 T_

Nature of problem or request: _My Left ANKle is Hurting ME Constantly._
_And I Need Something for it. And I have No money_

I consent to be treated by health staff for the condition described.

SIGNATURE _Jeffery Gould_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## HEALTH CARE DOCUMENTATION

Subjective: (L) ankle

Objective: BP _130/70_ P _78_ R _20_ T _98⁶_ Alept ambilatory
gait unsteady w/usual resp c̄ ease (L) ankle
swollen tender painful to touch some discoloration
(noted)

Assessment: alteration in comfort

Plan:
X-Ray (L) ankle

Refer to: ✓ PA/Physician ____ Mental Health ____ Dental

Signature: _A.Hall-Smith_ ____ Title: _LPN_ ____ Date: _11/20/99_ Time: _1130_

| | |
|---|---|
| NAME _Gould, Jeffery_ | AIS# _140977_ |
| DATE _05/05/99_ | FACILITY _____ |
| SIG. _EAR IRRIGATION to both ears X1_  _E. Elly ln 740 Am 3/7/99_ | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: _Khrrn_ | DECREASE |

| | |
|---|---|
| NAME _____ | AIS# _____ |
| DATE _5/5/_ | FACILITY _____ |
| SIG. _Durrix to R ear x_ | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: _KAhm_  _2/5/99_ | DECREASE |

| | |
|---|---|
| NAME _Gould, Jeffery_ | AIS# _140977_ |
| DATE _3/8/99_ | FACILITY _SCC_ |
| SIG. _1) 4 apt for "depression"_  _2) mentore 7i po TID X 2wks_  _3) tylenol 650mg po TID X 2wks_ | DISCONTINUE |
| | CONTINUE _3/18_ |
| | INCREASE |
| Physician Signature: _KAhm_ | DECREASE |

| | |
|---|---|
| NAME _Gould, Jeffery_ | AIS# _140977_ |
| DATE _2/17/99_ | FACILITY _SCC_ |
| SIG. _lipid profile_  _2/17/99_ | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| ian Signature: _KAhm_ | DECREASE |

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Jeffery Gould_          Date of Request: _Mon 28-99_

ID #: _140977_     Date of Birth: _11 6 63_     Housing Location: _A 3 14_

Nature of problem or request: _I have A Terrable RASH I need_
_SEEN About! Thank you._

I consent to be treated by health staff for the condition described.

SIGNATURE _Jeffery Gould_

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

### HEALTH CARE DOCUMENTATION

Subjective: I got this bad rash that itches and
stings, I believe it the water that I am bathing
in 97. They gave me ~~Benadryl~~ Benadryl for this

Objective: BP _110/60_ P _74_ R _18_ T _97_
Alert & Orient X3. Deep cut loos, Rash noted to
Chest, abd, and groin area c̄ reddness. C/O of itchen,
3m size bump c̄ reddness.

Assessment:
Alteration in skin integrity

Plan:
MD to review Jacket.
Inmate education sheet given per

States does not
have money on the
books to cover the
visit or to get
medication.
RWardS/na

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature _____   Title: _RN_   Date: _6/28/99_   Time: _____

CMS 7166 REV 3/93

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Jeffery Gould_  Date of Request: _5-5-99_

ID #: _140977_  Date of Birth: _11-6-63_ Housing Location: _A-3-14 T_

Nature of problem or request: _My Ears Are Killing me_
_Please Help Help Help_

I consent to be treated by health staff for the condition described.

RECEIVED
MAY - 5 1999
By _____

SIGNATURE _____

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _having pain c̅ ears and (LT) foot pain need some medicine don't have any funds._

Objective: BP _118/60_ P _02_ R _14_ T _99.0_
_large amount of wax noted to both ears unable to see eardrum_

Assessment: _alteration in comfort._

Plan: _Order for ear Irrigation_
_Refer Chart to M.D._

Refer to: ____ PA/Physician ___ Mental Health ____ Dental

Signature: _____  Title: _LPN_  Date: _5/06/99_  Time: _12.03 A._

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Jeffery Gould_    Date of Request: _5-2-99_

ID #: _140977_    Date of Birth: _11 6 63_    Housing Location: _A-3-14T_

Nature of problem or request: _My left ear is stopped up_
_and painful, & my left ankle that I had surgery on_
_in 1985 is causing me painfull problems also on_
_a daily bases also._

I consent to be treated by health staff for the condition described.

RECEIVED
MAY - 4 1998
By SCC

SIGNATURE _(signature)_

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HEALTH CARE DOCUMENTATION

Subjective: _My ears are stop up. Everytime I swallow my ears_
_pop, and I am having trouble hearing. I was in a car_
_wreck and I broke my left ankle and now it has started_
_today & to hurting_

Objective: BP _100/60_ P _73_ R _20_ T _98.8_
_Alert & Orient X3 Respt loose Amber. S difficulty_
_CIO pain to Lt ankle. No redness or discoloration noted. Blockage_
_of ear wax noted to Rt ear. Lt ear redness noted. No_
_drainage. No distress_

Assessment: _Alteration in comfort._

Plan: _MD to review jacket_

DTC NSAIDS
KABO

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _(signature)_    Title: _LPN_    Date: _5/4/99_    Time: _____

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Jeffery Gould_     Date of Request: _3-10-99_

ID #: _140977_     Date of Birth: _11 6 63_     Housing Location: _B-1-4_

Nature of problem or request: _Need to see Doctor About_
_Medacation_

I consent to be treated by health staff for the condition described.

RECEIVED
MAR 10 1999
By _SCC_

SIGNATURE _Jeffery Gould_

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HEALTH CARE DOCUMENTATION

Subjective: "I Need my medication" "The lady told see was going to give me my medication" "I don't have no money for medication" "The doctor had me on some psyc Medication and she stop it"

Objective: BP _130/80_ P _76_ R _16_ T _97.4_
Patient ambulated to sick call. No distress noted
V/S WNL

Assessment: Alteration in Comfort

Plan: Refer Chart to MD

See orders
3/8

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _J Jones LPN_ ____ Title: ____ Date: _3-11-99_ Time: _1:50 Pm_

**INMATE REQUEST SLIP**

Name _Jeffery Gould_    Quarters _B-1-4_ Date _3-6-99_

AIS # _146977_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem

( ) Special Visit         ( ) Time Sheet            (✓) Other _Doctor_

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

_- I Need to See The Doctor_

_About my Medacation_

RECEIVED
MAR 0 7 1999
SCC
By _____

_Thank_
_you_

<u>Do Not Write Below This Line</u> - **For Reply Only**

| Approved | Denied | Pay Phone | Collect Call |

**Request Directed To: (<u>Check One</u>)**

( ) Warden              ( ) Deputy Warden          ( ) Captain

( ) Classification Supervisor   ( ) Legal Officer - Notary   ( ) Record Office
                                    Public

N176

# CORRECTIONAL MEDICAL SYSTEMS
# HEALTH SERVICES REQUEST FORM

Print Name: _Jeffery Gould_    Date of Request: _3-7-99_

ID #: _140977_    Date of Birth: _11-6-63_    Housing Location: _B-1-4_

Nature of problem or request: _I NEEd to HAVE My_
_MEdscAtion REinstAted_

I consent to be treated by health staff for the condition described.

