# MEDICATION ADMINISTRATION RECORD

05/01/2005      (STA-452) STATON CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | Days 1–29 |
|---|---|---|
| HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB<br>TAKE 1 TABLET(S) BY MOUTH IN THE MORNING<br>RX: 6694263 MCARTHUR, P.A., DONALD, PA<br>START – 12/22/2004  STOP – 07/09/2005 | 6A | (initials entered across days) |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY #KEEP ON PERSON#<br>RX: 7232189 MCARTHUR, P.A., DONALD, PA<br>START – 04/12/2005  STOP – 07/20/2005 | 6A<br>6P | (initials entered across days) |
| FLUOXETINE (PROZAC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>RX: 7247555 BANERJEE, M.D. (MHM), SREELEKHA<br>START – 04/14/2005  STOP – 07/12/2005 | 6A<br>6P | (initials entered across days) |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>RX: 7247637 BANERJEE, M.D. (MHM), SREELEKHA<br>START – 04/14/2005  STOP – 07/12/2005 | 6A<br>6P | (initials entered across days) |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>RX: 7247643 BANERJEE, M.D. (MHM), SREELEKHA<br>START – 04/14/2005  STOP – 07/12/2005 | 6A<br>6P | (initials entered across days) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/2005 THROUGH 05/31/2005

Physician: BANERJEE, M.D. (MHM), SREELEKHA

Telephone No.:

Medical Record No.:

Alt. Physician:

Alt. Telephone:

Allergies: HALOPERIDOL & DERIV

Rehabilitative Potential:

Diagnosis:

Medicaid Number:    Medicare Number:

Complete Entries Checked: By: A. Tizzi   Title: RN   Date: 4-28

PATIENT: GOULD, JEFFERY    PATIENT CODE: 140977    ROOM NO: 1    BED:    FACILITY:

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Prozac 20mg PO qAM 6/8/04 – 9/8/04 | 6A | [initials across days] |
| Vistaril 50mg PO qhs x 90 days 6/8/04 – 9/8/04 | 6P | [initials across days] |
| Zantac 150mg PO Bid PRN x 90days 5/26/04 – 8/26/04 | 6A / 6P | [initials across days] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 6/1/04  THROUGH: 6/30/04
Physician: Sommer
Alt. Physician: Banerjee
Allergies: Haldol

Medical Record No.: 14097

PATIENT: Dowdy, Jeffery

Date: 6/8/04

# MEDICATION ADMINISTRATION RECORD
06/01/2004

STDT01

*New Page* (STA-452) STATON CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| FLUOXETINE (PROZAC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH EVERY MORNING<br>RX: 5601924 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 05/08/2004    STOP - 05/30/2004 | | CAM CM  JJPO    MZ  RO |
| HYDROXYZINE PAM (VISTARIL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME<br>RX: 5601931 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 05/08/2004    STOP - 05/30/2004 | | CPM RHAH JP    D/C  See New order |
| Zantac 150mg tab<br>BID x 90 (days)<br>5/28/04 → 8/28/04 | | CAM CM  JJPO<br>CPM RHAH |

CHARTING FOR 06/01/2004 THROUGH 06/30/2004
Physician: BANERJEE, M.D. (MHM), SREELEKHA
Alt. Physician:
Allergies: HALOPERIDOL & DERIV

Telephone No:
Alt. Telephone:
Rehabilitative Potential:
Medical Record No:

Diagnosis:
Medicaid Number: 
Medicare Number:
Completed Entries Checked By: [signature]  Title: LPN  Date: 5/31/

PATIENT: GOULD, JEFFERY
PATIENT CODE: 140977
ROOM NO: 1
BED:
FACILITY: ST

# MEDICATION ADMINISTRATION RECORD
05/01/2004

(STA-452) STATON CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED<br>RX: 5282106 MCARTHUR, P.A., DONALD, PA<br>START - 02/28/2004    STOP - 05/27/2004 | 6A<br>6P | [illegible handwritten entries] |
| FLUOXETINE (PROZAC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH IN THE MORNING<br>RX: 5333532 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 03/11/2004    STOP - 05/09/2004 | 6A | Revised 4/6/04 |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME<br>RX: 5333540 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 03/11/2004    STOP - 05/09/2004 | 6P | Revised 4/6/04 |
| Prozac 20mg  1 cap<br>P.O q AM<br>5/6/04 – 6/6/04 | 6A | |
| Vistaril 25mg P.O<br>4HS x 30 days<br>5/6/04 – 6/6/04 | 6P | |
| Zantac 150 mg 1 tab<br>BID x 90 days<br>5/28/04   8/28/04 | 6A<br>6P | |

