**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Your Copy    1 of*

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST
Chronic Care

Print Name: Jeffery Gould

ID # 140977    Date of Request: 1-10-06

Date of Birth: 1-6-63    Location: 6-4-18

Nature of problem or request: I NEED to See the Doctor! I have Hep
-atits C for the last 4days I have BEEN using the
cummode 4 to 7 times A day I NEED Something for
this and I NEED ensure for it settles my Stomic and
I NEED vitamin to build my system    Jeffery Gould
up for treatment    Signature Chronic
Hep C.

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM PM

Allergies: _____

| RECEIVED |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:** Not needed
MD appt 1/12/06 See
evaluation
sheet

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment
CIRCLE ONE    Return to Clinic PRN

Check One:  ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

*SIGNATURE AND TITLE*



*Your Copy*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: __Jeffery Gould__

ID # __140977__      Date of Request: __11-22-05__

Nature of problem or request: __Hepatitis C    I have need for Hepatitis C__

Date of Birth: __11-6-63__  Location: __G-4-18__

__Medication  I am sick  and need for Hepatitis c denied.  I Also Formally Ask to Be Attmitted  to the HCU  I Am Bleeding from my mouth & Nose Daily  I dont want to Infect Anyone__

Signature __Jeffery Gould__

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

> **RECEIVED**
> Date: 11/29/05
> Time: 11:30
> Receiving Nurse Initials __by__

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

*Chronic Care Request*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002   (1/4)

*Show*

*Chronic Care*

*Chronic Care*

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jeffery Gould_          Date of Request: _Saturday_
ID # _140977_          Date of Birth: _11-6-63_ Location: _G-4-18_
Nature of problem or request: _I have a rash between my legs in the front of my thighs. Doctor MACArthy issued me some cream for it while I was at chronic care that caused stinging and red redness! Help! I have Hepatitis_

_Jeffery Gould_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 8/21/05
Time: 6 3pm
Receiving Nurse Intials _MC_

**(S)ubjective:**

*NO  8/22/05*

**(O)bjective**  **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

*Show Sick Call*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Staton_

Resident's Name: _Gerald Jeffery_          ID# _140977_

D.O.B. _11/6/03_

I, _Jeffery Gerald_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.     Refused medication.

____ B.     Refused dental care.                    ____ E.     Refused X-Ray services.

____ C.     Refused an outside medical appointment.  ____ F.     Refused other diagnostic tests.

____ D.     Refused laboratory services.            ____ G.     Refused physical examination.

                                                    _X_ H.     Other (Please specify)

_No Show for Sick Call_

_____

Reason For Refusal _____

_____

_____

Potential Consequences Explained _____

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature

_____        _____
Date    _8/22/05_                             Patient Signature

                                              _____
                                              Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

HS MD-70108



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Gould Jeffery | D.O.B.: 11/6 63 |
|---|---|---|
| 8/22/05 | no shows Sick Call | Q.H. |

60111 (5/85)

**Complete Both Sides Before Using Another Sheet**



**Nursing Evaluation Tool:**     <u>General Sick Call</u>

Facility: BBB

Patient Name: _Gould Jeffrey_
　　　　　　　　Last　　　　　　　　First　　　　　MI

Inmate Number: _140977_　　　　　Date of Birth: _11_ _16_ _63_
　　　　　　　　　　　　　　　　　　　　　　　MM　DD　YYYY

Date of Report: _11_ _9_ _05_　　　Time Seen: _15:30_ AM /PM Circle One
　　　　　　　　MM　DD　YYYY

**_Subjective:_** Chief Complaint(s) Request no standing profile

Onset: Hip C. Chronic ankle swelling.

Brief History: I need to get a no standing profile. I am
(Continue on back if necessary)
on CC my ankles swell. I need TB lose my
are torn up. I also need to see the Doctor
about resource & Vitamins

☐ Check Here if additional notes on back

**_Objective:_** Vital Signs: (As Indicated) T: _99.0²_ P: _70_ RR: _18_ B/P: _140_ / _78_

Examination Findings: CC Sent 3 months ago Request
(Continue on back if necessary)
Meds & Profile.

☐ Check Here if additional notes on back

**_Assessment: (Referral Status)_** Preliminary Determination(s): _____

☐ Referral NOT REQUIRED

☑ Referral REQUIRED due to the following: (Check all that apply)
　☐ Recurrent Complaint (More than 2 visits for the same complaint)
　☐ Other: Request Profile & Meds. No new
Medical Problems.

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the
appropriate care to be given.

11/16

Has visit
11-16-05

**_Plan:_** Check All That Apply:
☐ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
　　　(Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Call for Provider_ Date for referral: _11_ _9_ _05_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM　DD　YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Time

X _T Smith RN_　　Name: _T. Smith RN_ _J L Lawson NP_
　　Nurses Signature　　　　　　Printed　　　　　　　　11-16-05

*Copy*

*Chronic care*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*SCC*

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: *Jeffery Gould*        Date of Request: *11-8-05*
ID # *140977*        Date of Birth: *11-6-63*   Location: *G-4-18ᵀ*
Nature of problem or request: *I have sore in* swollen
*ankle's! need help for said med problem!*

*I am on chronic care for Hepatits C*

*Jeffery Gould*
                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**  (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**   *See Evaluation tool Sheet*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )     No ( )
           Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jeffery Jeff Gould_    Date of Request: _11-2-04_
ID # _146977_    Date of Birth: _11-6-63_   Location: _D-2-4 T_
Nature of problem or request: _Hepatitis C cronic case, swelling_
_in my ankles and shins and pain in left shoulder_

_____

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _11/2/04_
Time: _6:30_ AM PM
Allergies: _Haldol_

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** _feet and Ankles swollen x 2 weeks — pain in_
_L sholder x 1 week —_

**(O)bjective** (V/S): T: _98.2_   P: _72_   R: _20_   BP: _120/60_ WT: _205_
_2+ — 3+ pitting edema from mid calf into ankles + feet_
_⊕ pedal pulses c̄ < 3 sec cap refill — L sholder c̄ full_
**(A)ssessment:** _Alteration in Health_   _ROM s̄ complaint —_
_Maintenance_   _Hx broken L Claveal_

**(P)lan:** _M.D/PA/CRNP Review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
       Was MD/PA on call notified:   Yes ( )   No ( )

_B Bechula_
SIGNATURE AND TITLE _Schester for CRNP_
_11-3-04_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**

PRISON
HEALTH
SERVICES
INCORPORATED

## SICK CALL REQUEST

Print Name: _Jeffery Gould_   Date of Request: _10 12 05_

ID # _140977_   Date of Birth: _11-6-63_   Location: _G H 18ᵀ_

Nature of problem or request: _Hepatitus C Need to See The Doctor Have been Spitting up Blood Daily! feel weak -N- Need Treatment! I AM on chronic cafe (No charge) Have Spoken with the Warden Was Advised to Sign up for treatment_

