```
STATE OF ALABAMA        )
                        )
                        )        AFFIDAVIT OF JEFFERY TODD GOULD
COUNTY OF ELMORE        )
                        )
```

Jeffery Todd Gould, being first duly sworn, deposes as follows:

(1) Affiant was diagnosed by Staton Health Care officials (Dr.McAuther, and Mr.Bee) of having Hipititis "C".

(2) Affiant signed up for sick call to get medical treatment for Hipititis "C" and medical treatment was refused by Dr.McAuther, Mr.Bee and health care staff.

(3) Affiant filed several greviences in this matter and treatment was still denied to him.

(4) Formal Grevience Forms were denied to Affiant.

(5) Affiant states McAurther told him that he did have Hipititis "C" bu Affiant was not eligible for treatment.

(6) Health Care Defendants has known of Affiant's Hipititis "C" since 4-26-05 and has denied him treatment until 1-17-06.

(7) Affiant believes he would not have been treated for his Hipititis if he had not filed a lawsuit.

(8) Affiant's lawsuit was filed because of the denial and/or delay of medical treatment for Hipititis "C".

Page 1.

(9) Affiant has submitted an Exhibit with his lawsuit information that states, Hipititis "C" can over time lead to severe damage to the liver including cirrhosis and may be complicated by liver cancer if not treated. See Exhibit 'A'

## CERTIFICATE OF SERVICE

I Jeffery Gould swears that I have placed this document in the foregoing mail properly addressed to the address stated below on the 17 day of March 2006, and not only the statements in this Affidavit true and correct to the best of my ability, but also the Defendants has not served me with a copy of their Special Report and return address.

SURVED TO:
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama
36101-0711

Jeffery Gould #140977
P.O. Box 56
Elmore, AL. 36025

Sworn before me on this 17th day of March 2006.
My Commission Expires 1/28/08 Elmore, Al.

Notary _James H. Lindsey_

Page 2.