## Prison Health Services
## Inmate Informal Grievance

RECEIVED

NAME: Jeffery Gould
AIS #: 140977
UNIT: D-2-4 T
DATE: 5-4-05

**PART A---Inmate Complainant**

I have Hepatits C And I AM Formally Requesting Treatment. of which I've BEEN DENIED Simply Said your staff iNformed ME I AM Not Healthy ENough is what Doctor MAcarthy SAid. EVEN though I Fit The Criteria! I AM willing to Sign A WAVEr So I CAN Receive This MediCAtioN: or EVEN PAy for freeworld Hospital treatments I NEED This treatMENt: I ThiNK I AM Healthy ENough: if Not APProved I Formally Request to KNow why in writing

INMATE SIGNATURE

EXHIBIT "B"

**PART B –RESPONSE**    DATE RECEIVED _____

CBW HSA
See ~~grievence form dated att~~
See Attached grievance form.

MEDICAL STAFF SIGNATURE: CBW, HSA
DATE: 5/10/05

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

|     |                                                      | Y | N |      |                                        | Y | N |
|-----|------------------------------------------------------|---|---|------|----------------------------------------|---|---|
| I   | Dissatisfied with Quality of Medical Care            | ☐ | ☐ | VI   | Delay in Health Care Provided          | ■ | ☐ |
| II  | Dissatisfied with Quality of Dental Care             | ☐ | ☐ | VII  | Problems with Medication               | ☐ | ☐ |
| III | Dissatisfied with Quality of Mental Health Care      | ☐ | ☐ | VIII | Request to be seen                     | ☐ | ☐ |
| IV  | Dissatisfied with Response to Non-Medical Request    | ☐ | ☐ | IX   | Request for Off-site Specialty Care    | ☐ | ☐ |
| V   | Conduct of Healthcare Staff                          | ☐ | ☐ | X    | Other                                  | ☐ | ☐ |

11/03 - Alabama

Your copy

## Prison Health Services
## Inmate Informal Grievance


RECEIVED

NAME: Jeff Gould
AIS #: 140977
UNIT: D-2-4T
DATE: 4-26-05

**PART A—Inmate Complainant**

I have Hepatitis C! I have requested treatment of which I need & want. Other people here are receiving said treatment. I think I am being discriminated because my blood is hard to obtain.

INMATE SIGNATURE: Jeffery Gould

**PART B—RESPONSE**    DATE RECEIVED

See attached grievance form.

MEDICAL STAFF SIGNATURE
DATE

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ■ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

Exhibit "B"

11/03 - Alabama

To MT
Macarthy

## Prison Health Services
### Inmate Informal Grievance

RECEIVED
5-8

NAME: Jeffery Gould
AIS #: 140977
UNIT: D-2-4⊤
DATE: 5-4-05

**PART A—Inmate Complainant**

I have Hepatits C and I am formally Requesting treatment. of which Ive Been Denied Simply Said your Staff informed Me I am Not Healthy enough is what Doctor Macarthy Said. Even Though I Fit The Criteria! I am Willing to Sign A Waver So I can Receive This Medication; OR Even Pay for freeworld Hospital Treatments I need and want treatment: I think I am Healthy enough: if Not Approved I Formally Request to Know why in writing

INMATE SIGNATURE: Jeffery Gould

**PART B –RESPONSE**    DATE RECEIVED _____

You do not qualify for treatment ~~due to~~ because you do not meet medical criteria.

MEDICAL STAFF SIGNATURE: [signature] W, HSA
DATE: 5/10/05

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ■ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Exhibit "B"

To "Health Care Administrator" 5 of 6
And or mister Bee

**Prison Health Services**
**Inmate Informal Grievance**

Status



| Jeffery Gould | 140977 | D-2-4T | 5-16-05 |
|---|---|---|---|
| NAME | AIS # | UNIT | DATE |

**PART A—Inmate Complainant**

I am formally Requesting treatment for Hepatitis C! of which I Acquired Here and at Staton! I have filed 5 informal Grievances without Received Reply's in writting! I need this Treatment. Have met the criteria to have treatment: At this point I am formally Seeking Treatment. Or a written Reson why I am Not. While other inmates or Receiving Said treatment I think I am being Discrimanated Aginst Bacause my Blood is hard to obtain. I need a Reply in writting for my Records and so I might be able to understand! and I need a formal Grievance to Reply with

Jeffery Gould
INMATE SIGNATURE

**PART B – RESPONSE**        DATE RECEIVED _____

1) Your grievances have been answered and returned by Lt. Robinson. As stated previously, you do not medically qualify due to your low platelet count.

Bee RN HSA
MEDICAL STAFF SIGNATURE
5/19/05
DATE

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

|   |   | Y | N |   | Y | N |
|---|---|---|---|---|---|---|
| I | Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ■ | ☐ |
| II | Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III | Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ☐ | ☐ |
| IV | Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V | Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

EXHIBIT "B"

11/03 - Alabama