IN THE DISTRICT COURT OF THE UNITED STATES
FOE THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| JEFFERY TODD GOULD #140977,<br>Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO# 2:05-05-CV-1102-F<br>) |
| AARON BEE, et al.,<br>Defendants. | )<br>)<br>) |

## MOTION REQUESTING PERMISSION
## FROM THE COURT TO FILE SUMMARY JUDGMENT

Now Comes Plaintiff, Jeffery Todd Gould, pro-se in the above styled case in compliance with the order of procedure dated 1/6/2006. The plaintiff request permission to file summary judgment in this case.

Jeffery Todd Gould #140977
P.O. Box 56
Elmore, AL 36025

## CERTIFICATE OF SERVICE

I Jeffery Todd Gould has placed one copy of this Motion Requesting Permission From The Court To File Summary Judgment in the U.S. Mail properly addressed and dated to the addresses stated below, on this 2 day of MAY 2006.

*Jeffery todd Gould 140977*
Jeffery Todd Gould #140977
P.O. Box 56
Elmore, Alabama 36025

United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

**NOTICE**
Defendants attorney have not served Plaintiff with any of there filings, so Plaintiff does not have Defendant's address.