IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY TODD GOULD, #140977, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1102-MEF |
| | ) |
| AARON BEE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file a motion for summary judgment filed by the plaintiff on May 3, 2006 (Court Doc. No. 12), and because no such motion is necessary to the disposition of this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 4th day of May, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE