Plaintiff's Motion: To Alter And or Amend: or Vacate: The Judgment of The Magistrate Judge:(ie) Vanzetta Pen-McPherson: (Entered into disposition of court Doc. No. 12) 5-4-06

RECEIVED
2006 MAY 17 A 9:25
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Court's copy. 1 page of 2.

Greetings your Honor, I am coming before The: Seeking as The Moving Party to Prevail in my Quest for formal Medical Treatment And The proper Medications to Put Hepatitis C in Remission: Rule 56 would and or could Expedite The Business of the court: Rule 56 would warrant a Stop in my being Treated with Deliberate indifference And stop The Delaying and Denying of The Treatment of a progressive Diease of which I Suffer.

I As A Layman Humbly and yet Diligently Quest for the Truth. Rule 56 Would And or could Get to the Hearth of This Matter! Your Honor Rule 56 is a liberal measure liberally designed for Arriving At the Truth: To The Best of my Knowledge:

Your Honor I've Been Delayed And Denied Proper Medical Treatment for over a year for Hepatitis C. A Progressive Diease, That only worsens if not Put in Remission With Proper Medical Treatment! And special Medication's:

Your Honor Rule 56 To The Best of my Knowledge is Designed to Expedite The Business of the Court: Your Honor "How do I Stop Being Delayed And Denied Treatment?

To The Best of my limited Knowledge: Rule 56 Permits Any Party to a Civil Action to Move for a Summary Judgment upon a Claim: The Rule 56 Motion is Available in All forms and Kinds of civil Action's to which the Civil Rules Apply: Your Honor I have Read That formal Denial in Answer Should Not defeat such a Motion:

As otherwise The Rule 56 could be Rendered Nugatory at will. Your Honor! The very objective of a Summary Judgment Procedure: The Then Judge Cardozo, said long ago is to Separate what is Formal or Pretended: From what's True and Substantial: Indeed There would not be Any need for or Point in Rule 56 if it did Not Allow A Party to Pierce The Allegation's of fact's in his Opponent's Pleading's:

Your Honor: I Humbly yet Diligently, Appeal to The Honorable: United States District Court for The Middle District of Alabama, Northern Division: And The United States Magistrate Judge Vanzetta Penn McPherson

For Premission to file for Summary Judgment in The Civil Action No. 2:05-cv-1102-MEF: In Recourse to The Denial of Motion for leave to file a motion for Summary Judgment filed by (Jeffery Todd Gould AIS 140977 Plaintiff) on 5-3-06 court Doc. No. 12: I Hope of obtaining Formal Quality Treatment for Hepatitis C. of which I Aquired during my Enprisonment of Nine years: Through No fault of my on (ie) Tatoo's or Sexual Contact: And for which I am still being Delayed and Denied Formal Quality Treatment for.

CERTIFICATE OF SERVICE

I Jeffery Gould Swear that I Have Placed This Document in the foregoing Mail Properly Addressed to The Address Stated below on The ___15___ of ___MAY___ 2006 And the Statements in This Affidavit Are True To The Best of My Ability.

United States District Court
P.O. Box. 711
Montgomery, Alabama 36101-0711

_Jeffery Gould_
Jeffery T Gould #140977
Po Box 56 Elmore, Ala
36025

Sworn before me on This 15th day of MAY 2006
My commission Expires 03-06-09
Notary
_[signature]_