IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY TODD GOULD, # 140977, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:05-cv-1102-MEF |
| | ) |
| AARON BEE, *et. al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

This cause is before the Court on Plaintiff's Motion to Alter, Amend, or Vacate (Doc. # 14). Upon consideration, it is hereby ORDERED that the motion is DENIED.

DONE this 23rd day of May, 2006.

                                                   /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE