IN THE DISTRICT COURT OF the United States
FOR THE MIDDLE DISTRICT of ALABAMA
NORTHERN DISTRICT

RECEIVED

2006 SEP -1  A 9:44

Jeffery Todd Gould
Plaintiff

V

Prison Healthcare Services Inc.
                    et. al.,
Defendants

Case #2:05-CV-1102
                MEF

## MOTION FOR SERVICE OF DOCUMENTS

COMES NOW, plaintiff in the above
Styled cause,

1. Defendants have, in violation of Rule 5
(a) (d) F.C.J.P. & R., Failed to serve
plaintiff with written reports and
evidentiary materials they have Filed in
this Honorable Court.

2. Plaintiff requests that this Honorable Court
to direct the clerk to supply plaintiff
with all such documents in the intrest
of Judicial Economy.

3. If the Court does not require the Clerk
to do so plaintiff requests them by order
from the Defendants

4. Plaintiff is entitled to such materials per Rules FCJR&R.

Respectfully submitted

Jeffery Todd Gould

X _Jeffery todd Gould_

## Certificate of Service

Copies of the Forgoing were mailed in the U.S. mail in prepaid postage to the below addresses on. 8/28/06

office of the Clerk
U.S. District Court
    P.O. Box 711
Montgomery, Al

                36101-0711


Director of Prison Healthcare Services, Inc,
P.O. Box 56
Elmore, Al    36025


c.c.  Jeffery Todd Gould
     P.O. Box 56
     Elmore, Al
                36025

1-of-4

filler
PAPER JTG

8-29-06

YES, I have filed Three Grievances within The last 30 days
I have had No Response

filler
PAPER