IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY TODD GOULD, #140977, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1102-MEF |
| | ) |
| AARON BEE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for service of documents filed by the plaintiff on September 1, 2006 (Court Doc. No. 18), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before September 20, 2006, the defendants shall provide to the plaintiff a copy of their special report and all exhibits filed in support thereof.

3. The plaintiff be GRANTED an extension to and including October 2, 2006 to file a supplemental response in opposition to the defendants' report.

Done this 6th day of September, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE