IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JEFFERY TODD GOULD (AIS# 140977), | * | |
| | * | |
| Plaintiff, | * | |
| V. | * | 2:05-CV-1102-F |
| | * | |
| AARON BEE, ET AL., | * | |
| Defendants. | * | |

## NOTICE OF COMPLIANCE

COME NOW Defendants Prison Health Services, Inc., (incorrectly named in Plaintiff's Complaint as Prison Health Care Services) (hereinafter referred to as "PHS"), Donald McArthur, PA-C and Aaron Bee, R.N. and file this Notice of Compliance in response to this Honorable Court's September 6, 2006 Order and say as follows:

1. Defendants have provided the Plaintiff with a copy of their Answer and Special Report with all exhibits filed in support thereof.

Respectfully submitted,

S/L. Peyton Chapman, III
Alabama State Bar Number CHA060
S/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendants PHS,
Donald McArthur, PA-C and
Aaron Bee, R.N.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.

Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 12th day of September, 2006, to:

Jeffery Gould (AIS# 140977)
Staton Correctional Facility
Post Office Box 56
Elmore, Alabama 36025

s/R. Brett Garrett GAR085
Attorney for Defendants PHS, Donald McArthur, PA-C and Aaron Bee, R.N.