IN The District Court
of
The United States

Page 1 of 4

10-16-06

Supplemental Response in opposition to Defendants

RECEIVED 2006 OCT 18 A 9:55

Jeffery Todd Gould
AIS 140977

V

Aaron Bee, Et Al,
~~Pro~~  IE
Prison Health Services

Civil Action 2:05-CV-1102-MEF

Comes Now Plaintiff in answer to Defendants PHS, Donald McArthur, PA-C and Aaron Bee, RN.

The Defendants contend that I fail to state a claim against defendants. In Response (I state, that I have and continue to seek treatments for Hepatitis C) To cause said Disease to stop damaging my liver. I have clearly established The Nature of this civil action n.205-CV-1102 is to obtain adequate treatment (Hepatitis C is treated with The drug called peginterferon) of which is used in combination with Ribavirin) I have been delayed and denied said treatments for almost two years by Prison Health Services. By and Through its staff in violation of my Eight and fourteenth Amendment's Rights (Defendants have and continue to denie me Plantiff said Treatments) I am a ward of this state ie Alabama, Department of corrections

(I was sentanced to a term of twenty year's not a Death Sentance) if left untreated This serious incurable Medacal Condition (Hepatitis C) will cause my liver to Stop which will cause my Death: for example one federal court has held that treatment so Grossly incompetant as to shock the conscience! violate's The eight Amendment. Rogers v Evans 792 F.2d 1030, 1032-36 11th cir. I have been confined since 3-20-97 I did not have Hepatitis C when I was arrested. meaning that I accquired Hepatitis After being confined in the Deptment of corrections. Through no fault of my own ie sexual contact. or indjecting drugs. or tatoo's or body piercing. I was told I had Hepatitis C on or About 4-26-05 and that I would be Afforded Treatment's to put said virus in remission yet I did not Recieve said treatments after it was found that my Blood was hard to obtain for testing. Yet I have found inconsistent Reasoning by which PHS Staff. I was told my Blood platelets and my Hemoglobin were not up to par, to recieve treatments. I am not schooled in medical reasoning. But I will state The primary LAB Report of 9-19-05 which was preformed by (Labcorp) Montgomery 543 Hull St 36104 (Hemoglobin 10.7L% g/dL 12:05 17.0 yx) Platelets 42 x 10 E 3 uL 140-415 yx) I have gleaned information that Hemoglobin and Platelets can and or often added with Peginterferon and or Ribavirin) to put (Hepatitis c) in Remission! where as I'& told and lead to Thank

By (PHS) employee's Determination that (ie) did not fit criterea too recieve treatment. ie was final and factual. which constatutes deliberate indeferance) Kaminsky V Rosenblum 896 F.2d 922, 927 (2d cir, 1991)(in asmuch as if A prisoner requires care that is Not Available in prison the failure to obtain it elsewhere may constatute deliberate indifrance) lack of comp- -etant treatment ie Peginterferon and or Ribavirin Along with Hemoglobin and or Platelets: is grossly in Adequte! in asmu- -ch as cases of this Nature, involve conditions often lead- -ing to disfigurement disability And or Death: Waldrop V Evans 871 F.2d 1030-1032-36 (11th cir 880 F.2d 421) 1989

(in conclusion)

My claim has been stated clearly & consistantly (ie)(the treatments I am in need of are stated above.) (I Jeffery Todd Gould AiS 140977 state that appropiate presadent does exist in material facts. by and through tier's of fact's that clearly meet my required burden (ie) I still have Hepatitis C) which if left untreated will cause my Demise!

Respectfully submitted
    And or Rendered
By *Jeffery todd Gould* AiS 140977
    dated sealed and mailed
        10-16-06

I Hereby certify that the foregoing mail of legal matter. HAS been Placed in the Staton Legal Mail Box on this date 10-16-06 to The (clerk of the court for the middle district of Alabama) Also A copy HAS been foreworded to. Defendants Attorney on 10-11-06

Respectfully Submitted
And endorsed 10-16-06
By /s/ Jeffery Zodd Houldfis 140977

Staton Prison P.o. Box. 56
Elmore. Al. 36025