Jeffery Todd Gould   AIS #140977

Plaintiff

Vs

AAron Bee, Prison Health Services inc, Et, Al,

Defendants.

Civil Action No. 2:05 cv-1102-F

[wo]

RECEIVED 2007 JAN 31 A 9:38

Comes Now Plaintiff, Jeffery Gould seeking Help in The form of Summary Judgement., Plaintiff Request Permisson to Ask for Said Summary Judgement. Regarding Treatment for Hepatitis C. A Life Threatening, deteriorating, Condition. I have been informed of said condition Sence on or about 4-26-05 your Honor, I've done All The Requirements within my limited Knowledge, To obtain Adequate Medical Treatment, for The Hepatitis C. virus that is Deteriorating my liver. I have Repeatedly Requ--ested A Liver Biopsy Without obtaining Said liver Biopsy: To That lack of Knowledge: By A Professional, I And The Court or left in Need of Adequate evidentiary Material from The Defendants: On or About 4-26-05 I was informed that I have said Hepatitis C. virus. And that I would be Able to ob--tain Treatment By And Through P.H.S! Yet I have Not! When Said Treatment begin About Two Dozen Prisoner's Re--Ceived Treatment Most Discontinued Said Treatment's because of the side effects involved. To The Best of my limited Knowledge (Statement of claim) Treatment for Hepatitis C. Too Stop The Deter--ioration of My liver, ie. 4-26-05 till Present 1-22-07

Your Honor.                                    (Statement of Claim)

1. A Determination of deliberate indifference, Does Not Require Proof of intent, to harm, or a detailed inquiry into defendants state of mind. (Good intentions Do Not Excuse

2. A Serious Systematic deficiency) Cert. denied, 468 U.S. 1217 (1984) Todare vs Ward. 431 F. Supp, 1129, 1160 (S.D.N.Y.) Affd, 565 F.2d (2d cir. 1977

(Statement of Claim)

3. In addition, There are Proffessional Judgement Cases that say in effect, that Not every Judgement by a Doctor is a Medically Proffessional Judgement: See, eg.) Huges vs Juliet Prison 931 F.2d

(Statement of Claim)

4. For Example, one Federal court has held That treatment, So grossly incompetent As to shock The conscience. Violates The Eighth Amendment Roger's vs Evans 792 F.2d 1052, 1058 (11th cir 1991)

(Statement of Claim)

5. ie, My 8th Amendment's Right's, Have and continue to be Violated. By an Through Grossly inadequate, incompetent treatments that are being used to treat me! I need P.H.S. to Give Me The Hepatitis C Treatment's That consist of, Peginterferon and or Ribavirin.

(Statement of claim)

6. Cases of this Nature involve Condition's often leading too Death, Disability or Disfigurement.) Waldrop vs Evans 871 F.2d) 1030 1032-36 (11th cir.) 880 F.2d 421   (11th cir 1989)

Page 3

(Statement for Releif or Remedies)

1. Your Honor! I have to the best of my limited knowledge exausted my Remedies by and through the chain of command here at Staton Prison P.H.S.

(Statement of facts)

2. In the District court of these United States. Montgomery Alabama (Civil Action No. 2:05-CV-1102-F Jeffery Gould AIS#140977 Vs Prison Health Services P.H.S) Et. Al. Doctor McAuther. And Aaron Bee. My Allegation of deliberate indifferance, is not a mere disagreement with treatment Personal, Health providers, When the need for treatment is obvious: Medical care which is so cursory, as to no treatment at all. May amount to deliberate indifferance. Id. quoting Mandel Vs Doe 888 F.2d 783, 789 (11th Cir. 1989) Taking the Allegation's in complaint to be True, The continued disreguard and denial of treatment's for Jeffery Todd Gould AIS 140977 Hepatitis C virus, constitutes Deliberate indifferance.

(Statement of Claim) (for Releif)

3. It is important to Note! Adopted from Schering-Plough Medication Guide, The Hepatitis C. Virus does damage the liver The damage ranges from mild, to moderate, to life threatening The treatment of Hepatitis C infection (PEG-intron W-Ribavirin Combination treatment's (Patients are treated for 48 weeks followed by 24 weeks Post treatment) 10 to 14% of patients discontinue treatment due to side effects) I need this treatment and seek said treatment's Although treatment's can be discontinued if side effects call for discontinuation

(Statement of Releif Sought)

My quest is to Re-intone the Merit's Provided fourthwith in substantial president's of genuine material facts! I have and continue to be denied treatments: At the present time and date 1-22-07 Information adopted from the Schering-Plough Medacation and labeling document. That I have before me. ie Said Document I Received From Nurse Gise. Here at Staton Prison an Employee of Prison Health Services Inc Here at Staton Prison Document states that at the present time There are two strategies approved for the Treatment of Hepatitis C. (interferon monotherapy and (PEG-intron) and Ribavirin (Re Betol) Combanation Treatment's. I understand That I have Risk factors. I have tested Positive for The Hepatitis C. Virus. I Have been Provided with The Medacation Guide est. by Schering-Plough Research Institute. The information in This Document has been Reviewed By me. Said forthwith Guide Says. I understand That I Am Eligible to Receive Interferon/Ribavirin Treatments I have been provided with The Medacation Guide, Said Guide I Have ask questions. Your Honor Sir, I am asking for this Treatment, Andor a court Date in the Nere future. Or to obtain a Summary Judgement, Fourthwith, so Justice shall Proceed. At this Point I have Exausted my knowledge of legal Recorse. Other than to say in closing, That I Hope and pray that this Document Aids in expediting my quest for The Courts Help.

Endorsed by *[signature]*

CASE 2:05-CV-01102 MEF-VPM

## Certificate of Service

I hereby certify that a copy of the above and for going has been served by U.S Mail:

This Day of 30th of January ■ 2007 To:

Office of the CLERK

United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Jeffery Todd Gould #140977
Staton Correctional Facility
PO Box 56   Elmore, AL 36025

Endorsed by
*Jeffery Todd Gould*