IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY TODD GOULD, #140977, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:05-CV-1102-F |
| | ) |
| AARON BEE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file a motion for summary judgment filed by the plaintiff on January 31, 2007 (Court Doc. No. 22), and for good cause, it is

ORDERED that this motion be and is hereby DENIED at this time. The plaintiff is advised that at the time this court sets this case for disposition it may consider his responses as a cross-motion for summary judgment in accordance with the directives of the order entered on January 6, 2006 (Court Doc. No. 4).

Done this 31st day of January, 2007.

                                          /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE