IN THE DISTRICT COURT OF
THESE UNITED STATES
THE MIDDLE DISTRICT OF
ALABAMA

Page 1

RECEIVED
2007 MAR 21 P 10:07
MIDDLE DISTRICT COURT
MIDDLE DISTRICT ALA

3-14-07

Jeffery Todd Gould #140977,
  Plaintiff,

V.                    Civil Action # 205-05
                      -CV-1102-F

Donald McArthur, PA-C,-
  - Et AL.,

## Motion To Amend For Compensatory and Punitive Damages

Now comes Plaintiff, Jeffery Gould Pro se in The Above Styled Cause: And States The Following:

### Stated Claim. iE.

1. Health Service's Defendant's P.H.S Et AL., has known of Jeffery Gould's 140977 Hepatitis C. Virus and Compelet Blood Count (CBC) indication Stated that My Hemoglobin And Platelet Counts Were too low for Safe treatment.

### Statement of Claim.

2. I Jeffery Gould #140977 State! That Said Defendant Have Known Since on or About 4-26-05 of Plaintiffs Hepatitis C. Viruses infection And of (Complete Blood Count) of Hemoglobin; And Platelet Count Were too low for Safe treatments with Ribavirin/Pen Interferon. Combination Therapy. iE low Blood Platelet Count's: Since on or About 4-26-05

Page 2 of 9
Motion to Amend:,

Civil Action No. 2:05-5-CV-1102-F

3-14-07

### Statement of Claim

3. Specifically, low Blood Platelet's over a period of time can cause (luekemia) ie information gleened from Dorland's Illustrated Medical Dictionary - 27th edition Luekemia in which the total White cell Blood count in the peripheral Blood is below Normal et al. Any an all other information pretaining to Luekemia Characterized in said medical Dictionary's

### Statement of Claim

4. I have been classifed Anemic since on or about 4-26-05 (Anemia) characterized in above styled Dictionary Page 76 ie A Reduction below Normal in the Number of erythrocytes per cu. mm., in the quantity of Hemoglobin, or in the volume of Packed Red Blood cells per 100 ml. of Blood which occurs when the equilibrium between Blood loss (Through Bleeding or Destruction) And Blood production is disturbed. Page 77 Hemolytic A., Anemia in which shortend Red cell survival is associated with unstable Hemoglobin's

### Statement of Claim's Specifed

5. Et Al. Along with all other Claim's! I have been Rendered and Governed by deliberate indifference to my medical need's and Request: A detailed specification; and factual description: follow's to justify punitive and or compensatory Damage's       I am Chronic Care Inmate

Page 3

Civil Action No. 2:05-CV-01102-F
Conclusion of Motion to Amend for Compensatory &or Punitive Damages

RECEIVED 3-14-07
2007 MAR 21 A 10:08
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Statement of Claim's and facts

5. Continued from Page 2. Pretaining to Treatment as a ward of the State by and through P.H.S et al. A licensed Physician Donald McArthur Stated on 3-2-06 before a Notary Public and being duly sworn, and says on oath: Document-2 Filed 3-2-06 That on November 9, 2004 ie. Mr. Gould was evaluated for eligibility to receive Ribavirin/Interferon treatments for his Hepatitis C. Mr. Gould ie. didn't qualify for treatment because his (CBC) hemoglobin and platelet counts were too low for safe treatment. ie. 11-9-04 I beleave that (Statement of Claim) Since 3-2-06 Till Present 3-14-07 my life and or Health has been in Danger: because of my complete blood count, (CBC) Being too low! And that specifically Donald McArthur, -PA-C, and et. al P.H.S and it's employee's who have evaluated my (CBC) have acted with indifference too my need to have (CBC) brought up too a appropriate level for my over all Health and well being: Similarly P.H.S et. al., has not exercised positive diligence in medical term's about perscriptioned medacation's ie perscribed Med's have not been avilable for continued amounts of days and weeks. Perscriptioned med's have had to be refer-scribed. ie for a chronic problem without notice

Summary Conclusion  Civil Action No. 2:05-05-cv-1102-F

Endorsed by Jeffery Gould (of Motion to Amend)   3-14-07

Continued (Statement of claims)

I have been Hospitalized on numerus occasions on are about 1-17-06 I was Aided by a fellow prisoner to the Nurses Station and was forwarded to (Baptist East Hospital) I was told by a Nurse there that I was at the point of Death when I arrived. My Potassium was far from a Safe level I was told that among or things Health wise potassium Aides in Heart Beat Regulasion I was in said Hospital four or five Day's and Kilby's infirmary for about ten days to the Best of my memory: (Statement of Claim And Releif Sought)

in This Civil Action iE I have Had Medaction's Discontinued such as potassium from mega Doses! to ZERO! Ensure Liquide Vitamen's went from 3 a day to 1 a day and now have been D.C.ed for this prison. Detailed indifferant Decision's., (A Determination of deliberate indifferance does not Require Proof of intent, to Harm, or A detailed inquiry of (defendants) state of Mind. The facts establish that, iE. Jeffery Todd Gould #140977 has and is being treated deliberately indifferant. Wellman v. Faulkner 715 F.2d 269, 273 (7.th cir. 1983) There Are also many decisions: that say in effect That Not every Judgement by a Doctor is a Medically Professional Judgement: See, eg.) Huges v. Juliet Prison 931 F.2d

