IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY TODD GOULD, #140977, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1102-MEF |
| ) | |
| AARON BEE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend complaint filed by the plaintiff on March 21, 2007 (Court Doc. No. 24), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent the plaintiff seeks to amend the relief requested to include monetary damages.

2. This motion be and is hereby DENIED to the extent the plaintiff seeks to assert additional claims for relief against the defendants related to medical treatment provided to him since the filing of this case. The plaintiff is advised that if he seeks to proceed on claims challenging medical treatment provided to him from March of 2006 until the present date he may file a separate cause of action under 42 U.S.C. § 1983.

Done this 22nd day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE