IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY TODD GOULD (AIS # 140977)

Plaintiff,

v.

AARON BEE, ET AL.,

Defendants,

CASE NO. 2:05-cv-1102-F

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Prison Health Services, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

■ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| America Service Group, Inc. | Prison Health Services, Inc. is a subsidiary of America Service Group, Inc. |

2/8/2008
Date

s/ R. Brett Garrett
(Signature)

R. Brett Garrett
(Counsel's Name)

Defendant Prison Health Services, Inc.
Counsel for (print names of all parties)

PO Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code

334-206-3260
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

**CERTIFICATE OF SERVICE**

I, R. Brett Garrett_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 8th____day of February_____ 20 08, to:

Jeffrey Todd Gould (AIS # 140977), Staton Correctional Facility, Post Office Box 56, Elmore, Alabama  36025

2/8/2008                                              s/ R. Brett Garrett
   Date                                                    Signature