SIGNATURE _Jeffery Gould_

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HEALTH CARE DOCUMENTATION

Subjective: S" H/A, heartburn, depression, glasses, Have H/A about ⅝ day since car accident in '84

Objective: O: BP 110/80 P 84 R 20 T 98.0 Points to ® temporal region as point of discomfort. OU 20/30 OS 20/30 OD 20/40 States had glasses in p. State H/A worse in AM. Points to epigastric region as point c̄ heartburn discomfort.

Assessment: State wakes up sometimes c̄ heartburn. See p notes re the depression medication. Already on eye list

Plan: Does not have money in books to be able to acquire meds from store. P40 X3. Skin warm + dry to touch
A. alteration in comfort
P. To see MD

Refer to: ✓ PA/Physician ___ Mental Health ___ Dental

Signature: _N Wordfin_    Title: _RN_    Date: _3/8/99_    Time: _12:25_

| NAME | | AIS# |
|---|---|---|
| DATE | | FACILITY |
| SIG. | | DISCONTINUE |
| | | CONTINUE |
| | | INCREASE |
| Physician Signature: | | DECREASE |

---

| NAME Gould Jeffrey | | AIS# 140977 |
|---|---|---|
| DATE 2/4/99 | | FACILITY Staton |
| SIG. | ① TSH, CBC, Chem-20 | DISCONTINUE |
| | ② Eye List | CONTINUE |
| | ③ Motrin 600 mg p. BID prn headache x7d | INCREASE |
| Physician Signature: | | DECREASE |

---

| NAME Gould, Jeffrey | | AIS# 140977 |
|---|---|---|
| DATE 2-2-99 | | FACILITY Staton |
| SIG. | d/c Desyrel appt w/ MD for evaluation of headaches (no change) | DISCONTINUE |
| | | CONTINUE |
| | | INCREASE |
| Physician Signature: ___ MD | | DECREASE |

---

| NAME GOULD, JEFFREY | | AIS# 140977 |
|---|---|---|
| DATE 11/19/98 | | FACILITY Staton |
| SIG. | DESYREL 150 MG HS X 120 D | DISCONTINUE |
| | | CONTINUE new man @ Staton no meds |
| | | INCREASE |
| Physician Signature: | | DECREASE |

done 11/19/98

A 01

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Jeffery Gould_    Date of Request: _3-3-99_

ID #: _140977_    Date of Birth: _11-6-63_    Housing Location: _B-1-4_

Nature of problem or request: _I need to have my Headache_
_& Heartburn medacation Re upped_

I consent to be treated by health staff for the condition described.

_____
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: _I need my new medication and heartburn medication renewed for headache_

Objective: BP _110/60_ P _74_ R _20_ T _97.7_
_Alert & orient X3. Respect ease. V/S WNL_
_Requesting meds renewed, No distress._

Assessment: _Alteration in comfort._

Plan: _MD to review packet._

Referral: _____ PA/Physician ___ Mental Health ____ Dental

_dk TOB_
_OTC meds!_

Signature: _Aay_    Title: _Yn_    Date: _3/4/99_    Time: _____

_RDMO_

# INTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring Facility: _WDCF_

Name: _Gould Jeffrey_

Number: _140 977_    Race: B (W) H Other

Date: _12/22/98_

Time: _115_ (AM) PM

Age: _35_    Date of Birth: _11/06/63_    Sex: (M) F

Allergies: _Haldol / Neomycin opty gtts_    Food Handler Approved: Y / N

Current Acute Conditions/Problems:

Chronic Conditions/ Problems: _Mental Health_

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _Trazodone 150 mg q HS._

Chronic Long-term Medications: _____

Chronic Psychotropic Medications: _Ativan, Mellanl, Elavil_

Current Treatments: _Trazodone 150 mg q HS_

Follow-up Care Needed: _Mental Health requires routine follow up._

Last PPD: _9/25/98_    Results _neg_ mms    Last Physical: _9/25/98_

Chronic Clinics: _____    Specialty Referrals: _____

Significant Medical History: _Mental Health Problems requiring routine follow up._

Physical Disabilities/Limitations: _____

Assistive Devices/Prosthetics: _____    Glasses: _____ Contacts: _____

Mental Health History/Concerns:

Substance Abuse: (Y) N    Alcohol: (Y) N    Drugs: (Y) N _Addiction to Nicotine also._

✓ Hx Suicide Attempt: Date: __/__/__

✓ Hx Psychotropic Medication

___ Previous Psychiatric Hospitalizations

Signature and Title _Hatser Akers Lpn_    Date: _12/22/98_

## TRANSFER RECEPTION SCREENING

Date: _12/23/18_    Time: _0035_ (AM) PM

Receiving Facility: _SCC_

S: Current Complaint: _∅_

Current Medications/Treatment: _Ativa, Mellond, Elavil, Trazodone 150 mg q HS_

O: Physical Appearance/Behavior: _Ambulatory_ _A&O×3 ⊕ SOB ⊕ Nic dots. Alert, oriented._

Deformities: Acute/Chronic: _∅_

T _98_ P _78_ R _18_ B/P _118/86_

A: _Rest ditch_

P: Disposition: (Instructions: Check or circle as appropriate)

✓ Routine, Sick Call
___ Instructions Given
___ Emergency Referral
___ HIV/TB Instruction Given
___ Physician Referral:
   Urgent / Routine
___ Medication Evaluation
___ Work/Program Limitation
___ Special Housing
___ Specialty Referrals
___ Chronic Clinics
✓ Mental Health
___ OTHER
___ Infirmary Placement

Other: _____

Signature and Title

CMS 7190

NAME _GOULD, JEFFERY_    AIS# _140977_

DATE _13-14-98_    FACILITY _WIDCC_

SIG. _TRAZODONE 150MG_
_QHS x 90 D_

Physician Signature: _Dr. L. David_

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME _Gould Jeffrey_    AIS# _140977_

DATE _4-13-98_    FACILITY _DCF_

SIG. _D/C his desyrel_
_App. in in Radiol_

Physician Signature: _Amilhaw MD_

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME _Gould Jeffery_    AIS# ____

DATE _3/23/98_    FACILITY ____

SIG. _Pen V-K 500mg Tid X 7days → Motrin_
_600 mg Tid X 3days_
_if dose level give start_

Physician Signature: _Kelly A. Chrétien, DM_

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME _Gould, Jeffery_    AIS# _140977_

DATE _3/5/98_    FACILITY _LUNC-7_

SIG. _Pen V-K 500-mg Tid X 7days_

Physician Signature: _Kelly A. Chrétien DM_

DISCONTINUE

CONTINUE

INCREASE

DECREASE

A 01

_Haldol_

---

**NAME** Gould, Jeffery

**DATE** 1/23/98

**SIG.** Dataril 50 mg @ HS X 90 days

Physician Signature: V.O. Dr. Williams / M. Tulson, g

**AIS#** 140977

**FACILITY** WDCF

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

**NAME** Gould, Jefferson

**DATE** 12/1/97

**SIG.**

Physician Signature: _(illegible)_ M.D.

**AIS#** 140977

**FACILITY** WDCF

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

**NAME** Gould, Jeffery

**DATE** 11/21/97

**SIG.**
(1) Sudafed 60 mg po BID X 10d
(2) Tylenol # po TID X 7d prn
(3) Increase fluids
(4) Stop smoking

Physician Signature:

**AIS#** 140977  3P7

**FACILITY** WDCF

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

**NAME** Gould, Jeffery

**DATE** 11/5/97

**SIG.**
1. CTM 8 mg  BID
2. Guaituss g BID  } 10 days
3. 291 tabs g BID

Physician Signature: V.O. Dr. Bauer / M.D.

**AIS#** 140977

**FACILITY** WDCF

DISCONTINUE

CONTINUE

INCREASE

DECREASE

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

RECEIVED
NOV 20 1997
By

Print Name: _Jeffery Gould_ Date of Request: _11-18-97_

ID #: _140977_ Date of Birth: _11 6 63_ Housing Location: _3 87_

Nature of problem or request: _My SiNuSSS ArE GiViNG ME_
_The Blues! iN As Much As HEadAchES ANd_
_BlEEdiNG Some TimES. I NEEd To SEE You_
_Doctor!_

I consent to be treated by health staff for the condition described.

SIGNATURE _Jeffery Gould_

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
## HEALTH CARE DOCUMENTATION

Subjective: "Chronic sinus/allergy problems. Pressure above & below eyes. Headache across forehead. Usually take Benadryl & ASA on the street. Could I get something.

Objective: BP _106/72_ P _76_ R _20_ T _98.4_ ( 2nd + 3rd pill call. Skin warm & dry. Steady gait. neck supple. % tenderness on palpation below eye.

Assessment:
34 yr W/M % Chronic sinus Congestion / headache

Plan:

See MD order

Refer to: _✓_ PA/Physician ____ Mental Health ____ Dental

Signature: _B Cutters_ Title: _LPN_ Date: _11/21/97_ Time: _0355_

CMS 7166 REV. 10/94

## INTRASYSTEM TRANSFER FORM

### HEALTH STATUS

Transferring Facility: _Killoy_

Name: Gould, Jeffery

Number: 140977     Race: B (W) H Other

Date: 11/07/97

Age: _____    Date of Birth: 1/16/63    Sex (M) F

Time: 555 AM (PM)

Allergies: Haldol, Neomycin Opth Oint, Hay fever     Food Handler Approved: Y (N)

Current Acute Conditions/Problems: _____

Chronic Conditions/ Problems: _____

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _____ Ø _____

Chronic Long-term Medications: _____ Ø _____

Chronic Psychotropic Medications: _____ Ø _____

Current Treatments: _____ Ø _____

Follow-up Care Needed: _____

Last PPD: 10/23/97   Results Ø mms   Last Physical: 10/23/97

Chronic Clinics: _____ Ø _____   Specialty Referrals: Mental Health

Significant Medical History: ? HTN - non compliant; Surgery (R) ankle 1986

Physical Disabilities/Limitations: _____ Ø _____

Assistive Devices/Prosthetics: _____ Ø _____    Glasses: Ø   Contacts: Ø

Mental Health History/Concerns:

Substance Abuse: (Y) N    Alcohol: (Y) N    Drugs: (Y) N

_Ø_ Hx Suicide Attempt: Date: __/__/__

_Ø_ Hx Psychotropic Medication

_Ø_ Previous Psychiatric Hospitalizations

Signature and Title: W. Williams RN    Date: 11/07/97

### TRANSFER RECEPTION SCREENING

Date: 11/11/97   Time: ~~02~~ (AM) PM

Receiving Facility: WDCF

**S:** Current Complaint: _____

Current Medications/Treatment: _____

_Not seen by nurse_

**O:** Physical Appearance/Behavior: _____

Deformities: Acute/Chronic: _____

T ____ P ____ R ____ B/P ___/___

**A:** _____

**P:** Disposition: (Instructions: Check or circle as appropriate)

___ Routine, Sick Call
___ Instructions Given
___ Emergency Referral
___ HIV/TB Instruction Given
___ Physician Referral:
    Urgent / Routine
___ Medication Evaluation
___ Work/Program Limitation
___ Special Housing
___ Specialty Referrals
___ Chronic Clinics
___ Mental Health
___ OTHER
___ Infirmary Placement

Other: _____

Signature and Title: D. Kimbrell LPN

CMS 7190

# CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Jeffery Gould_ Date of Request: _11-4-97_

ID #: _140977_ Date of Birth: _11-6-63_ Housing Location: _G 69_

Nature of problem or request: _I AM Depressed And HAVING HeAd Aches And I NEEd to See MENtAl HEAlth_

I consent to be treated by health staff for the condition described.

_Jeffery Gould_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _Cold_

Objective: BP _110/70_ P _86_ R _20_ T _97.6_
_Lungs clear_ _? SS_

Assessment: _Cold Symptons_

Plan: _meds_ _motilin_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _miles_ Title: _cu_ Date: _11/6/97_ Time: _0600_

CMS 7166 REV 10/94

NAME _____  AIS# _____

DATE_____  FACILITY _____

SIG.

DISCONTINUE

CONTINUE

INCREASE

Physician Signature:                 DECREASE

---

NAME _____  AIS# _____

DATE_____  FACILITY _____

SIG.

DISCONTINUE

CONTINUE

INCREASE

Physician Signature:                 DECREASE

---

NAME _____  AIS# _____

DATE_____  FACILITY _____

SIG.

DISCONTINUE

CONTINUE

INCREASE

Physician Signature:                 DECREASE

---

NAME  *Gould  Jeffery*          AIS#  *140977*

DATE  *10-23-97*               FACILITY  *KCF*

SIG.

① *Eye clinic*

② *mental Health.*  *10/54/97*

DISCONTINUE

CONTINUE

INCREASE

Physician Signature:  *Thanh Oh*          DECREASE

NAME _____

DATE _____

SIG.

AIS# _____

FACILITY _____

DISCONTINUE

CONTINUE

INCREASE

DECREASE

Physician Signature:

---

NAME _____

DATE _____

SIG.

AIS# _____

FACILITY _____

DISCONTINUE

CONTINUE

INCREASE

DECREASE

Physician Signature:

---

NAME _____

DATE _____

SIG.

AIS# _____

FACILITY _____

DISCONTINUE

CONTINUE

INCREASE

DECREASE

Physician Signature:

---

NAME Gould, Jeffery

DATE 10/29/99                UKA  3A  #6p

SIG. 1. M/Sy referral ( depressed )
mo 2. Motrin 600mg Bid × 5 day

Physician Signature: c/o  Dr. Clo / psychology

AIS# 140911

FACILITY Kilby

DISCONTINUE

CONTINUE

INCREASE

DECREASE

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _JEFFERY Gould_ Date of Request: _10-27-97_

ID #: _140977_ Date of Birth: _11-6-63_ Housing Location: _M 97_

Nature of problem or request: _to SEE MENTAL HEAlth_
_DocToR!_

I consent to be treated by health staff for the condition described.

_Jeffery Gould_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: ① see Mental health/depressed
② ankle has pin in it, need somthing for it

Objective: BP _110/60_ P _96_ R _20_ T _98_ _154/16_
States had pins put in 84", all well healed scar Noted to ® ankle; no swelling

Assessment: ankle pain

Plan: meds ___ NSAID's ↗

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _Biles_ Title: _LPN_ Date: _10/29/97_ Time: _0610_

CMS 7166 REV. 10/94

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|

RECEIVED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

IF FROM: Institution/Work Release Center
- [ ] Infirmary
- [ ] Population
- [ ] Other _____
- [ ] Segregation
- [ ] Mental Health

RELEASED: Inmate/Health Record

Institution _F.L.Y.C._

Date _9/17/04_ Time: _3:30_ AM/PM

RELEASED FROM:
- [ ] Infirmary
- [x] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASED TO:
- [x] DOC
- [ ] Infirmary
- [ ] Mental Health

_East Thoms_ W/R

Institution/Work Release Center/Free-World Hospital

ALLERGIES:

PHYSICAL EXAMINATION

Date of last exam: _____
- [ ] Initial [ ] Biannual [ ] Other

PPD Reading _____ mm

Classification: _____

Limitations: _____

LAB RESULTS --- LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | _____ | [ ] | [ ] |
| Urinalysis | _____ | [ ] | [ ] |
| | _____ | [ ] | [ ] |

X-RAY RESULTS --- LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| Chest | _____ | [ ] | [ ] |
| | _____ | [ ] | [ ] |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION --DOSAGE AND FREQUENCY

MEDICATIONS: [ ] Sent w/inmate  [x] Not sent w/inmate
X-RAY FILM: [ ] Sent w/inmate  [x] Not sent w/inmate
HEALTH RECORD: [x] Sent w/inmate  [ ] Not sent w/inmate

Released to: _____
Signature of DOC Representative

Date: _____ Time: _____ AM/PM

MEDICATIONS: [ ] Received  [ ] Not Received
X-RAY FILM: [ ] Received  [ ] Not Received
HEALTH RECORD: [ ] Received  [ ] Not Received

Received by: _____
Signature of CMS Nurse

Date: _____ Time: _____ AM/PM

FOLLOW-UP CARE ORDERED

| | Date | Time | With Whom -- Location | Specialty |
|---|---|---|---|---|
| [ ] Medical [ ] Dental | _____ | _____ | _____ | _____ |
| [ ] Mental Health | _____ | _____ | _____ | _____ |

NURSING ASSESSMENT

(Noted from health record documentation)

| | ✓ | | | ✓ |
|---|---|---|---|---|
| Orientation: R | | Elimination | Incontinent | |
| L | | | Bowel | |
| S | | | Bladder | |
| ID | | | Colostomy | |

(Noted from inmate assessment)

| Skin | | ✓ | Condition | | ✓ |
|---|---|---|---|---|---|
| Bruises Lac. Abrasions | | | Alert | | |
| Occubitus | | | Oriented | | |
| Edema | | | Uncooperative | | |
| Warm & Dry | | | Depressed | | |
| Cool & Moist | | | | | |

OTHER PERTINENT NURSING ASSESSMENT

_____ Signature of Nurse Completing Assessment

| PATIENT NAME Last, First, Middle | DATE OF BIRTH | RACE SEX | AIS # |
|---|---|---|---|
| Gould, Jeffery | 11/10/03 | W/M | 140977 |

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 11-17-93 | | See dental Referral. | 11-17-93 | | Motrin 800mg ÷ tid x 10 days |
| | | *M. WEST, D.D.S* | | | *M. WEST, D.D.S* Noted 11-17-93 |
| 11/23/93 | | "No problems you can help me with - w. th that pain". O. Alert and Oriented Inmate - non-compliant With Orders of medicus for c/o severe H/A pain - discussed becoming compliant With. medications prescribed A. Here for HTN ccc - P. Will Continue ccc - V/s BP. (RT arm) 110/74 (LT arm) 118/78 P.68. R-20 T-98.2 WT-159 1/2 lbs A. HTN ccc c/o HTA - P. Will Continue ccc → P | 11/23/93 | | Midrin ÷ TID x 30 days Inderal 40mg BID x 30 days S.O. Dr. Guest / P.Sate |
| | | | 11/33/9 | | |

| INMATE NAME (LAST, FIRST, MIDDLE) Gould, Jeffrey | DATE OF BIRTH 11/6/63 | AGE 30 | R/S W/M | ID# 140977 |

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|---|---|---|---|---|---|
| 10/13/93 | | Received @ Ventress | | | |
| | | J. Smith Rd | | | |
| 10/18 | | S: "My R ear is | 10/18/93 | | ① Atarax 50 mg HS |
| | | stop up. I need | | | X 6 Weeks |
| | | shoe feet powder | | | ② RTC 6 Weeks |
| | | my feet burn" | | | 8/19/93 |
| | | O: Lesions out J | | | No refill |
| | | ear wax build up | | | M |
| | | noted to R ear. | 10/20 | | Cebrax ear gtts |
| | | P: See Dr. – N. Burks LPN | | | BID X 4 days |
| 21 | | | | | Then wq on 10/24 |
| OCT | | S: Sugar HS + prenatal | | | ② Antifungal powder |
| 93 | | admit OS since 4 r. | | | BID X 10 days |
| | | sev. head injuries – | | | ↳ S/O Dr. Guest / N. Burks |
| | | last Nov 93. | | | |
| | | D: ff rng. | | | |
| | | | | | |
| | | D: past trauma — HS | | | 10/20/93 noted |
| | | | 21 | | |
| | | Rx OK | OCT | | Eye cream |
| | | | 93 | | |
| | | | | | within i tid |
| | | | | | X 30 d. |
| | | | | | Inderal |
| | | | | | 40 mg BID X 30 d |
| | | | | | 10/21/93 noted E. Ford |

INMATE NAME (LAST, FIRST, MIDDLE)  Gould, Geffery    DATE OF BIRTH  11 16 63    AGE ___  R/S  W/M   ID#  140977

-41 REVISED 4/88

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 3-7-91 | | Rec'd @ VCF — M. Cecire LPN | | | |
| 5-13-91 | 11⁵pm | Reported by Mr. Croy, D.O.C. psycholo. spt that inmate Gould reported to him that he was hearing voices telling him to kill himself. Mr. Croy has placed on suicide watch in seg. unit. reports that on placing on suicide watch, inmate stated "you misunderstood what I said" P. Call Dr. Jenkins re: above O.B.pm | 3/29/91 | | doxepin 100 mgm ⅰ hs X 7 mo. RTC 2 mo Vaughan ⊕ Stephens LPN |
| | | | 5/13/91 | | 1) hold sinequan 2) maintain suicide watch overnite. 3) reevaluate in A.M. & call Dr. Jenkins for further instructions |
| 5/14/91 | 4pm | per Mr. Croy — Mrs. Shinbaum released on seg review rounds this morning — O.B.pm P. on list to see Drs. Taylor & Maguire, their next visit O.B.pm | | | P.O Dr. Jenkins/O.B.pm Vaughan |
| | | | 5/31/91 | | sinequan 100 mgm ⅰ hs X 1 mo mellaril 100 mgm ⅰ hs X 1 mo RTC 1 mo Vaughan Noted SPittman LPN 5/31/91 |

| | |
|---|---|
| INMATE NAME (LAST, FIRST, MIDDLE) Gould Jeffery | DATE OF BIRTH 1-16-63 | AGE | R/S W/m | ID# 140977 |

F-61 REVISED 4/88

# DEPARTMENT OF CORRECTIONS

## Medication Administration Record

**Month:** Dec,  **Year** 1993

**Facility:** Ventress

**Location:** _____

**Inmate Name:** Hould, Jeffery

**Inmate Number:** 140977

**Allergies:** _____

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-23-93 | Motrin 'i TID | 3A | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | | | | | | | | | | | | |
| 11-23-93 R.Ph. | Dr: X 300 Sheet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12-23-93 R.Ph. | Indocin 40mg | 3A | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | | | | | | | | | | |
| 11-23-93 R.Ph. | Dr: O IDX 300 | 5p | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | X | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Atarax 50mg @ HS | 5p | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | a | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12-15 | Motrin 600mg Tid x 5days | 5A | a | a | | | | | | | | | | | X | X | a | a | a | X | X | | | | | | | | | | | | |
| R.Ph. | Dr. | 5p | | | | | | | | | | | | | | | a | a | a | X | X | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/24 R.Ph. | Dilantin Stat | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| Hould, Jeffery | | | | | |

F-30-C       — PRN Medication and notes on Reverse Side —

# DEPARTMENT OF CORRECTIONS

Month: _Dec._  Year _03_

**Medication Administration Record**

Inmate Name: _Harold Jeffcoat_

Inmate Number: _140977_

Allergies:

Facility:

Location:

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-23-03 / 12-30-03 | Motrin 7700 X 30 days  Dr.  R.Ph. Pharmacy Dispensed | 5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 7 | 7 | 7aa | 7aa/NBS | 7aa/NBS |  |  |  |  |  |
|  |  | 11 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | 5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 12-23-03 / 12-30-03 | Indural 40mg  BID X 30 days  Dr.  R.Ph. Pharmacy Dispensed | 5a |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 7aaa |  |  |  |  |  |  |  |  |
|  |  | 5p |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 7a |  |  |  |  |  |  |  |  |  |
|  | Dr.  R.Ph. Pharmacy Dispensed |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Dr.  R.Ph. Pharmacy Dispensed |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Dr.  R.Ph. Pharmacy Dispensed |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Dr.  R.Ph. Pharmacy Dispensed |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

| Initials | Signature | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|
| MJH |  |  | pbelp |  |  |

| Signature |
|---|
|  |
|  |

— PRN Medication and notes on Reverse Side —

F-30-C

# DEPARTMENT OF CORRECTIONS

Inmate Name: Lould, Jeffery

Inmate Number: 140977 BB

Allergies:

Month: Nov.    Year: 1993

Facility: VENTRESS CORRECTIONAL FACIL

Location:

## Medication Administration Record

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-19-93 / 11-30-93 | Atarax 50mg @ HS X twks Smith Pharmacy Dispensed R.Ph. | 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10-21-93 / 11-21-93 | Midrin 7 TID X 30 days Dr. Hurt Pharmacy Dispensed R.Ph. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10-21-93 / 11-21-93 | Inderol 40mg X 30 day BID Dr. Hurt Pharmacy Dispensed R.Ph. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/7 / 11/27 | Motrin 800mg TID X 10 days Dr. Pharmacy Dispensed R.Ph. | 5 5 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| / | Dr. Pharmacy Dispensed R.Ph. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | | T. Smith Mn | | | |
| | | | | | |

F-30-C    — PRN Medication and notes on Reverse Side —

Lould, Jeffery



# DEPARTMENT OF CORRECTIONS

Inmate Name: _Gould Geffrey_

Inmate Number: _142922_

Auergies:

Month _____    Year _3_

Facility: _HC 7_

Location: _____

### Medication Administration Record

CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED

| Start/Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|

– PRN Medication and notes on Reverse Side –

F-30-C

# DEPARTMENT OF CORRECTIONS

**Medication Administration Record**

Month OCT    Year 93

Facility: KCF

Location:

Inmate Name: Could Jeffery

Inmate Number: 146977

Allergies: NKDA

CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED

| Start Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-20 104 | m.drv̄ t T10 x 15 Dr Guest Pharmacy Dispensed | 4a 9a 6p | | a | a | a | a | a | X | X | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/21/93 11/21/93 | Midrin t TDd x 30 days Dr. Guest Pharmacy Dispensed | 5am 11am 5pm | | | | | | | | | | | | | | | | | | | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | | |
| 10/21/93 11/21/93 | Tylenol 4mg bid x 30 days Dr. Guest Pharmacy Dispensed | 5am 5pm | | | | | | | | | | | | | | | | | | | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | a a 3 | | |
| | Dr. Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | MB | G Glen | a | BRen | bn |
| | CG | CQacker RN | CG | RSmith RN | E |

— PRN Medication and notes on Reverse Side —

F-30-C

# DEPARTMENT OF CORRECTIONS

**Medication Administration Record**

Inmate Name: _Gould, Jeffery_

Inmate Number: _140977_

Allergies: _NKDA_

Month _September_ Year _1993_

Facility: _KCF_

Location: _E-1_

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-93 | Motrin 7 td | 4A |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | M |  |  |  |  |  |  | X | X | G |  |  |
| 6-93 | X 15 days | 9A |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | M | A |  |  |  |  |  |  | SV |  |  |  |
|  | Dr. _Snead_ | 6P |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | M | MD | ddone |  |  |  |  |  |  |  |  |  |  |
|  | Pharmacy Dispensed |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ph. |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

| Initials | Signature | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|
| PH | M. Andrews LPN |  |  | CW | C. Ossillalin |

– PRN Medication and notes on Reverse Side –

# DEPARTMENT OF CORRECTIONS

Month: _Feb_    Year _1992_

Facility: _____

## Medication Administration Record

Location: _____

Inmate Name: _Gould, Jeffrey_

Inmate Number: _146 999_

Allergies: _____

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-17-91 | Dixarit 2/25 #11<br>@ HS X 2 mo.<br>Dr. Brant | 5P |  |  | A |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| R.Ph. | Pharmacy Dispensed |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 1-17-91 | Mellaril 50mg.<br>@ HS X 2 mo.<br>Dr. Brant | 5P |  |  | A |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| R.Ph. | Pharmacy Dispensed |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 2-18-92 | Dixarit 0.025"<br>@ HS X 1 day<br>Dr. Smith | 5pm |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| R.Ph. | Pharmacy Dispensed |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 2-18-92 | Dixarit 0.025"<br>@ box 1 day<br>Dr. Smith | 5pm |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| R.Ph. | Pharmacy Dispensed |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 2-18-92 | Mellaril 25mg<br>@ box 1 day<br>Dr. Smith | 5pm |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| R.Ph. | Pharmacy Dispensed |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| _____ | mB | A. Lee RN | BU | J. Lord RN | B |
| _____ |  |  |  | J. Smith RN | JS |

— PRN Medication and notes on Reverse Side —

Signature: _Gould, Jeffrey_    146 999

F-30-c

**CORRECTIONAL HEALTH CARE, INC.**
**Alabama Department of Corrections**

Medication Administration Record

Inmate Name: _Hold Jeffrey_

Inmate Number: _KD 9 Mth_

Allergies:

Month _Jan_    Year _92_

Facility: _Ventress_

Location:

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R.Ph. Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R.Ph. Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R.Ph. Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R.Ph. Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|
| | | | | |

– PRN Medication and notes on Reverse Side –

F-30-C

# CORRECTIONAL HEALTH CARE, INC.
## Alabama Department of Corrections

### Medication Administration Record

Inmate Name: _Gould Jeffrey_

Inmate Number: _140999_

Allergies:

Month _Dec_    Year _1991_

Facility: _Ventur_

Location:

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -18 | Sinol 250mg iii @ HS X2mo. Dr.Maugho | SP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| -18 | mellaril 50mg. i @ HS X2mo. Dr.Maugho | SP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| -18 | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | Sinol 250mg iii @ HS X 2mo 811 Dr.Jones | SP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7-91 | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7-91 | mellaril 50mg. i @ HS X 2 mo. Dr.Jones | SP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7-92 | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | Dr. Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| _Mengil Jo_ MS | | _B. Soo 76_ | BC | _P. Sanford_ | PL |
| _MmBilluangton_ Dr | | _J. Smith Dr_ | JS | | |

Gould, Jeffrey 140999

— PRN Medication and notes on Reverse Side —

AF-30-C

# CORRECTIONAL HEALTH CARE, INC.
## Alabama Department of Corrections
### Medication Administration Record

Inmate Name: Gould, Jeffrey

Inmate Number: 140977

Allergies:

Month: Nov.  Year: 99

Facility: Ventress

Location:

**CODE: A = ABSENT: R = REFUSED: X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-8 / 12-8 | Sinequan 25mg 1 @ HS X 2mo Dr. Naugh / Pharmacy Dispensed | SP | A | A | | | | | | | | | | A | A | | | | | | | | | | | | | | | | | | | |
| 10-8 / 12-8 | Mellaril 50mg 1 @ HS X 2mo Dr. Naugh / Pharmacy Dispensed | SP | A | A | | | | | | | | | | A | A | | | | | | | | | | | | | | | | | | | |
| / | Dr. / Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| / | Dr. / Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| / | Dr. / Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| / | Dr. / Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | ms | | BL | | SP |
| | | | | | |

Gould, Jeffrey 140977

F-80-C — PRN Medication and notes on Reverse Side —

# CORRECTIONAL HEALTH CARE, INC.
## Alabama Department of Corrections

### Medication Administration Record

Inmate Name: Gould, Jeffrey

Inmate Number: 140 977

Allergies: NKDA

Month: Oct    Year: 1991

Facility: Ventress

Location:

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sinequan 75/25 @ HS | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Motrin 50mg @ HS x 2 mo | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Motrin 400mg TID x 3 d | STA / 11A / CP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | TAO eye drop TID x 3 d | STA / 11A / 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Doxycycline 50mg qid x 10 | 5A / 11A / 5P / 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | ms | | BC | | DF |
| | CP | | | | SB |
| | | | | | F. Send |

– PRN Medication and notes on Reverse Side –

MAR I of II

Gould, Jeffrey 140 977

F-30-C

# CORRECTIONAL HEALTH CARE, INC.
## Alabama Department of Corrections

### Medication Administration Record

Inmate Name: Donald Jeffery

Inmate Number: 140977

Allergies:

Month: October    Year: 99

Facility: Ventress

Location:

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-15 | Doramycin Oph ii gtts x 10 day qid | 5A 11A 5P 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| t-25 Dr. Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/16 | Spectro-Congtt 0.1% ii Qid Dr. Maugher | 5 11 5 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8-18-91 | Mineral 75mg ii @HS x2mo Dr. Maugher | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| t-8-91 Dr. Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8-18-91 | Melatonin 50mg i @HS x 2mo Dr. Maugher | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2-8-91 Dr. Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initials | Signature | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|
| MB | Mansfield | b | B. Lopa | pr | Alexander Glen |
| B | | | | DR | |

Donald Jeffery # 140977

MHU II Cell 44

– PRN Medication and notes on Reverse Side –

F-30-C

# CORRECTIONAL HEALTH CARE, INC.
## Alabama Department of Corrections

### Medication Administration Record

Inmate Name: Bruell, Jeffery

Inmate Number: 140997

Allergies: NKDA

Month: Sept.

Year: 1991

Facility: Ventrus

Location:

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/29/91 10/30/91 | Trinil 2/25 ii @ HS pm | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/29/91 10/30/91 | Mellaril 50mg @ HS x2 mos. | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Motrin 600mg 1.d x 5 day | 5A 11A 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/13/91 9/15/91 | Augmentin 500 RC P 5 R 11 N 5 Tid x3 day | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| M Benefield Cyr | MB | M Benefield Cyr | mb | P. Lee ypn | BC |
| Bruell, Jeffery | | | | P. Ford CPN | KF |

P-30-C

— PRN Medication and notes on Reverse Side —

**CORRECTIONAL HEALTH CARE, INC.**
**Alabama Department of Corrections**

Medication Administration Record

Inmate Name: Gould, Jeffrey

Inmate Number: 146977

Allergies: NKDA

Month: August    Year: 1991

Facility: Ventress

Location:

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7-25-91 Ph. | Keflex 250mg Bid x10d Dr. | 5 1 | A A A | A | A A | A A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | Pharmacy Dispensed | 5 9 | 2n 2n K A | R K A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | Tylenol tabs ii Bid x10days Dr. | 5 11 | A A 2n 2n | A A | A R A | A K A | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | Pharmacy Dispensed | 5 9 | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | Trisvil 2/25 ‡ @ 5pm x3ea Dr. | 5 p | 2n 2n | 2n | 2n | 2n | R | R | R | R | LR | LR | 2n | LR | LR | 2n | A | A | A | A | DR | LR | 2n | LR | DR | LR | LR | R | R | R S | 5p 2n 2 | |
| Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | Mellaril 50mg i @ HS x3mnh Dr. | 5 p | 2n 2n | 2n | 2n | 2n | R | R | R | R | VA | 2n | 2n | 2n | 2n | 2n | A | A | A | A | DR | LR | 2n | LR | LR | 2n | LR | R | R | R S | 5p 2n 2 | |
| Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | Trisvil 225 ‡ HS x 20ns. Dr. maudure | 5pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| MBenfied ph | MB | B. Lee ph | RC | J. Byrd RN | B |
| Mary Murphy RN | MM | | | R.Richardson RN | RR |

— PRN Medication and notes on Reverse Side —

F-30-C

Gould, Jeffrey RN

# CORRECTIONAL HEALTH CARE, INC.
## Alabama Department of Corrections
### Medication Administration Record

Inmate Name: _Hould Jeffers_

Inmate Number: _140897_

Allergies: _NKDA_

Month: _July_

Facility: _Ventres_

Year: _1991_

Location: _____

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/28 7/28 | Sinequan 50mg hs X 1 mo. Dr. Menagher | 5p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/28 7/28 | Mellaril 50mg hs X 1 mo. Dr. Menagher | 5p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/9/91 | Sinequan 2/95 tab i 5pm Menagher X 30 day | 5p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/9/91 8/9/91 | Mellaril 50mg hs X 1 mo Dr. Menagher | 5p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|
| MB | _Mac Brennan Kemp_ | 7/1 | _R. Cicaqdown 7pm_ | R.C. |
| | | | _ford 5pm_ | |
| 2 | | | _Lee 5pm_ | R.C. |

**Signature**

_McLinjen Rn_

_McMurry Rn_

_Am. N. Jeffers_

**– PRN Medication and notes on Reverse Side –**

F-30-C

# CORRECTIONAL HEALTH CARE, INC.
## Alabama Department of Corrections
### Medication Administration Record

Inmate Name: Gould Jeffrey

Inmate Number: 140997

Allergies: NKDA

Month: Jan/July

Facility: Ventress

Location:

Year: 1991

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-25-91 / 9-4-91 | Keflex 250mg QID X 10 day  Dr. McDade | 5A 11A 5P 9P | | | | | | | | | | | | | | | | | | | | | | | | | | m3 m3 | | A A PL PL m-Pm | A A PL m-Pm | A A PL m-Pm | | |
| 2-25-91 / 9-4-91 | Tylenol Ty QID X 10 day  Dr. McDade | 5A 11A 5P 9P | | | | | | | | | | | | | | | | | | | | | | | | | | m3 m3 | | A A PL m-Pm | A A RL m-Pm | A # PL m-Pm | | |
| | Pharmacy Dispensed  Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed  Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed  Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed  Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initials | Signature | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|
| m3 | MMRB Morris Rn | D | MMB Morris Rn | SR | J Ford Rn |

– PRN Medication and notes on Reverse Side –

Signature: MBenefield Rn

Gould, Jeffrey    II 47L

R-30-C

**CORRECTIONAL HEALTH CARE, INC.**
**Alabama Department of Corrections**

Medication Administration Record

Inmate Name: _Gould Jeffery_

Inmate Number: _140977_

Allergies: _NKDA_

Month: _June_   Year _91_

Facility: _ECF_

Location: _____

CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED

| Start Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| /91 /91 | Doxepin 10 PO HS X 1 mo Dr. Mauchen Pharmacy Dispensed | — 5P PP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| /91 /91 | Mellaril 100mg HS X 1 mo Dr. Mauchen Pharmacy Dispensed | — 5P PP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| /28/91 /30/91 | Sinequan 50mg ⊤ HS X ⊤ mos. Dr. Mauchen Pharmacy Dispensed | 5pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/28/91 /30/91 | Mellaril 50 mg ⊤ HS X ⊤ mos Dr. Mauchen Pharmacy Dispensed | 5pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R. Ph. | Dr. Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|
| SH | R. Pitman Lpn | BC | R. Doe Lpn | | M.Brown RN | LOB |
| CJ | | mb | M.Brown RN | | P. Smith | P |

Signature _Gould, Jeffery_

— PRN Medication and notes on Reverse Side —

F-30C

# CORRECTIONAL HEALTH CARE, INC.
## Alabama Department of Corrections

Medication Administration Record

**Inmate Name:** Gould, Jeffery

**Inmate Number:** 140977

**Allergies:** NKDA

**Month** May **Year** 1991

**Facility:** Easterling

**Location:**

### CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED

| Start Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29-91 29-91 | Doxepin 100mg po bid x 2 mos Dr. McGahan Pharmacy Dispensed | 5a | A | | X | | | A | A | A | A | A | A | A | A | A | A | A | A | A | a | a | a | a | a | | | | | | | | |
| | | 5p | a | | a | a | | a | a | | | a | | | | | a | a | a | a | a | | | | | | | | | | | | |

Dr. _____ Pharmacy Dispensed

Dr. _____ Pharmacy Dispensed

Dr. _____ Pharmacy Dispensed

Dr. _____ Pharmacy Dispensed

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|

— PRN Medication and notes on Reverse Side —

F-30-C

Gould, Jeffery

# CORRECTIONAL HEALTH CARE, INC.
## Alabama Department of Corrections

### Medication Administration Record

Inmate Name: Gould, Jeffrey

Inmate Number: 1469

Allergies: NKDA

Month: March    Year: 91

Facility:

Location:

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doxepin 100mg Bid x 30 days PRN etc | | | | | | | | A | A | A | A | A | A | A | A | A | A | A | N | A | A | A | A | A | A | A | A | A | A | A | A | A |
| Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ph. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Doxepin 100mg Bid x 9 mo | 5A | | | | | | | | | | | | | | | | | | | | | | | | | | | A | A | A | V | |
| Dr. | 5p | | | | | | | | | | | | | | | | | | | | | | | | | | | A | A | A | A | |
| Ph. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

37-91 Ventress

| | Initials | Signature | Initials | Signature |
|---|---|---|---|---|
| | MS | | DR | |
| | MC | | DR | |

— PRN Medication and notes on Reverse Side —

| Signature | Initials |
|---|---|
| | |
| | |

Gould Jeffrey

F-30-8

**CORRECTIONAL HEALTH CARE, INC.**
**Alabama Department of Corrections**

Month: Jan.   Year 1991

Inmate Name: Gould, Jeffrey

Facility: LCF

Inmate Number: 149977

Location:

Allergies: NKA

Medication Administration Record

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-2 / (1-12-9) | Mellaril 100mg, @ 12N + 6P × 30 days Dr. Kramer | 12N / 6P | | | | | | | | | | | | | | | DC'd 1/15/90 | | | | | | | | | | | | | | | | |
| 1-15 / 2-15 | Doxepin 100mg @ 12N + 6P × 30d. Dr. Kramer | 12N / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Pharmacy Dispensed — R.Ph.

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|

**Gould, Jeffrey**

F-30-C    — PRN Medication and notes on Reverse Side —

**CORRECTIONAL HEALTH CARE, INC.**
**Alabama Department of Corrections**

Medication Administration Record

Inmate Name: Gould, Jeffrey
Inmate Number: 140977
Allergies: NKA

Month: 10 cc   Year 90
Limestone Correctional Facility
Facility: Health Care Unit
Location:

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mellaril 100mg | 6PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. RHS X 30 PES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Mellaril 100mg | 12N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

– PRN Medication and notes on Reverse Side –

F-30-C

Gould, Jeffrey

# CORRECTIONAL HEALTH CARE, INC.
## Alabama Department of Corrections
### Medication Administration Record

Month: _Nov._   Year: 1990

Facility: LCF

Location:

Inmate Name: _Harold Jeffery_

Inmate Number: 140994

Allergies: NKU

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | ... |
|---|---|---|---|
| | Mellaril 100 mg. qhs × 30 days PRN | qp | |
| | Pharmacy Dispensed | | |
| 18-1-90 | Motrin 800 mg. × 10 × 4 day po PRN | 5A 12P qp | |
| 11-5-90 | Dr. | | |
| | Pharmacy Dispensed | | |
| 11-26-90 | Motrin 800 mg 5tb × 6 days po PRN | 5b | |
| 11-26-90 | Dr. R refused po | | |
| | Pharmacy Dispensed | | |
| | Dr. | | |
| | Pharmacy Dispensed | | |
| | Dr. | | |
| | Pharmacy Dispensed | | |

| Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|
| RN | M. Martin RN | | M. Canty RN | |
| | R. Bradford | | J. Hardaway RN | |
| | D. Lewis RN | | W. Colvin RN | |

– PRN Medication and notes on Reverse Side –

F-30-C

_[handwritten at bottom]_

## MEDICATION ADMINISTRATION RECORD (MAR)

MONTH: Oct 90

| MEDICATIONS | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doxepin 50mg, BID x 30 days | RN | 5A / 6P | | NN | | | | | | | | | | DC'd 10-3-90 | | | | | | | | | | | | | | | | | | |
| Meloril 100mg, ghs x 45 days | RN | 6P | | | | 11-13 | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S SIGNATURE** / **INITIAL**

N. Horton LPN / NL
M.Luwing LPN / mK
S. Dean RN / SN

**NURSES SIGNATURE** / **INITIAL**

J. Taylor / dt
W. Carter RN / wc
J. Shammone / dt

FACILITY NAME: Limestone Correctional Facility
Health Care Unit
SECTION: _____

ROOM #: _____

PATIENT #: 1409911

DIAGNOSIS/ALLERGY: NKA

PHYSICIAN NAME: Lynne / Kramer     PHYSICIAN #: _____

PATIENT NAME: Gould, Jeffrey

PHARMACARE, INC.

## MEDICATION ADMINISTRATION RECORD (MAR)

MONTH Sept 90

| MEDICATIONS | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doxepin 50mg b.i.d x 15 day | | 5A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S SIGNATURE · INITIAL

T. Hooton LPN · NK

Doreen Willis RN

M. Fleming RN

NURSE'S SIGNATURE · INITIAL

W. Carter LPN · LC

S. Cooper LPN

R. Shannon RN

Reflie RN

PHYSICIAN #:

Limestone Correctional Facility
Health Care Unit
NAME: 140979   SECTION:   ROOM #:
DR'S/ALLERGY: NKA
DR'S NAME: Siegrena / Kramer
NAME: Harold J. Jeffery

PHARMACARE, INC.    MEDICATION ADMINISTRATION RECORD (MAR)

MON.                    98

| MEDICATIONS | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elavil 50 mg. BID x 30 days | | 5A 6P | | | | | | | | | | | | | | | | | | | | | | | | | DC'd |
| Motrin 800mg tab x 3 days madam | | 5A 12N 6P | 8-18 | | | | | | | | | | | | | | | | | | | | | | | | |
| Doxepin 50 mg. BID x 45 days | | 5A 6P | 10-6 | | | | | | | | | | | | | | | | | | | | | | | | |

Limestone Correctional Facility
Health Care Unit

FACILITY NAME:
SECTION:                    ROOM #:
PATIENT #: 140999
DIAGNOSIS/ALLERGY: NKA
PHYSICIAN NAME: Lysене / Shamer
PHYSICIAN #:
PATIENT NAME: Harold, Jeffrey

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE |
|---|---|---|
| Carl Upton | se | W Carter RPN |
| L Barnden | tz | L Shramek |
| Doreen White RN | DW | N. Houston RN |

PHARMACARE, INC.

## MEDICATION ADMINISTRATION RECORD (MAR)

**MONTH** July 90

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Mellaril 100mg, qhs x 30 days

..avil 50mg BID x 30 days

**Limestone Correctional Facility**
**Health Care Unit**

FACILITY NAME:
PATIENT #: 140999   SECTION:   ROOM #:
DIAGNOSIS/ALLERGY: NKA
PHYSICIAN NAME: Lynene/ykramen
PATIENT NAME: Harold, Jefferit

PHYSICIAN #:

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|