CHARTING FOR 05/01/2004 THROUGH 05/31/2004

Physician: BANERJEE, M.D. (MHM), SREELEKHA
Alt. Physician:
Allergies: HALOPERIDOL & DERIV

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No

Diagnosis:
Medicaid Number:
Medicare Number:
Complete Entries Checked By: [signature]
Title:
Date: 4/26/04

PATIENT: GOULD, JEFFERY
PATIENT CODE: 140977
ROOM NO.: 1
BED:
FACILITY: STA

# MEDICATION ADMINISTRATION RECORD

04/01/2004
STD 01

(STA-452) STATON CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY AS NEEDED<br>RX: 5282106  MCARTHUR, P.A., DONALD, PA<br>START - 02/28/2004   STOP - 05/27/2004 | 6 A<br>6 P | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETINE (PROZAC) 20MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH  IN THE MORNING<br>RX: 5333532  BANERJEE, M.D. (MHM), SREELEKHA<br>START - 03/11/2004   STOP - 05/09/2004 | 6 A | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME<br>RX: 5333540  BANERJEE, M.D. (MHM), SREELEKHA<br>START - 03/11/2004   STOP - 05/09/2004 | 6 P | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naprosyn 375mg ; po bid<br>x 14 d<br>3/23/04 - 4/6/04 | 6 A<br>6 P | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR 04/01/2004 THROUGH 04/30/2004

Physician: BANERJEE, M.D. (MHM), SREELEKHA

Alt. Physician:

Allergies: HALOPERIDOL & DERIV

Telephone No.
Alt. Telephone
Medical Record No.
Rehabilitative Potential

Diagnosis:

Medicaid Number:      Medicare Number:

Complete Entries Checked By: B Beck Lyn

PATIENT: GOULD, JEFFERY

Title:
Date: 3/31/04
PATIENT CODE    ROOM NO    BED  FACILITY C

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

# MEDICATION ADMINISTRATION RECORD — NaphCare

| MEDICATIONS | HOUR | (days 1–28) |
|---|---|---|
| 181527 RANITIDINE 150 MG TAB (ZANTAC)<br>Start: 04/11/03  Stop: 07/09/03<br>TAKE 1 TABLET(S) EACH EVENING BY MOUTH FOR 90 DAYS KEEP ON PERSON | 6p | (illegible initials across days) |
| 181528 MINTOX PLUS TAB<br>Start: 04/11/03  Stop: 06/09/03<br>TAKE TWO TABLET(S) TWICE DAILY BY MOUTH AS NEEDED FOR 60 DAYS | 6a / 6p | (illegible initials across days) |
| 181529 IBUPROFEN 600MG TAB 600 MG TAB<br>Start: 04/11/03  Stop: 05/10/03<br>TAKE 1 TABLET(S) TWICE DAILY BY MOUTH WITH FOOD FOR 30 DAYS | 6a / 6p | (illegible initials across days) |
| 05/12/03 Percogesic ÷ P.O. Bid × 14 days PRN<br>05/26/03 B. Helms CRNP | 6a / 6p | (illegible initials) |

CHARTING FOR 05/01/03    THROUGH 05/01/03

Physician: Sumner
Alt. Physician:
Allergies: NKA

Inmate No: 140977-AL2

PATIENT: GOULD, JEFFERY TODD
PATIENT CODE: 140977
FACILITY: SC

Complete Entries Checked By: (signature) Title: RN  Date: 5/01/03

# MEDICATION ADMINISTRATION RECORD — NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800mg BID x 30 days 2/25 – 3/27/03 | 6 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Maalox tabs ii BID x 30 days 2/25 – 3/27/03 | 6 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg q hs x 30 days 2/27 – 3/28/03 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg p.o. BID x30 days 3/27/03 – 4/27/03 | 6A/6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Maalox ii p.o. BID x 30 days 3/27/03 – 4/27/03 | 6A/6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 800mg p.o. BID x 14 days 3/27/03 – 4/10/03 | 6A/6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR 3/1/03 THROUGH 3/31/03

Physician: Spencer
Inmate No.: 140977

Allergies: Haldol

PATIENT: Gould, Jeffrey
PATIENT CODE: 140977
FACILITY CODE: Scc

# MEDICATION ADMINISTRATION RECORD — NaphCare

| MEDICATIONS | HOUR | Administration marks (days 1–30) |
|---|---|---|
| Zantac 150mg i po. BID X 30 days 3/27/03 — 4/27/03 | 6A / 6P | (entries across days; refused / X at end) |
| Maalox ii p.o. BID X 30 days 3/27/03 — 4/27/03 | 6A / 6P | (entries; refused X) |
| Motrin 800mg p.o. BID X 14 days 3/27/03 — 4/10/03 | 6A / 6P | (entries ending X) |
| Zantac 150mg i po q pm X 90d 4/11 — 7/10/03 Helms | 6P | (entries across days) |
| Maalox ii po prn X 60d 4/11 — 4/11/03 Helms | 6A / 6P | (entries) |
| Motrin 600mg i po bid X 30d refill 4/11 — 5/11/03 Helms | 6A / 6P | (entries) |

CHARTING FOR 4/1/03 THROUGH 4/30/03
Physician:
Alt. Physician: Ms Helms CRNP
Allergies: Haldol

Complete Entries Checked By: B Kernell   Title: LPN

PATIENT: Gould, Jeffery
PATIENT CODE: 140977

# ADMINISTRATION RECORD — NaphCare

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Motrin 800 mg po bid x 60 d  9/26/02 – 11/26/02 | 6 | B BB B BB BB ... (illegible initials across days) |
| | 6 | (illegible initials across days) |

CHARTING FOR: 11/1/02  THROUGH: 11/30/02
Physician: Sonnier
Inmate No: 140977
PATIENT: Gould, Jeffery
Facility Code: 57

Complete Entries Checked By: (signature)

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

**Site Name & Number:** Staton 843
**Site Phone #:** (334) 567-1548
**Site Fax #:** (334) 567-1538
**Will there be a charge?:** ☒ Yes ☐ No
**Sex:** ☒ Male ☐ Female
**Responsible party:** ☒ PHS ☐ Auto Ins.

**Patient Name: (Last, First):** Gould, Jeffercy
**Alias: (Last, First):**
**Inmate #:** 140977
**SS Number:** 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

**Date: (mm/dd/yy):** 8/19/05
**Date of Birth: (mm/dd/yy):** 11/6/63
**PHS Custody Date: (mm/dd/yy):**
**Potential Release Date: (mm/dd/yy):**

RECEIVED AUG 31 2005

## CLINICAL DATA

**Requesting Provider:** McArthur ☐ Physician ☒ NP, PA ☐ Dental
**Facility Medical Director Signature and Date:**
☐ Service meets criteria for approval via protocol

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.
☒ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)
☒ Routine ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** / /
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy ☐ Other
**Number of Visits/Treatments:** 3

**Specialist referred to:** Dr. Jackson
**Type of Consultation/Treatment/Procedure or Surgery:**

**Diagnosis:**
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
Cirrhosis / + HepC
A N/V + Leg edema over past 6 months
K+ CA+ abn values
Total Bilirubin 3.2 from 1.4

**Results of a complaint directed physical examination:**
over 6 months
Serum Albumin ↓ from 3.1 to 2.7 over 6 months
Liver edge 3-4cm ↓ ribs.
RUQ TTP Sclera ? Icterus.

**Previous treatment and response (including medications):**
HCTZ, Lasix, Ted hoses
H? Zantac Activity restriction.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☒ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Office Service Recommended and Authorized

Does he need a Alcohol ?

**Date resubmitted:** / /

**Regional Medical Director Signature, printed name and date required:** Will Mosier, MD

Do not write below this line - For Case Manager and Corporate Data Entry ONLY
**Cert Type:** **Med Class:** **CPT code:** **UR Auth #:**

Usa - UM Referral review form

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: Staton 843 | Patient Name: (Last, First) Gould, Jefferey | Date: (mm/dd/yy) 8/19/05 |
|---|---|---|
| Site Phone # (334) 567-1548 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) 11/6/63 |
| Site Fax # (334) 567-1538 | Inmate # 140977 | PHS Custody Date: (mm/dd/yy) |
| Will there be a charge? ☒Yes ☐No   Sex ☒Male ☐Female | SS Number 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 | Potential Release Date: (mm/dd/yy) |

Responsible party: ☒ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

Requesting Provider: ☐ Physician ☒ NP, PA ☐ Dental
McArthur

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☒ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy): __/__/__
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:   ☐ Radiation therapy
Number of Visits/Treatments: 3   ☐ Chemotherapy
                                 ☐ Other: _____

Specialist referred to: Dr. Jackson

Type of Consultation, Treatment, Procedure or Surgery:
GI Consult

Diagnosis: Cirrhosis / HepC
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of illness/injury/symptoms with Date of Onset:
Cirrhosis / + HepC
↑ N/V + ↑ leg edema over past 6 months.
H+ CA+ abn values
Total Bilirubin 3.2 from 1.4

Results of a complaint directed physical examination:
over 6 months
Serum Albumin ↓ from 3.1 to 2.7 over 6 months

Liver edge 3-4cm ↓ ribs.
RUQ TTP. Sclera ? Icterus

Previous treatment and response (including medications):
HCTZ, Lasix, Ted hoses
H+ Zantac, Activity
restriction.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   Date resubmitted: __/__/__

FAXED 8/31/05

Regional Medical Director Signature, printed name and date required:
_____ __/__/__ (mm/dd)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |

05a - UM Referral review form

# EYE SCREENING PROTOCOL
## (WHO GETS TO SEE DR BRADFORD)

MEASURE VISUAL ACUITY (SNELLEN EYE CHART)
 RIGHT EYE (OD) _____ WITH GLASSES  20/70  WITHOUT GLASSES
 LEFT EYE   (OS) _____ WITH GLASSES  20/70  WITHOUT GLASSES

IF DISTANCE VISION IS 20/30 OR WORSE WITH GLASSES:
 REFER FOR EYE CLINIC

IF COMPLAINTS OF DECREASED VISION AT NEAR (READING)
 REFER FOR EYE CLINIC

IF LAST EYE EXAM GREATER THAN 2 YEARS AGO
 REFER FOR EYE CLINIC

IF COMPLAINTS OF MEDICAL NATURE (ie PAIN, HX EYE DISEASE, SUDDEN DECREASE IN VISION, etc.) OR REQUEST BY ANOTHER DOCTOR (ie CHRONIC CARE, etc.)
 REFER FOR EYE CLINIC

IF BROKEN OR LOST OR STOLEN GLASSES AND THEY WERE PRESCRIBED WITH PAST 18 MONTHS ORDER NEW GLASSES BASES ON LAST RX. ADVISE PATIENT THAT HE MUST PAY FOR GLASSES (CMS WILL BUY GLASSES ONCE EVERY 2 YEARS ONLY.) DO NOT HAVE TO WAIT FOR NEXT EYE CLINIC.

IF ONLY COMPLAINT IS "WANTS SUNGLASSES, TINT, SHADE PROFILE, ETC". NO REFERRAL UNLESS ONE OF OTHER CRITERIA MET. (MAY HAVE ROUTINE EXAM EVERY 2 YEARS WITH NO COMPLAINT.

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | Gould, Jeffrey | | DATE | | |
|---|---|---|---|---|---|
| NUMBER | 140977 | | INSTITUTION | Staton | |
| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
| OD | -1.00 | | | | |
| OS | -.75 | -1.75 | 083 | | |
| | ADD | HEIGHT | DIST PD | NEAR PD | SEG STYLE |
| OD | | | P 66 | | |
| OS | | | | | |

LENS COLOR/COATINGS

| FRAME | NEW | STYLE | | FRAME COLOR | |
|---|---|---|---|---|---|
| EYE SIZE | 54 | BRIDGE | TEMPLE | HEAT | CHEM |
| DATE REC'D | 4/20 | | DROP BALL ✓ | FINAL INSPECTION | |

LENSES: 9.75

FRAME: 4.75

OVERSIZE: _____

TINT/PGX: _____

CHEM. TEMP. GLASS: _____

DIOPTERS: _____

_____

_____

S/H: .75

**TOTAL DUE ($):** 14.25

**VISION SAFETY NOTICE:**
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21 CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.
- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury
- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection scratched or pitted lenses should be replaced immediately
- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses side shields goggles and/or a full face shield

# EYE EXAMINATION SHEET

| TO: (Service Physician) Bradford | FROM: (Requesting Ward, Med. Fac. Phys.) SCU | Date of Request: 4/5/99 |
|---|---|---|

Reason For Request: (Complaints and Finding)

Past History

Old Rx

| Signature | Type of Consult ☐ Emergency ☐ Routine |
|---|---|

## CONSULTATION REPORT

Subjective: OD - 20/50 s̄
OS - 20/70 s̄

OPHTH: 20 c/o

New Rx: OD
OS        Seg. Ht.

Ext:
Date Dispensed & Initials:

-1.00
Seg. Type:  075 -175 x 083 / FTW

IDP & Time:
12/10              54/18/148                66

Frame:
Size:
Color:

_____
OPTOMETRIST'S SIGNATURE

| Patients Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Mould, | Jeffery | | 35 | W/M | 140977 |

F-65 Rev. (1-95)

FROM :ECH LABORATORY5140723H        FAX NO. :3345140723        Jan. 13 2006 07:51PM  P3

## ELMORE COMMUNITY HOSPITAL LABORATORY
### 500 HOSPITAL DRIVE
### WETUMPKA, AL 36092
### PH: (334)567-4311 FAX (334)514-0723
### THANK YOU FOR SELECTING OUR FACILITY!

| | | | | |
|---|---|---|---|---|
| Name: | GOULD, JEFFREY | | Accession: 151040 | STAT |
| Patient Number: | 054042 | | Fasting: UNKNOWN | |
| Birth: | 11/6/1963    Age: 42 years    Sex: M | | Collected/Drawn: 1/13/2006 07:10 PM | CBN |
| DOCTOR: | STATON CORR FACILITY | | Received in Lab: 1/13/2006 07:10 PM | APJ |
| Home Phone: | (000)000-0000 | | | |
| HOSPTIAL NO. | 323717 | | | |
| DR NAME | PEASANT | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **CMP (Comprehensive)** | | | | *Run By: SGG on 1/13/2006 at 07:31 PM* |
| Glucose | 103 | mg/dL | | 70 - 105 |
| BUN | 7 | mg/dL | | 4 - 27 |
| Creatinine | 1.0 | mg/dL | | 0.4 - 1.5 |
| Sodium | 137 | mmol/L | | 136 - 145 |
| Potassium | 3.2 | mmol/L | LOW | 3.6 - 5.0 |
| Chloride | 108 | mmol/L | HIGH | 98 - 107 |
| CO2 | 27 | mmol/L | | 22 - 28 |
| Calcium | 8.4 | mg/dL | | 8.4 - 10.2 |
| Total Protein | 6.3 | g/dL | | 6.0 - 8.3 |
| Albumin | 2.6 | g/dL | LOW | 3.5 - 5.0 |
| ALT | 33 | IU/L | | 10 - 40 |
| AST | 60 | IU/L | HIGH | 10 - 42 |
| Alk Phos | 142 | IU/L | HIGH | 32 - 92 |
| Total Bili | 3.5 | mg/dL | HIGH | 0.2 - 1.0 |
| **Uric Acid** | | | | *Run By: SGG on 1/13/2006 at 07:31 PM* |
| Uric Acid | 4.8 | mg/dL | | 2.6 - 7.2 |

*— End Of Report —*

Reviewed By: _____        Date: _____