_Jeffery Gould_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10/14/05_
Time: _15 30_ AM (PM)
Allergies: _Haldol_

```
RECEIVED
Date: 10-13-05
Time: 7pm
Receiving Nurse Intials: S
```

(S)ubjective: I have Hep C I am on chronic care, I need to see the Doctor about getting resourse and something for ald pain I have started spitting up blood. Both of my ankles are swollen

(O)bjective: (V/S): T: _98⁸_  P: _64_  R: _18_  BP: _110/60_  WT: _194_  swelling noted to both ankles. States been @ CC X 1 month ago. No change in old symptoms - additional spitting up blood. None noted during

(A)ssessment: screening.

all in comfort

(P)lan:

Hall for Review

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )    No ( )
Was MD/PA on call notified:  Yes ( )    No ( )

_A Smith RN_
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Jeffery Gould_    Date of Request: _5-31-05_
ID # _140977_    Date of Birth: _11-6-63_    Location: _D-2-4T_
Nature of problem or request: _I have Bumps under th skin on my_
_Chest I need to have examaned   I am on cronic care_
_and there for should not be charged._

Signature: _Jeffery Gould_

### DO NOT WRITE BELOW THIS LINE

Date: _5/31/05_
Time: _8:00_ AM PM
Allergies: _Haldol_

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:** _Lumps in breast under Skin X 3 wks_

_O2 97%_
**(O)bjective** (V/S): T: _98⁷_    P: _74_    R: _20_    BP: _120/80_    WT: _210_
_Small moveable bumps noted under skin ⊖ drainage_
_Redress w/o wnl_

**(A)ssessment:** _Alteration in skin integrity_

**(P)lan:** _MD to Review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_A H Smith LPN_  |  _L Lassiter RN_
SIGNATURE AND TITLE
_6-1-05_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jeffery Gould_    Date of Request: _5-04-05_

ID # _140977_    Date of Birth: _11-6-63_  Location: _D-2-4ᵀ_

Nature of problem or request: (CRONIC CARE) I NEED TREATMENT For HEPATITS; I HAVE filed AN informal Grievance Because of Not RECEIVED MEDS For HEPATITS. RIGHT NOW I AM Seeking treatMENT For MY ANKLES ARE Swollen A pAiNful. HEPATITS RElated CONDiSION

_Jeffery Gould_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _Haldol_

RECEIVED
Date: 5/4/05
Time: 12°°
Receiving Nurse Intials _LD_

**(S)ubjective:** "My feet and ankles are swollen and have been for about 2 mths. now" "My feet and legs hurt me while I'm standing in pill call line & I need a mattress to elevate them on"

**(O)bjective:** (V/S): T: 97.8    P: 68    R: 20    BP: 112/60    WT: 309

(Rt and Lt) feet and lateral ankles edematous - skin color yellow - pedal pulse present to both feet cap. refill to toes

**(A)ssessment:** <3 sec.
Alteration in comfort

**(P)lan:** Inmate requests no prolonged standing profile, motrin for pain and a mattress to elevate legs on while sleeping
MD to review

Refer to:    MD/PA  Mental Health   Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (✓)  EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_P. Miller_ _LPN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jeffery Gould_          Date of Request: _2-13-05_
ID # _140977_          Date of Birth: _11-6-63_ Location: _D-2-4T_
Nature of problem or request: _I HAVE HEPATITIS C AND I AM ON Cronic_
_CARE! My NEW problEM (is) My NosE BlEEDs daily AloNG with_
_My GUMS AND I HAVE Blood iN My Stool  oftEN_

_____
_Jeffery Gould_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _2/15/05_
Time: _2040_     AM  PM
Allergies: _Haldol_

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date: 2/15/05                  │
│  Time: 2040                     │
│  Receiving Nurse Intials  Amy   │
└─────────────────────────────────┘
```

**(S)ubjective:** "I've been having Nose bleeds daily for awhile now"
"When I brush my teeth, my gums bleed." "I also have
some bleeding in my stool."

**(O)bjective    (V/S): T:** _98⁵_   **P:** _80_   **R:** _20_   **BP:** _120/68_   **WT:** _205_
c/o Sinus drainage. A0x4, Ø Nose bleed. ⊕ Hep C.

**(A)ssessment:** Alteration In Health Maintenance

**(P)lan:** MD to Review

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )    No ( )
Was MD/PA on call notified:  Yes ( )    No ( )

_See_
_DM Hunt_ 2/16/05      _DMcLeod_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

# PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:      /      / |
|-----------|----------------|----------------------|
|           |                |                      |

**Complete Both Sides Before Using Another Sheet**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Jeff Gould_    Date of Request: _3-14-04_
ID # _140977_    Date of Birth: _11-6-63_ Location: _C-2-26T_
Nature of problem or request: _Need Med Refilled for_
_My Ankle_

_____

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _3/14/04_
Time: _11:30_  AM (PM)
Allergies: _____

> RECEIVED
> Date: 3/14/04
> Time: 8:45 PM
> Receiving Nurse Intials _RH_

Refer to
S.C.

**(S)ubjective:** "I NEED MEDICATION REFILLED FOR MY ankle"

**(O)bjective**  (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** 189

**(A)ssessment:** alt in comfort

**(P)lan:** See MD

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

3/15/04

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST
### Mental Health

Print Name: _Jeffery Gould_   Date of Request: _3-8-04_

ID # _140977_   Date of Birth: _11-6-63_ Location: _C-2-26T_

Nature of problem or request: _My Medication Work's I Need it!!_
_Vistereal - for Panic Attack's =N= Prozac - for depression_
_=N= A Bipoler disorder !!! I have been Taking These Med-_
_ications since August of last year !!! =N= My Perscriptions Need_
_To be Refilled by 3-10-04 Help !!!!_ _Jeffery Gould_
                                                    /Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

```
+------------------------------+
|          RECEIVED            |
| Date:                        |
| Time:                        |
| Receiving Nurse Intials _____|
+------------------------------+
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:** _I'm seen. Please refer to progress notes dated 3/9/04_
_SB, MD._

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
                            *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jeffery Gould_          Date of Request: _3-3-04_
ID # _140977_          Date of Birth: _11-6-63_  Location: _C-2-26T_
Nature of problem or request: _To See The Doctor About Red Bump's_
_under My Right Arm Pit_

_____

_Jeffery Gould_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3/4/04_
Time: _2400_   AM  PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: _3/3/04_ |
| Time: _708 pm_ |
| Receiving Nurse Intials _R.H._ |

Refer to
SC.

**(S)ubjective** _"I got these knots under my arm."_

**(O)bjective** _99.2, 90    189   Several small red raised areas underneath Rt arm Ø pustules or discharge noted C/o pain + itching, states that he's had them about 2½ weeks_

**(A)ssessment:** _Alt in comfort / Skin integrity_

3/4/04

**(P)lan:** _MD/PA to Review_

Refer to:  (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jeffery Gould_          Date of Request: _3-5-04_
ID # _140977_          Date of Birth: _11-6-63_ Location: _C-2-26T_
Nature of problem or request: _My Ankle is Killing ME!!!!_
_I Need Medication to Relieve Said Pain I_
_Cant Even Sleep because of this CRoNic (1983)_
_7½ hrs surgery     Help! No CoLD MEd       ication_
                                        _Jeffery Gould_
                                        Signature

## DO NOT WRITE BELOW THIS LINE

Date: _3 / 8 / 04_
Time: _12:00_ (AM) PM
Allergies: _Haldul_

RECEIVED
Date: _3/5/04_
Time: _7:00 pm_
Receiving Nurse Intials _RH_

Refer to
SC

**(S)ubjective:** Request Pain medication for Ankle due to Old auto Accident

**(O)bjective** Wt 187 lbs, 99.1 - 100/68 - 20. Respiration clease & unlabored. (L) Ankle some discoloration. NUSIS of Swelling noted. Pedal pulse presel. No acute distress noted. Ambulate w/o difficulty

**(A)ssessment:** alebution discomfort

**(P)lan:** MD Review / PA Review

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
     If Emergency was PHS supervisor notified:  Yes ( )    No ( )
     Was MD/PA on call notified:   Yes ( )    No ( )

                    _M. Marsh LPN_
                    SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

CRONIC !!!!!

Print Name: Jeffery Gould          Date of Request: 3-7-04
ID # 140977          Date of Birth: 11-6-63 Location: C-2-26T
Nature of problem or request: To Receive medication !!!!!!!! for Cronic Pain !!!!! I suffer from iN My Ankle The Result of AN Auto Accedent (1983) 7½ hrs of Surgery EXRays Are here !!! I AM Henceforth Requesting Two PercA Ces'ic's 3 Times A day or it's Equivelent

_Jeffery Gould_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**


**(O)bjective**


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )      No ( )
Was MD/PA on call notified:   Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST
### MENTAL Health

Print Name: _Jeffery Gould_

ID # _140 977_          Date of Request: _3-3-04_

Nature of problem or request: _____ Date of Birth: _11-6-63_ Location: _C-2-26ᵀ_

_MENTAL HEALTH !!!!! EMERGENCY !!!!!_

_I NEED too SEE DR. BANERGEE About My Med-_
_-iAction's! My Vistereal NEEDS to be instated : PROZAC Reordered._

_Jeffery Gould_ Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM PM

Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: 3|3|04                │
│ Time: 7⁰⁵/PM                │
│ Receiving Nurse Intials R·H │
└─────────────────────────────┘

_Refer to Mental Health_

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                              CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____ SIGNATURE AND TITLE _____

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

*Staton*

Print Name: _Jeffery Gould_
ID # _140977_     Date of Request: _2-18-04_
Nature of problem or request: Date of Birth: _11-6-63_ Location: _C-2-26T_
_NEED MY MED - Refilled_

_Jeffery Gould_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _2/18/04_
Time: _2405_ ___ AM PM
Allergies: _Haldol_

```
                          RECEIVED
                  Date: 2/18/04
                  Time: 10P
                  Receiving Nurse Intials ___ DF
```

**(S)ubjective:** "I need to get my vistril et percocess, vistril is for my penis attacks et headaches."

**(O)bjective:** wt 185, 98.4 Alet et oriented X3 resp c ease; skin w D to touch. C/o pain to left ankle et foot
128/80, 22, 78.
redness noted:

**(A)ssessment:** Pt in compst

**(P)lan:** MD to Review

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE (✓)     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
          Was MD/PA on call notified:   Yes ( )   No ( )

_C. Bell LPN_        _DMS Curt MC_
SIGNATURE AND TITLE

F:   INMATES MEDICAL FILE
W:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

_Staton_

Print Name: _Jeffery Gould_    Date of Request: _2-23-04_
ID # _140977_    Date of Birth: _11-6-63_ Location: _C-2-26ᵀ_
Nature of problem or request: _I NEED too Get My Prescription Refilled for My Acid Reflux immediately i or As Soon As possable! for it is giving Me the The Blue's And I have Been Passing Blood_
_Jeffery Gould_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _2/23/04_
Time: _11 ⁴⁵_   AM **PM**
Allergies: _Haldol_

| RECEIVED |
|---|
| Date: _2/23/04_ |
| Time: _7 ⁵⁰/pm_ |
| Receiving Nurse Intials _R.H._ |

_Refer to S.C._

**(S)ubjective:** _I need my zantac renewed for Acid reflux it burns up in my throat — also I have bright red blood in my stool — I have hemorrhoids — also my Prozac is running out_

**(O)bjective** _abd large, soft, non tender, ē active lower sounds x 4 quads — ō external hemorrhoids noted — (60 d zantac ℞ in 5/08/03_

**(A)ssessment:** _Potential altered comfort / elemination_

**(P)lan:** _M.D. / PA Renew_
_for ℞ refill_

Refer to: ( MD/PA   Mental Health / Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )  EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_B Beck lpn / S M Hunt_
SIGNATURE AND TITLE _2/24/04_

INMATES MEDICAL FILE
OW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

.00 7/95

# Transfer Screening Form

**Date:** 2/9/04   **Time:** 0000   **Primary Language:** English

**Inmate/Resident Last Name:** Gould   **Inmate/Resident First Name:** Jeffery

**DOB:** 1/16/63   **Inmate/Resident Number:** 140977

**Vital Signs:** Ht: 6'1½" Wt: 184 T: 97° P: 84 R: 70 B/P: 140/40 **Diabetic:** ☐ Yes ☒ No BS: NA

1. Does inmate/resident have any conditions that would prevent him/her from travel at this time?   ☐ Yes ☒ No
   If yes, describe: NA

2. Will inmate/resident require any medications or treatment during transport?   ☐ Yes ☒ No
   If yes, describe: NA

3. Are there any special needs or instructions for transport personnel?   ☐ Yes ☒ No
   If yes, describe: NA

4. Have all records pertinent to the transfer of medical care accompanied the inmate/resident?   ☒ Yes ☐ No
   If yes, list documents: past and current medical records

5. Does the inmate/resident have a medical condition that could or does pose a health/safety threat to him/herself or others?   ☐ Yes ☒ No
   If yes, describe: NA

6. Current medications and dosage:
   (Write "none" or list below)   Medications sent with instructions: ☒ Yes ☐ No
   1. Prozac 20mg ῑ po q̄D #90 - ordered 12/10/03
   2. Percocesic ῑ po BID x 15 days - ordered 1/29/04
   3. Vistaril 25mg ῑ po TID #270 - ordered 11/19/03

7. Does the inmate/resident require immediate medical attention?   ☐ Yes ☒ No

8. Is the inmate/resident allergic to any medications?   ☒ Yes ☐ No
   If yes, list: Haldol

9. Date of last TB skin test: 7/16/03   Results 00 mm
   Action taken: NONE

10. Are there any identified nutritional risks?   ☐ Yes ☒ No

11. Current medical conditions: check all that apply
    ∅ allergies   ∅ asthma   ∅ ulcers   ✓ epilepsy   ∅ hepatitis
    ∅ HIV   ∅ diabetes   ∅ heart condition   NA gynecological problems
    ∅ weight loss   ∅ tuberculosis   ∅ high blood pressure   ✓ mental illness or treatment

12. Current plan of care instituted by transferring facility: Mental Health Services
    Seizure Disorder Clinics

13. Pending medical appointments and/or surgery: NONE

**Disposition:** ☒ Cleared for transport   ☐ Cleared for general population   ☐ Hold for medical

**Examiner's Signature:** Christy Wall   **Title:** RN   **Date:** 2/9/04

**Property of Corrections Corporation of America**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**



Print Name: _Jeff Gould_ _____ Date of Request: _2-25-04_
ID # _140877_ _____ Date of Birth: _11-6-63_ Location: _C-2-26T_
Nature of problem or request: _Need medcation Refilled_
_____
_____
_____
_____ _Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _2/25/04_
Time: _11:15_ AM (PM)
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _I need Percogesic renewed for the pain in my ankle, I got a steel screw in it_

**(O)bjective** _wt 185, T 97⁵, B/p 100/60, P 78, R 20 Resp at ease. Amb'g 3 diffurcy. Slightly swelling noted to Rt ankle._

**(A)ssessment:** _Alteration in comfort_

**(P)lan:** _MD to review_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                      CIRCLE ONE
Check One:   ROUTINE ( )✓   EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

_____
                SIGNATURE AND TITLE    _2/26/04_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 04 / 15 / 04 | TIME 9 ⊘ ☒ AM ☐ PM | ORIGINATING FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  NKA Haldol + Ativan | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 97.9   ORAL/RECTAL   RESP. 20   PULSE 90   B/P 140,90   RECHECK IF SYSTOLIC <100> 50 _____/

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

5 - "Body Chart"

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Ambulated into HCU 3
diff. A+O x 3. Skin w/d to the touch,
resp. even et unlabored. ∅
injuries noted to upper or lower
extremities.

ORDERS / MEDICATIONS / IV FLUIDS        TIME    BY

P-1) ∅ tx necessary
2). MD/PA to review

DIAGNOSIS
A- Body Chart

INSTRUCTIONS TO PATIENT
O₂ Sat 99

| DISCHARGE DATE 04 / 15 / 04 | TIME 930 ☒ AM ☐ PM | ☒ RELEASE ☐ TRANSFERRED TO DOC | ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE  D Austin LPN | DATE 04/15/04 | PHYSICIAN'S SIGNATURE | DATE 4/15/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Gould, Jeffery | DOC# 140977D | DOB 11/06/63 | R/S Wm | FAC Staton |
|---|---|---|---|---|

PHS-MD-70007        **(White – Record Copy, Yellow – Pharmacy Copy)**



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Jeffery Gould_                 Date of Request: _9-2-04_

ID # _140977_                 Date of Birth: _11-6-63_  Location: _D-2-4ᵀ_

Nature of problem or request: _I need Medication Refilled for Acid Reflux_

_Jeffery Gould_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/2/04_
Time: _2125_  AM (PM)
Allergies: _Haldol_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials |

**(S)ubjective:** _refill of Zantac_

**(O)bjective** (V/S):  T: _98¹_   P: _72_   R: _16_   BP: _110/62_   WT: _185_

**(A)ssessment:** _Assessment Normal_

**(P)lan:** _PA/NP to review, Rf of Zantac_            Return to Clinic PRN

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment
                                CIRCLE ONE

Check One:  ROUTINE (✓)   EMERGENCY ( )        Yes ( )    No ( )
If Emergency was PHS supervisor notified:           Yes ( )    No ( )
Was MD/PA on call notified:

_J M Blunt_  _9/3/04_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

*See*

Print Name: _Jeffery Gould_    Date of Request: _8-20-04_
ID # _140977_    Date of Birth: _11-6-63_ Location: _C-2-26_T
Nature of problem or request: _I HAVE A SKIN RASH_
_=N= I NEED TREATMENT for it_

_Jeffery Gould_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8/20/04_
Time: _810_ AM **PM**
Allergies: _Haldol_

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** I have swelling in my legs and I have
Jock itch. Hx (L) Ankle surgery

**(O)bjective (V/S): T:** 98.3 **P:** 72 **R:** 20 **BP:** 116/68 **WT:** 190
02 Stat 97%. Rash noted to groin area.
(L) Leg below knee 2+ edema noted small
sores noted scabbed over. (R) Leg ® edema

**(A)ssessment:** noted.
Alteration in comfort

**(P)lan:**
MD to Review

Refer to (MD/PA)   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

_signature_ 8/23/04  _signature_ LPN
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

LF-1002 (1/4)



## HEALTH SERVICES REQUEST FORM

Print Name: _Jeffery Gould_

ID#: _140977_      Date of Request: _3-12-03_

Date of Birth: _11-6-63_      Housing Location: _C-3-15T_

Nature of problem or request: _I NEED to SEE The NURSE About MY Med-_
_Acation! AND About obtaiNiNg MorE MEdacatioN!_

Sign here for consent to be treated by health staff for the condition described

MAR 1 2 2003

Staton

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: I don't want the Motrin, I want the Naprosyn
back, and I want to keep the Yantaca Maalox.
I don't want generic, I don't want generic Brand neither.

Objective: BP _110/60_ P _72_ R _18_ T _97.6_ wt _185_
lungs clear, BS present x4, ears clear, keep reg @ ease.    Low meds
                                                             3-13-03
                                                             T
Assessment: Alteration in Comfort                            Bang Ces
(E) V last pill call

Plan: MD/CRNP to review,

Refer to: _____ PA/Physician    NBennett Jr 1145 3/12/03

Mental Heal...

# Health Services Request Form

Inmate Name _Jeffery Gould_

AIS No. _140977_    Date of Birth _11-6-63_    Date of Request _2-26-03_

Nature of problem or request _ON 2-24-03 I SEEN THE NURSE About MY MEDICATION_ Housing Loc. _C-3-15 T_

_CAUSING ME to HAVE Blood in MY Stool! At said time I Also Trysd to Explan_
_That the NAPASON does Releive MY PAIN but it upsets MY Stomic AND_
_CAUSES Blood in MY Stool! Anyway The Non GENERIC! NAME BRAND which is Polished_
_AND is The Same Color AND HAS Some written ON One Side works FINE without upset_

Sign here for consent to be treated by health staff for the condition described above. _____

Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

FEB 2 6 2003
Staton

---

## Health Care Documentation

Subjective: "Motrin isn't working" Want Brand name
of Naprosyn, I don't Want the Generic Bruce
the generic upsets my stomach

Objective: BP _130/76_   P _72_   R _18_   T _97.6_   WT _178_

No tenderness noted to Abd / Bowel sounds
noted.

Assessment: Alteration in comfort

Plan: MD/CRNP to view chart

Refer to: PA/ Physician

Education: Check pill call.     Mental Health    Dental

rotocol used: (specify) _____

ignature _M Barrett_    Title _LPN_   Time _1245_   Date _2/27/03_

## Health Services Request Form

Inmate Name _Jeffery Gould_    Date of Request _2-4-03_

AIS No. _140977_    Date of Birth _11-6-63_    Housing Loc. _C-3-15_

Nature of problem or request _The Medication I Started Taking Earlier This Month for My Ankle of which Has been Constant Since 1983 Pain Wise! All-n-All Said Medication Napason I Thank is How it is Spelled 500 MG. Twice a day Relieves My Pain But up Set's My Tummy and I have blood on My Toilet Paper_

Sign here for consent to be treated by health staff for the condition described above. _Jeffery Gould_

Place this slip in Medical Box or designated area

### DO NOT WRITE BELOW THIS LINE

FEB 24 2003
Staton

------------------------------------------------------

### Health Care Documentation

Subjective: _When taking the Advil before the Rx Ran out it was helpful — Now while taking this naprosyn I'm nauseous — and see blood on the tissue after B.m. — And have Stomach Pain Vomiting × tries. — Please do something else_

Objective: BP _120/80_  P _84_  R _20_  T _96³_  WT _180_

_No tenderness noted in epigastric area_

Assessment: _Alteration_                    2-25-03
Plan: _MD to Review_                         ↓
                                             Mc Gregor

Refer to:    PA/ Physician        Mental Health        Dental
Education: _Chart e 6 pm Pill Call 2-24._

Protocol used: (specify)

Signature _J Turner_    Title _RN_  Time ____  Date _2-23-03_

## Health Service Request Form

Inmate Name __Jeffery Gould__    Date of Request __2-13-03__

AIS No. __140977__    Date of Birth __11-6-63__    Housing Loc. __C-3-15 T__

Nature of problem or request __My ankle of which was opperated on in 1983 for 7½ hrs is causeing me pain through the Day and Keeping me awake at Night I Need Medacation Refilled for said pain Medacation!__

__THANK'S__

Sign here for consent to be treated by health staff for the condition described above. _Jeffery Gould_

Place this slip in Medical Box or designated area    _Staton_

### DO NOT WRITE BELOW THIS LINE

FEB 13 2003

---

### Health Care Documentation

Subjective: (L) ankle med Renewal

Objective: BP __120/80__    P __70__    R __20__    T __98²__    WT __184__

Limited ROM & swelling C/O of pain on ambulation Cap refill <3sec warm to touch

Assessment: Alteration in comfort

Plan: Meds

2-14-03
&
[illegible]

Refer to:    PA/ Physician    Mental Health    Dental

Education: A leg

Protocol used: (specify) _____

Signature _W.H. Smith_    Title _Lp_    Time _____    Date __2/14/03__

Scc



# HEALTH SERVICES REQUEST FORM

Print Name: _Jeffery Gould_

ID#: _16972_ ———— Date of Birth: _11-6-63_ ———— Date of Request: _10·27·02_

Nature of problem or request: _MY Medication Should Be Continued
Without MY having to sign up for Sick call! The
Medical Doctor's Response to MY Medical complaint
Form stated as much that it's to continue till 11-26-02_

Sign here for consent to be treated by health staff for the condition described

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:

Refer to: ____ PA/Physician ____ Mental Health ____ Dental



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Goutt, Jeffrey 140977 |
|---|---|

D.O.B.: 11 16 163

12/2/04
9:30p

20 Acu per f/u edema et labs. Wt 205 T-98' P-90 2-20
02 st 99% B/p 118/78

- F/u leg edema @ Hep c c ↓ Albumin level
- Repeat labs pending. Appetite good
- wt loss. Pt advised to d/c tob use.
  Exam Gen NAD
  Neck Pt supple
  Suppl Pln
  Lungs clear
  CV: NCP
  ABD obese @ P mild RUQ discomfort
  c palpat
  Ext. 2+ Edema leg/ankle bilat.

A: Hep ct c ↓ Alb Repeat labs P
P: leg edema, elevate legs, - x-tra blanket
   D/c tob use, encourage po
   F/u 1mo

1/3/05
9:12a

20 NCu re. ) f/u on tap. Wt 205 T-98° P-94   H Shtly
R-20 02set 98% (B/p 132/74)
Previously scheduled f/u Issue addressed at
12/20/04 cel. See me
                    D McCue



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Gould, Jeffery 140977 | D.O.B.: 11' 10'63 |
|---|---|---|

2/18/04    Rec'd @ SHCU-Staton, Vol. I & II of II and Ø meds/mar----- ∫Myers

8/27/04 @ 7³⁰    To HCU for eval (L) ↓ leg edema, wt — 2Hoyt tRN

8/27/04    No show for M.D. appt — Re-appt RN0

10/15/04    Clinic Appt ref "Follow-Up" "liver" - Wgt - 201
B/p 108/72    P 88    R 20    T 98    82 Sat 95%
See CCC note
∫Mc

10/20/04 8⁰⁰pm    No Show for Sick Call - Rehow in chart - Assessly

11/5/04    To see HCP: eval of edema
Wt 210  B/p 102/70    T 98.2    P 72    R 18    O₂ Sat 97
glb↑    S. 3 weeks of worsening ↓ ext edema.
weight    Pulmonary ROS neg. ⊕ Hep C↑    Albumin trending
gain ↓    ↓ Total B,li trending ↑    ? anemia developing
since    O. A&O×3    NAD    Skin warm/dry Ø Jaundice
10/15    sclera white
BBS CTN₂ S1-S2 2R/m/G
ABD SNT    Liver edge well below ribs
Ø ascites.
3+ bilat ↓ ext edema.                    Addendum-
A/P. Case reviewed c̄ Dr. Williams    c/o ⊕ AC shoulder
Lasix 40 mg QAM                          pain 2⁰ to old
LFTs, chem 7 ↓ CBC today                injury
HCU visit in 2 weeks for F/U            will give motrin
                                        × 3 days
∫McClure

# Health Services Clinic Notes

| Inmate/Resident Name: | Johnny Gould | | |
|---|---|---|---|
| # 90977 | | **Inmate/Resident** | **Allergies:** |

| Date | Time | Notes |
|---|---|---|
| 11/13/03 | 15:20 | Psych Note<br>"I'm doing good. My medication is working well for me."<br>O:NAD Affect/mood stable. Thought logical. No SI/HI.<br>A:Stable<br>P: Continue current meds<br>RTC in 1 month |
| 12/10/03 | 12:05 | Psych Note<br>S: "I'm doing good. I'm on my Depakote. I feel fine."<br>O:NAD Affect/mood stable. No SI. No psychosis.<br>A: Stable<br>P: Continue current meds<br>RTC in 6 weeks |
| 12-16-03 | 12:30 | S - Headaches due back. He associates them with a popping in his neck from an old injury. Dilantin not working any more.<br>O - 97.1    80    122/80    18<br>A - Feeling much better was started on Prozac today by Dr. Herm Good neck emotion<br>P - Dc Dilantin Tolexanol 10 mgm t.i.d. x 2 weeks Extra Strength Tylenol prn pain |
| 1/14/04 | 10:30 | Psych Note<br>S: "I'm doing fine on my medications. I take the one pill at 4:30 and then one in the evening."<br>O: NAD. Affect/mood stable. Affect appropriate. No SI/HI. No AVH. Not anxious.<br>A: Stable<br>P: Continue Vistaril and Prozac<br>RTC in 6 weeks |

**Property of Corrections Corporation of America**

# Health Services Clinic Notes

| Inmate/Resident Name: Gould Jeffery | Inmate/Resident # 190977 | Allergies: NKDA |
|---|---|---|

| Date | Time | Notes |
|---|---|---|
| 9-3-03 | 9:00 AM | S— Headaches cleared up. No other complaints. O- BP- 128/61  T-98.3  P-80  R.18 A- No problems P- Continue Dilantin _JMB_ |
| 9-23-03 | 10:10 AM | BP 110/78  P 88   R 20   T 98° S: Neck hurting / Heartburn deni any problem c meds O- Heat PERL A/O Ext C edema L Fern A- NB P- Tagmet 400, 1 PO BID x 30d  rfl x 3 _____ to pick up meds @ 4:30pm 9/24/03 _signature_ |
| 10/1/03 10/2/03 | 10²⁰ 6 pm | Inmate in for chronic clinic — seen _____ Attempted to drawn Dilantin level ___ inmate x3. 3 Attempts unable to draw will refer to S. Payad DN ___ _signature_ |
| 10/2/03 | 8⁵⁵ | Bld drawn from anterior aspect of the R wrist for dilantin level — sent _signature_ |
| 10/15/03 | 10:45 | Progress Note S: "I'm a little groggy from the Visteril. I tried to not take it but I did + I went without it. Otherwise I'm fine but dizzy." O- NAD. Awake in bed-gen. No S/S/I. A: Stable P: ↓ Visteril 25mg TID Continue prozac RTC in 1 month _signature_ |

# Health Services Clinic Notes

| Inmate/Resident Name: Gould, Jeffery  Inmate/Resident # | | Allergies: None |
|---|---|---|

| Date | Time | Notes |
|---|---|---|
| 8-20-03 | 11:30AM | S-Headaches Bitemporal. Pain is constant when he has headache, does not pound. Not associated with nausea, sometimes they last 2 days. Has one 2-3 times per week). Injured neck in cell fight in 98 + has had pain since — severe. |
| | | O- T-97.4   P-70   R-18   BP 140/70 |
| | | A+ Ears- Cerumen ½ fills left ear. Eyes- Pupils react. Eye grounds = no papilledema. No arterial changes. Cranial nerves intact. Neck- No spasm No neuro changes |
| | | P- Dilantin - 100 mgm b.i.d (KOP) X 2 wks. |

**Property of Corrections Corporation of America**

# Health Services Clinic Notes

| Inmate/Resident Name: Gould, Jeff |  | Inmate/Resident # 140977 | Allergies: |
|---|---|---|---|

| Date | Time | Notes |
|---|---|---|
| 8/7/3 | 09:50 | Psych Note. |
|  |  | S: "I'm feeling better. I don't feel as sad but I still have the headaches. The pressure of things don't seem as bad." |
|  |  | O: NAD. A+O x3 Mood improved. No SI/HI. No A/V hall. |
|  |  | A: Depression. |
|  |  | P: Continue Prozac. |
|  |  | Refer to Dr Tucker for Headaches. |
| 8/20/03 | 11:15 | Psych Note |
|  |  | S: "I'm doing better but I don't sleep and I'm really nervous, I still have the HA & have been sweating." |
|  |  | O: NAD. A+O x4. Mood improved |
|  |  | A: S |
|  |  | P: Prozac Renew'd |
|  |  | RTC in 1 month |
|  |  | Refer to Dr Johnson for HA |
|  |  | Add Visteril 50mg BID |
| 9/3/03 | 11:00 | Psych Note. |
|  |  | S: "I'm better but I still have problems with the anxiety attacks. I feel my heart racing and pounding and I just feel strange. I can't really explain it. I don't feel depressed like I did and Dr Johnson gave me Dilantin for my headache. They are not as bad now." |
|  |  | O: NAD. A+o. No SI/HI Improved Mood & Anxiety. |
|  |  | A: Improved too but still has breakthrough Anxiety |
|  |  | P: ↑ Visteril to 50 TID |
|  |  | Continue Prozac as is |
|  |  | RTC in 2 weeks |
| 9/17/03 | 09:35 | Psych Note |
|  |  | S: "I'm doing much better, I guess if I were doing any better it would cost me more. I'm not as anxious as I feel good." |
|  |  | O: NAD. A+Ox3. No SI/HI. No Anxiety. Appetite Good, Sleep Good |
|  |  | A: Improved |
|  |  | P: Continue Visteril and Prozac |
|  |  | RTC in 1 month |

Property of Corrections Corporation of America

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Dowd, Jeffery     I.D. #: 140977     Institution: Haldol/sec

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/26/02 | | See M.D. $\bar{c}$ "Eval" Prolonged Standing | |
| | | #180 wgt, 98, 110/70, 80, 20 | |
| | | | —RMyers |
| | | 39 WM S/P extensive surgery of Lt ankle 2° MVA. ↓ foles pain in Lt ankle since 1983 Requests pain med | |
| | | PE | |
| | | Lt ankle Pain in area of flexor retinaculum on dorsum of Lt foot | |
| | | Imp Chron Post op Pain Plan Motrin 800 x 2x 60du Ar. Lt Lt ankle x-ray | |

FORM #7113 8/94

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Gould, Jeffery     I.D. #: 140977     Institution: Haldol Lacc

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/8/99 | | Continues c/o c/o's - HA's, epigastric pain, depression. Doesn't have money and wants chronic OTC meds. ⊕ Tob use. Hx of head trauma but seen & evaluated by MO 2/4/99. imp - 1. tension HA's  2. gastritis  plan - 1. d/c tob  2. don't rec NSAIDS  3. purchase tylenol  4. antacids  5. F/u c eye doc, ψ KH | |
| 7/23/99 | | Patient with PMH Ankle fracture S/P reduction and fixing cwith Pins came cwith c/o Ankle pain  EXAM - FullROM  - mild tenderness present  Assessment: Myalgia  Plan - Motrin 800 mg PO TID | |

FORM #7113 8/94

Facility Name: **Staton Correctional Facility**

Month/Year of Charting: **11/05**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Diphenhydramine HCl 25MG Cap** 19.00

Take 1 capsule(s) by mouth at bedtime

Start Date: 09-15-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 11-02-2005    RX #: 250613816

**Hydrochlorothiazide 25MG Tab** 10.00

Take 1 tablet(s) by mouth at bedtime

Start Date: 07-28-2005    Prescriber: Peasant, John
Stop Date: 11-04-2005    RX #: 250292097

**Zantac 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-23-2005    Prescriber: Peasant, John
Stop Date: 11-30-2005    RX #: 250462518

**Furosemide 40MG Tab    30.00**

Take 1 tablet(s) by mouth every morning

Start Date: 08-23-2005    Prescriber: Peasant, John
Stop Date: 11-30-2005    RX #: 250462520

**Klor-Con 10 10MEQ Tab CR    120.00**

Take 2 tablet(s) =20meq by mouth twice daily

Start Date: 09-29-2005    Prescriber: Peasant, John
Stop Date: 11-30-2005    RX #: 250682683

*Lasix 40mg po QD X2w days*

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: 140977 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

**Gould, Jeffery**

Date of Birth:

| Facility Name: Stafori | Month/Year of Charting: 11/05 |

**PROZAC 40mg**
**PO q̄ AM**
**x 90 days**

Hour: 6A

Start Date: 10/28/05  Prescriber: BANERJEE
Stop Date: 1/26/06  RX #:

**PROZAC 20mg**
**PO q̄ PM**
**x 90 days**

Hour: 6P

Start Date: 10/28/05  Prescriber: BANERJEE
Stop Date: 1/26/06  RX #:

**Vistaril 25mg**
**PO q̄ AM**
**x 90 days**

Hour: 6A

Start Date: 10/28/05  Prescriber: BANERJEE
Stop Date: 1/26/06  RX #:

**Vistaril 50mg**
**PO q̄ PM**
**x 90 days**

Hour: 6P

Start Date: 10/28/05  Prescriber: BANERJEE
Stop Date: 1/26/05  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Diagnosis

Allergies

Housing Unit:
Patient ID Number: 140999
Patient Name: Gould, Jeffrey

Date of Birth: 11/6/63

| Nurse's Signature | Initial | Nurse's Signature | Initial |

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Month/Year of Charting: 10/05

Facility Name: Staton Correctional Facility

| Medication | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Prozac 20MG Cap** 60.00

Take 1 capsule(s) by mouth twice daily

Start Date: 08-03-2005
Stop Date: 10-31-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250335392

**Vistaril 25MG Capsule** 90.00

Take 1 capsule(s) by mouth in the morning & take 2 capsule(s) by mouth (50mg) in the evening

Start Date: 08-03-2005
Stop Date: 10-31-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250335393

**Diphenhydramine HCl 25MG Cap** 30.00

Take 1 capsule(s) by mouth at bedtime

Start Date: 09-15-2005
Stop Date: 11-02-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250613816

**Hydrochlorothiazide 25MG Tab** 30.00

Take 1 tablet(s) by mouth at bedtime

Start Date: 07-28-2005
Stop Date: 11-04-2005
Prescriber: Peasant, John
RX #: 250292097

**Zantac 300MG Tab** 60.00

Take 1 tablet(s) by mouth twice daily

Start Date: 08-23-2005
Stop Date: 11-30-2005
Prescriber: Peasant, John
RX #: 250462518

**Furosemide 40MG Tab** 30.00

Take 1 tablet(s) by mouth every morning

Start Date: 08-23-2005
Stop Date: 11-30-2005
Prescriber: Peasant, John
RX #: 250462520

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 140977
Patient Name:
**Gould, Jeffery**

Nurse's Signature | Initial | Nurse's Signature | Initial

| Documentation Codes |
|---|
| 1 Discontinued Order |
| 2 Refused |
| 3 Patient out of facility |
| 4 Charted in Error |
| 5 Lock Down |
| 6 Self Administered |
| 7 Medication out of Stock |
| 8 Medication Held |
| 9 No Show |
| 10 Other |

Date of Birth:

Facility Name: _Staton_

K+ 20 meq po
B.I.D x 100 days

**Month/Year of Charting** _Oct-05_

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴬ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6ᴾ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-19-5    Prescriber: _Peasant_
Stop Date: 11-30-5    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Allergies _NKA_ | | | | | 5 Lock Down |
| | | | | | 6 Self Administered |
| Housing Unit: | | | | | 7 Medication out of Stoc |
| Patient ID Number: 140977 | | | | | 8 Medication Held |
| Patient Name: | | | | | 9 No Show |
| _David Stephens_ | | Date of Birth: | | | 10 Other |

Facility Name: Staton Correctional Facility

Month/Year of Charting: 09/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Prozac 20MG Cap     60.00**

Take 1 capsule(s) by mouth twice daily

Start Date: ~~08-03-2005~~ 9/2/05
Stop Date: ~~10-31-2005~~ 11/2/05
Prescriber: Banerjee MHM, Sreelekha
RX #: 250335392

**Vistaril ~~25MG~~ Capsule 25 mg     90.00**

Take 1 capsule(s) by mouth in the morning & take 2 capsule(s) by mouth (50mg) in the evening

Start Date: 08-03-2005
Stop Date: 10-31-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250335393

**HCTZ 25MG Tab     30.00**

Take 1 tablet(s) by mouth at bedtime

Start Date: 07-28-2005
Stop Date: 11-04-2005
Prescriber: Peasant, John
RX #: 250292097

**zantac ~~150MG~~ Tab 300mg     60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: ~~07-28-2005~~ 8/29/05
Stop Date: ~~11-04-2005~~ 12/3/05
Prescriber: Peasant, John
RX #: 250292100

Lasix 40mg po q Am
X 100d

Start Date: 8/19/05
Stop Date: 11/29/05
Prescriber:
RX #:

K+ 20meq ÷ po ÷ po Bid
X 100d

Start Date: 8/19/05
Stop Date: 11/30/06
Prescriber:
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit: Population | | | | | 6 Self Administered |
| Patient ID Number: 140977 | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| **Gould, Jeffery** | | | | | 9 No Show |
| | Date of Birth: | | | | 10 Other |

Facility Name:

Benadryl 25mg
po qhs til 11/2/05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Month/Year of Charting:

Start Date: 9/13/05
Stop Date: 11/2/05
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies

Housing Unit:
Patient ID Number: 140977
Patient Name:
Gould, Jeffery

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K Jones LPN | | Jorna RN | AS |

Date of Birth:

Documentation Codes
1  Discontinued Order
2  Refused
3  Patient out of facility
4  Charted in Error
5  Lock Down
6  Self Administered
7  Medication out of Stock
8  Medication Held
9  No Show
10 Other

# MEDICATION ADMINISTRATION RECORD

PG I of II

| STDT01 MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Kcl 20 meg po daily × 100 day
7/25/5 — 11/5/5   6A ✓   revised per pg II

Prozac 20mg po B.I.D. × 30 day   6A
7/2/5 — 8/1/5   6P C   Revised 8/2/05

Vistaril 25 mg po B.I.D. × 30 day   6A   que
7/12/5 — 8/11/5   6P C   Revised 8/2/05

Benadryl 25 mg po B.I.D. × 30 day   6A   que
7-12-5 — 8/11/5   6P C   DIC 8/2/05   Revised 8/2/05

HCTZ 25 mg po qd
7-   6A

Zantac 150 mg po BID   6A
6P

Prozac 20mg po bid   6A
8/2/05  11/2/05   6P

Vistaril 25mg po @ Am   6A
2/2/05  11/2/05

Vistaril 50mg po qpm   6P
8/2/05  11/2/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

8/1/5   THROUGH   8/30/5

CHARTING FOR   Pleasant
Physician
Alt. Physician   Haldol
Allergies

Telephone No
Alt. Telephone

Rehabilitative Potential

Medical Record N

Diagnosis

Medicaid Number   Medicare Number   Complete Entries Checked:
By:   SMills LPN   Title:   Date: 7/8

PATIENT   Gould, Artery
PATIENT CODE   149077   ROOM NO   BED   FAC

pg 47

| Facility Name: | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Month/Year of Charting:**

**Mycelog Cream BID x 14day KOP**
6A – X Given 8/3/05
6P – X S. Shurborglion X Refused
KOP – X Jeff Gould
Start Date: 8/3/05   Prescriber: Peasant
Stop Date: 8/17/05   RX #:

**AF Cream AAA BID x 14day**
6A
6P
Jeff Gould 8/20 M
Start Date: 8-19-5   Prescriber:
Stop Date: 9-2-0   RX #:

**TED Hose √ Knees**
Start Date:   Prescriber:
Stop Date:   RX #:

**Lasix 40mg po. J K b. x 10 day**
6P
Start Date: 8-19-5   Prescriber:
Stop Date: 11-29-5   RX #:

**Zantac 300mg po BID x 100 days**
6A
6P
Start Date: 8-20-05   Prescriber:
Stop Date: 11-30-05   RX #:

**K+ 20 meg ½ po BID x 100 days**
6A
6P
Start Date:   Prescriber:
Stop Date:   RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S Pennell 6 | | Smith RN | | 1 Discontinued Order |

Allergies   Haldol

Documentation Codes:
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Housing Unit:
Patient ID Number: 140977
Patient Name: Gould Jeffery
Date of Birth: 11/6/63

# MEDICATION ADMINISTRATION RECORD

Page II

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

KCL 20 meg qd
X 100 day
7/25/5 — 11/5/5    6A

HCTZ 25 mg p.o.
ns X 100 day
7/26/05 — 11/6/05    6P

Zantac 150mg p.o.
BID X 100 day
7/26/05 — 11/6/05    6A 6P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  7/1  THROUGH  7/31/5

Physician

Alt. Physician

Allergies  Haldol

| Telephone No | Medical Record N |
| Alt. Telephone | |
| Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
| | | By: | | |

PATIENT

PATIENT CODE  1409777   ROOM NO   BED   FACIL

# MEDICATION ADMINISTRATION RECORD

07/01/2005

*Page I y II*    (STA-452) STATON CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB
TAKE 1 TABLET(S) BY MOUTH IN THE MORNING
RX: 6694263 MCARTHUR, P.A., DONALD, PA
START – 12/22/2004    STOP – 07/09/2005

RANITIDINE (ZANTAC) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP
ON PERSON*
RX: 7232189 MCARTHUR, P.A., DONALD, PA
START – 04/12/2005    STOP – 07/20/2005

FLUOXETINE (PROZAC) 20MG CAP
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY
RX: 7247355 BANERJEE, M.D. (MHM), SREELEKHA
START – 04/14/2005    STOP – 07/12/2005

HYDROXYZINE-PAM (VISTARIL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY
RX: 7247637 BANERJEE, M.D. (MHM), SREELEKHA
START – 04/14/2005    STOP – 07/12/2005

DIPHENHYDRAMINE (BENADRYL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY
RX: 7247643 BANERJEE, M.D. (MHM), SREELEKHA
START – 04/14/2005    STOP – 07/12/2005

Prozac 20mg po bid
X 30 days  Banerjee
7/12/05          8/11/05

Vistaril 25mg po bid.
X 30 days  Banerjee
7/12/05          8/11/05

Benadryl 25mg po bid.
X 30 days  Banerjee
7/12/05          8/11/05

Bactrim DS po BID X
10 days
7/18/05 – 7/28/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    07/01/2005    THROUGH    07/31/2005

Physician    BANERJEE, M.D. (MHM), SREELEKHA        Telephone No

Alt. Physician                                        Alt Telephone

Allergies    HALOPERIDOL & DERIV

Rehabilitative
Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: | Date: |
|---|---|---|---|---|
| | | B. Reinell | LPN | 6/6 |

PATIENT
GOULD, JEFFERY

PATIENT CODE 140977    ROOM NO 1    BED    FACI

# MEDICATION ADMINISTRATION RECORD

(STA-452) STATON CORRECTIONAL FAC

06/01/2005

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB
TAKE 1 TABLET(S) BY MOUTH  IN THE MORNING

RX:  6694263 MCARTHUR, P.A., DONALD , PA
START - 12/22/2004    STOP - 07/09/2005

RANITIDINE (ZANTAC) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY *KEEP ON PERSON*
RX:  7232189 MCARTHUR, P.A., DONALD , PA
START - 04/12/2005    STOP - 07/20/2005

FLUOXETINE (PROZAC) 20MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY

RX:  7247555 BANERJEE, M.D. (MHM), SREELEKHA
START - 04/14/2005    STOP - 07/12/2005

HYDROXYZINE-PAM (VISTARIL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY

RX:  7247637 BANERJEE, M.D. (MHM), SREELEKHA
START - 04/14/2005    STOP - 07/12/2005

DIPHENHYDRAMINE (BENADRYL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY

RX:  7247643 BANERJEE, M.D. (MHM), SREELEKHA
START - 04/14/2005    STOP - 07/12/2005

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| CHARTING FOR | 06/01/2005    THROUGH    06/30/2005 | | Medical Record N |
| Physician | BANERJEE, M.D. (MHM), SREELEKHA | Telephone No | |
| Alt. Physician | | Alt. Telephone | |
| ergies | HALOPERIDOL & DERIV | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: LPN | Date: |
|---|---|---|---|---|
| | | | PATIENT CODE | ROOM NO | BED | FAC |
| | | | 140977 | 1 | | |

PATIENT

GOULD, JEFFERY