PAGE 5

CIVIL ACTION
CASE NUMBER
2:05-05-CV-1102F

CONTINUED CONCLUSION of <u>Motion to Amend</u> <u>for Compensatory and or Punitive Damages</u>

Endorsed by
Jeffery Gould #140977
3-14-07

(Statement's claim's and Releife sought)

Included is my latest effort to obtain competent medical treatment., that is adequate to my serious needs: (cases of this nature involve conditions often leading to Death disability or disfigurement. <u>Waldrop v. Evans</u> 871 F.2d 1030, 1032-36 (11th cir.) 880 F.2d 421 (11th cir. 1989)

(Releife sought)

Compensatory and or Punitive Damages., in the amount of $300.000) Three Hundred-Thousand Dollars. i.e. Et. Al., pretaining to case law's that have been recited., in this Civil Action 2:05-05-CV-1102F) I have meet all Requirement's that I am of knowledge of., (to Receive Adequate Medical Treatment's for (Hepatitis C) and to have My (CBC) of Hemoglobin and Blood platelet's brought up to a safe level is (The Releife I am seeking) (I am inclosing to this Motion to Amend) and (Releife Sought) The up to date Response of P.H.S Et. Al. and the Employee's of said P.H.S envolved with my Medical Conditions. A written Reply to my P.H.S inc. Sick Call Request: to this court to be used as (Evidence) in this case. 2:05-05-CV-1102F Motion to Amend in Above style manner.   Jeffery Gould

# Conclusion of

(Motion To Amend for Compensatory And or Punitive Damages) Civil Action # 2:05-05-CV-1102 F

3-14-07

Any and All Statements made in This Motion, Are Sworn To By, Jeffery Todd Gould AIS. 140977

Endorsed by *Jeffery Gould*

To This Court., I Also wish it to be Known That on This Date 3-14-07 I Constitute and Claim As (Benificiaries) To The Monies., involved in this Motion to Amend, for Compensatory and or Punitive Damage's: Civil Action # 2:05-05-CV-1102 F  For The Amount of $300,000 Three-Hundred Thousand Dollar's., To My Mother Bonnie Turner Monies in The Amount off, $100,000 One Hundred Thousand Dollar's) if I Should become of unsound mind or if I Perish During This litigation)

Endorsed by *Jeffery Gould* AIS 140977

Also As discribed in above Styled Manner: I constitute As Benificiaries: William B Turner My Step father I Bequest monies ie. in The Amount of one Hundred Thousand Dollars., $100.000 And last but Not Least! My Great Niece Layla Pardue I *Jeffery Gould* constitute And bequest monies from This Civil Action 2:05-05-CV-1102F To be obtainable When Layla Pardue Becomes 18 yr's old Along with Enterest Earned Pretaing to Said monies:

All Stated Actions Above  Endorsed by *Jeffery todd Gould*

## Certificate of Service

I Jeffery Todd Gould AIS #140977 have placed in the legal mail box at Staton Prison a Motion to Amend for Compensatory and or Punitive Damages in the foregoing mail properly addressed and dated on this 17th day of March 2007
(To the)
Office of the Clerk., for these United States, District Court., P.O. Box 711 Montgomery, Alabama 36101-071
(And to)
The Defendant's Lawyer's., Rushton, Stakely, Johnson, and Garrett, P.A. Attorneys at Law 184 Commerce Street P.O. Box 270 Montgomery Alabama 36101-0270

Endorsed and Signed  *Jeffery Gould*  AIS 140977

Jeffery Gould #140977
P.O. Box 56
Elmore, AL. 36025

to Warden Fornis    Case 2:05-cv-01102-MEF-WC   Document 24   Filed 03/21/2007   Page 8 of 9   YOUR COPY!
WARDEN Fornis
1 of 4
1. Warden Fornis
2. Captain Edwan
3. Dr Corbier
4. Copies Retain.
by is Jeff Gould

Chronic Care
Hepatitis C.



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Jeffery Gould**  Date of Request: **3-12-07**
ID #: **140977**  Date of Birth: **11-6-63**  Location: **E-2-1A**
Nature of problem or request: Blood Platelet's and Hemoglobin Counts are too Low and Appropiate treatments have been denied sense 4-26-05 it on this day 3-12-07 I am once agian Asking for Appropiate Medical treatment's of Above discribed problems and a liver Biopsy. if your Reply is Negative A Reply in writting so I might understand is formally Requested

Signature: *Jeffery Gould*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective (V/S):**  T: ___  P: ___  R: ___  BP: ___  WT: ___

**(A)ssessment:** Inmate is not a good candidate for liver biopsy due to low platelet level. Platelets + H+H is not low enough for blood transfusion.

**(P)lan:** Inmate does not meet the standards for Hep. C treatment. He has been informed of all of the above.

Refer to: MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE

*m. Sily HSA*
3/14/07

Check One: ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )  No ( )
Was MD/PA on call notified: Yes ( )  No ( )

EJR
3/14/07

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)

Jeffery Todd Gould
AIS 140977
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

*legal mail*

9577

2:05CV1102-MEF

State of Alabama
Central Mail Ops
#4

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS